FILED

Oct 15   1 08 PM '03

U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LEBERT THOMAS,<br>        Plaintiff | : | CIVIL ACTION NO. 302CV457 (MRK) |
| | : | |
| v. | : | |
| | : | |
| THE METROPOLITAN DISTRICT<br>COMMISSION,<br>        Defendant | :<br>:<br>: | OCTOBER 14, 2003 |

### ANSWER TO DEFENDANT'S SPECIAL DEFENSES

The Plaintiff, Lebert Thomas, by his counsel, hereby denies each and every allegation contained in the Defendant's Special Defenses.

RESPECTFULLY SUBMITTED,

PLAINTIFF, LEBERT THOMAS

By_____
Robert W. Heagney
His Attorney
HASSETT & GEORGE, P.C.
926 Hopmeadow Street
P.O. Box 454
Simsbury, CT 06070
Tel: (860) 651-9904
Fax (860) 651-3482
ct 05658

## CERTIFICATION

I hereby certify that the foregoing Requests for Production have been mailed this 14 day of October, 2003 following counsel of record:

Anthony J. Palermino, Esq.
Law Offices of Anthony J. Palermino
945 Wethersfield Avenue
Hartford, CT 06114

Robert W. Heagney