# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LEBERT THOMAS | : | |
| | : | |
| Plaintiff, | : | |
| | : | No. 3:02CV457(MRK) |
| v. | : | |
| | : | |
| METROPOLITAN DISTRICT COMMISSION | : | |
| | : | |
| Defendant. | : | |

## ORDER

Defendant Metropolitan District Commission's Motion To Amend Special Defenses (Doc. #22), dated October 6, 2003, is hereby GRANTED ABSENT OBJECTION.

IT IS SO ORDERED.

/s/   Mark R. Kravitz
U.S.D.J.

Dated at New Haven, Connecticut: October 30, 2003