United States District Court
District of Connecticut
FILED AT   NEW HAVEN

10/30/2003

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LEBERT THOMAS<br>PLAINTIFF | CIVIL ACTION NO.: 302CV457(MRK) |
| vs. | October 6, 2003 |
| METROPOLITAN DISTRICT COMMISSION<br>DEFENDANT | |

### DEFENDANT'S SPECIAL DEFENSES

1]. **COUNT ONE – 42 U.S.C. SECTION 1983**

**FIRST SPECIAL DEFENSE**

The statute of limitations for a Section 1983 claim is three (3) years. As a result, the statute of limitations bars any of the plaintiff's claims prior to March 13, 1999.

**SECOND SPECIAL DEFENSE**

The plaintiff has failed to state a claim upon which relief can be granted.

**THIRD SPECIAL DEFENSE**

The doctrine of governmental immunity applies to the discretionary and governmental actions of the defendant.

2]. **COUNT TWO – 42 U.S.C. SECTION 1981**

**FIRST SPECIAL DEFENSE**

The statute of limitations for a Section 1981 claim is three (3) years. As a result, the statute of limitations bars any of the plaintiff's claims prior to March 13, 1999.

**SECOND SPECIAL DEFENSE**

The plaintiff has failed to state a claim upon which relief can be granted.

**THIRD SPECIAL DEFENSE**

The doctrine of governmental immunity applies to the discretionary and

governmental actions of the defendant.

### 3]. COUNT THREE – 42 U.S.C. Section 2000e, TITLE VII

### FIRST SPECIAL DEFENSE

The statute of limitations for a Title VII complaint bars any of the plaintiff's claims prior to May 3, 2000, or 300 days prior to the filing of his EEOC complaint..

### 4]. COUNT FOUR – 42 U.S.C. Section 2000e, TITLE VII

### FIRST SPECIAL DEFENSE

The statute of limitations bars any of the plaintiff's claims prior to May 3, 2000, or 300 days prior to the filing of his EEOC complaint.

        DEFENDANT
        METROPOLITAN DISTRICT COMMISSION

        BY _____
           ANTHONY J. PALERMINO
           Their Attorney
        Law Offices of Anthony J. Palermino
           945 Wethersfield Avenue
           Hartford, Connecticut 06114
           (860) 296-0035
           ct05651

## CERTIFICATION

**I HEREBY CERTIFY** that a copy of the foregoing was mailed, postage prepaid, on the 6th day of October, 2003 to Attorney Robert W. Heagney, Hassett & George, P.C., PO Box 454, Simsbury, CT 06070.

Anthony J. Palermino