OrdEOT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

Nov 5  4 30 PM '03

U.S. DISTRICT COURT
NEW HAVEN, CONN.

| LEBERT THOMAS | : |
|---|---|
| Plaintiff, | : |
| v. | : No. 3:02CV457(MRK) |
| METROPOLITAN DISTRICT COMMISSION | : |
| Defendant. | : |

### ORDER

Plaintiff Lebert Thomas' Motion For Enlargement Of Time To Respond To Defendant's Motion For Summary Judgment (Doc. #26), dated October 30, 2003, is hereby GRANTED ABSENT OBJECTION.

IT IS SO ORDERED

_/s/ Mark R. Kravitz_
Mark R. Kravitz, U.S.D.J.

Dated at New Haven, Connecticut: November 5, 2003