# United States District Court
_____DISTRICT OF CONNECTICUT_____

## APPEARANCE

LEBERT THOMAS
      Plaintiff

v.

                           CIVIL ACTION NO. 3:02CV457(MRK)

THE METROPOLITAN DISTRICT
COMMISSION,
      Defendant

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for: Lebert Thomas.

December 11, 2003
*Date*

                                    /s/ Stuart Brown
                                    *Signature*

CT 24659
*Connecticut Federal Bar Number*

                                    Stuart E. Brown
                                    *Print Name*

(860) 296-2111
*Phone Number*

                                    555 Franklin Avenue
                                    *Address*

(860)296-8494
*Fax Number*

                                    Hartford   CT     06114
                                    *City*          *State*         *Zip Code*

sbrown@hgesq.com
*E-mail Address*

## CERTIFICATION OF SERVICE

This is to certify that the foregoing Appearance was mailed on this 11th day of December, 2004 to the following:

Anthony J. Palermino, Esq.
Law Offices of Anthony J. Palermino
945 Wethersfield Avenue
Hartford, CT 06114

*Stuart Brown*
Stuart E. Brown