FILED
Dec 30  8 54 AM '03
U.S. DISTRICT COURT
NEW HAVEN CONN.

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| **LEBERT THOMAS** <br> **PLAINTIFF** | **CIVIL ACTION NO.: 302CV457(MRK)** |
| vs. | December 29, 2003 |
| **METROPOLITAN DISTRICT COMMISSION** <br> **DEFENDANT** | |

### DEFENDANT'S REPLY TO PLAINTIFF'S OBJECTION TO SUMMARY JUDGMENT

The Defendant, Metropolitan District Commission, submits the attached reply to the Plaintiff's Objection to Motion for Summary Judgment.

PLAINTIFF
METROPOLITAN DISTRICT COMMISSION

BY _____
ANTHONY J. PALERMINO
Their Attorney
Law Offices of Anthony J. Palermino
945 Wethersfield Avenue
Hartford, Connecticut 06114
(860) 296-0035
ct05651

-2-

## CERTIFICATION

**I HEREBY CERTIFY** that a copy of the foregoing was mailed, postage prepaid, on the 29th day of December, 2003 to Attorney Robert W. Heagney, Hassett & George PC, PO Box 454, 928 Hopmeadow Street, Simsbury, CT 06070

Anthony J. Palermino