UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Status Conference Calendar

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven
Chambers Room 306

Wednesday January 7, 2004
~~11:00 a.m.~~  1:00 pm

CASE NO. **3:02cv457 MRK**    **Thomas v Metropolitan District**
         **3:02cv458 MRK**    **Chaves v Metropolitan District**

Robert W. Heagney
Gilman & Marks
Two Riverview Square
99 E. River Dr. 8th fl.
East Hartford, CT 06108-4199

Anthony J. Palermino
945 Wethersfield Ave.
Hartford, CT 06114

                                BY ORDER OF THE COURT
                                KEVIN F. ROWE, CLERK

STATUS CONFERENCE HELD
DATE: 1/7/04

30 min.