FILED

Jun 10   2 24 PM '04

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT S. DISTRICT COURT
NEW HAVEN, CONN.

| | | |
|---|---|---|
| LEBERT, THOMAS | : | |
| | : | |
| Plaintiff, | : | |
| | : | CIVIL NO: 3:02CV457(MRK) |
| V. | : | |
| | : | |
| THE METROPOLITAN DISTRICT | : | |
| COMMISSION | : | |
| | : | |
| Defendant. | : | JUNE 9, 2004 |

### APPEARANCE

Please enter my appearance as counsel for the defendant, Metropolitan District

Commission, in the above-entitled action, in addition to Attorney Anthony J. Palermino.

DEFENDANT
METROPOLITAN DISTRICT
COMMISSION

By _____
James A. Wade
Fed. ID # 00086
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. No.: (860) 275-8200
Fax No.: (860) 275-8299
Email: jwade@rc.com

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid on this

9th day of June, 2004 to:

Robert W. Heagney, Esq.
GILMAN & MARKS
Two Riverview Square
99 East River Drive
East Hartford, CT 06108

James A. Wade

- 2 -