UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LEBERT THOMAS | : |
| | : |
| Plaintiff, | : |
| | :   No. 3:02CV457(MRK) |
| v. | : |
| | : |
| METROPOLITAN DISTRICT | : |
| COMMISSION | : |
| | : |
| Defendant. | : |

**NOTICE TO COUNSEL**

The parties having conferred by telephone conference on June 9, 2004, the Court sets the following schedule:

1. Jury selection will take place on **August 31, 2004 at 9:30 a.m.** in Courtroom #4. Trial will be on stand-by status commencing **9:30 a.m. on September 1, 2004**.

2. A final pre-trial conference will be held at **3:30 p.m. on August 23, 2004** in Courtroom #4.

    **TRIAL COUNSEL MUST ATTEND THE FINAL PRE-TRIAL CONFERENCE.**

3. The Parties' Joint Trial Memorandum is due **August 10, 2004**.

IT IS SO ORDERED.

/s/       Mark R. Kravitz
United States District Judge

Dated at New Haven, Connecticut: June 16, 2004.