UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
JUL 9  2 30 PM '04
U.S. DISTRICT COURT
NEW HAVEN CONN

| | |
|---|---|
| LEBERT, THOMAS : | |
| : | |
| Plaintiff, : | |
| : | CIVIL NO: 3:02CV457(MRK) |
| V. : | |
| : | |
| THE METROPOLITAN DISTRICT : | |
| COMMISSION : | |
| : | |
| Defendant. : | JUNE 28, 2004 |

## APPEARANCE

Please enter my appearance as counsel for the defendant, Metropolitan District Commission, in the above-entitled action, in addition to Attorneys Anthony J. Palermino and James A. Wade.

DEFENDANT
METROPOLITAN DISTRICT
COMMISSION

By_____
Stephen W. Aronson
Fed. ID #02216
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. No.: (860) 275-8200
Fax No.: (860) 275-8299
Email: saronson@rc.com

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid on this 28th day of June, 2004 to:

Robert W. Heagney, Esq.
GILMAN & MARKS
Two Riverview Square
99 East River Drive
East Hartford, CT 06108

Stephen W. Aronson