**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| LEBERT THOMAS, | : | CIVIL ACTION NO. |
|     Plaintiff | : | 3:02 CV 457 (MRK) |
| | : | |
| | : | |
| | : | |
| THE METROPOLITAN DISTRICT | : | |
| COMMISSION, | : | |
|     Defendant | : | AUGUST 10, 2004 |

**PLAINTIFF'S PROPOSED VOIR DIRE**

1. Name of present employer?

2. Job duties?

3. Have you ever been a supervisor?

4. Have you had people working for you?

5. Have you ever worked in the field of labor relations, industrial relations or personnel?

6. Have you ever taken any courses in law or personnel or labor relations?

7. Have you ever been active in a union? Have you ever worked in a union shop?

8. Do you have any close relatives employed by a municipality, state or city agency?

9. Have you ever had the power to discharge or discipline? To recommend discipline?

10. Do you have any close relatives that have ever been fired or laid off?

11. Do you know of any of the lawyers in this case?

12. Do you know of any of the following persons who are listed as witnesses? (List names on pretrial list).

13. Have you ever been part of a group that signed a petition or letter protesting working conditions or criticizing your superior?

14. Have you or a member of your immediate family ever filed a lawsuit?

15. Have you or a member of your immediate family ever filed a grievance or an appeal of an adverse employment decision?

16. Have you ever protested a written job appraisal or job evaluation?

17. Have you ever prepared a job appraisal or evaluation of another employee?

18. Do you think there is anything improper about an employee testifying against his current employer?

19. Do you think a company may choose to treat an employee differently if the employee is viewed as having been disloyal?

20. Have you ever owned your own business or been self-employed?

21. Have you ever been a victim of discrimination of any kind? Have you ever filed a discrimination charge with the EEOC or other government agency?

22. Have you ever been accused of discriminating against an employee?

23. Do you believe discrimination in employment is a problem today?

24. Have you ever been in a situation where you felt threatened by a fellow employee?

25. Do you believe it is appropriate for a supervisor to yell at an employee in front of others?

26. If the evidence showed that plaintiff was entitled to recover a very large amount of money would you have any difficulty in voting to make such a large award?

27. Have you ever served on a jury before?

28. Have you ever served as a juror in a criminal case?

29. Do you understand that in a civil case plaintiff only has the burden of proving his case by a preponderance of the evidence? Do you understand plaintiff does not have to prove his case beyond a reasonable doubt as in a criminal case?

30. Will you follow the instructions of law of the court concerning circumstantial indirect evidence and your right to make inferences and draw conclusions from circumstantial evidence even though there may be no direct evidence?

31. At the end of the case when you retire to deliberate, will you vote according to your conscience?

32. If you find that a preponderance or greater weight of the evidence shows that plaintiff was treated differently than other employees on unlawful discriminatory grounds, would you have any problem in entering a verdict for plaintiff?

33. Will you base your decision solely upon the evidence and law and not upon the sympathy or personal dislike of any of the parties, witnesses, or lawyers?

34. Do you know of any fact or reason which would tend to make you biased or prejudiced for or against any of the parties?

35. Do you know of any reason why you cannot give my client a fair trial?

36. Will you promise me that if the preponderance of the evidence shows plaintiff is entitled to a verdict that you will return a verdict in favor of plaintiff?

37. Have you any fixed ideas relative to anyone who files a lawsuit that would affect your judgment as a fair and impartial juror?

38. Have you any preconceived ideas about this type of case that would affect your judgment as a fair and impartial juror?

SEB/
\\Sbs2k\shared\Labor\Thomas, Lebert\Miscellaneous\documents for jury instructions\Voir Dire Lebert Thomas.doc