**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| LEBERT THOMAS, | : | CIVIL ACTION NO. |
|     Plaintiff | : | 3:02 CV 457 (MRK) |
| | : | |
| v. | : | |
| | : | |
| THE METROPOLITAN DISTRICT | : | |
| COMMISSION, | : | |
|     Defendant | : | AUGUST 10, 2004 |

**PLAINTIFF'S PROPOSED VERDICT FORMS**

**I.** **Count I – Race Discrimination under § 1983**

On the race discrimination claim of Plaintiff as submitted in Count I, we find in favor of

_____ .
    [**Plaintiff** or **Defendant**]

**Note**: Complete the following section regarding damages only if the above finding is in favor of Plaintiff. If the above finding is in favor of Defendant, you have completed your deliberation on this claim and should have your Foreperson sign and date the form without completing the damages section.

We find Plaintiff Lebert Thomas' damages as defined in the instructions to be:

$ _____
    [State the amount of damages. If none, write the word "none." If you find that Plaintiff's damages have no monetary value, set forth a nominal amount such as $1.00.]

Signed by:

_____
Foreperson

_____
Date

**II.     Count II - Race Discrimination under § 1981**

On the race discrimination claim of Plaintiff as submitted in Count II, we find in favor of

_____ .
         [**Plaintiff** or **Defendant**]

**Note**:   Complete the following section regarding damages only if the above finding is in favor of Plaintiff.  If the above finding is in favor of Defendant, you have completed your deliberation on this claim and should have your Foreperson sign and date the form without completing the damages section.

We find Plaintiff Lebert Thomas' damages as defined in the instructions to be:

$ _____
        [State the amount of damages.  If none, write the word "none."  If you find that Plaintiff's damages have no monetary value, set forth a nominal amount such as $1.00.]

Signed by:

_____
Foreperson

_____
Date

**II.     Count III – Race Discrimination under Title VII**

On the race discrimination claim of Plaintiff as submitted in Count III, we find in favor of

_____ .
        [**Plaintiff** or **Defendant**]

**Note**:   Complete the following section regarding damages only if the above finding is in favor of Plaintiff.  If the above finding is in favor of Defendant, you have completed your deliberation on this claim and should have your Foreperson sign and date the form without completing the damages section.

We find Plaintiff Lebert Thomas' damages as defined in the instructions to be:

$ _____
        [State the amount of damages.  If none, write the word "none."  If you find that Plaintiff's damages have no monetary value, set forth a nominal amount such as $1.00.]


Signed by:

_____
Foreperson


_____
Date

**IV.     Count IV – Retaliation under Title VII**

On the retaliation claim of Plaintiff as submitted in Count IV, we find in favor of

_____ .
          [**Plaintiff** or **Defendant**]

**Note**:  Complete the following section regarding damages only if the above finding is in favor of Plaintiff.  If the above finding is in favor of Defendant, you have completed your deliberation on this claim and should have your Foreperson sign and date the form without completing the damages section.


We find Plaintiff Lebert Thomas' damages as defined in the instructions to be:

$ _____
          [State the amount of damages.  If none, write the word "none."  If you find that Plaintiff's damages have no monetary value, set forth a nominal amount such as $1.00.]


Signed by:

_____
Foreperson

_____
Date

                                        RESPECTFULLY SUBMITTED,
                                        PLAINTIFF, LEBERT THOMAS

By: _____
     Robert W. Heagney (ct 5658) and
     Stuart E. Brown, Esq. (ct 24659)
     Hassett & George, P.C.
     555 Franklin Avenue
     Hartford, Connecticut 06114
     (860) 296-2111

\\Sbs2k\shared\Labor\Thomas, Lebert\verdict form.DOC