UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LEBERT THOMAS, | : | CIVIL ACTION NO. |
|     Plaintiff | : | 3:02 CV 457 (MRK) |
| | : | |
| v. | : | |
| | : | |
| THE METROPOLITAN DISTRICT COMMISSION, | : | |
|     Defendant. | : | AUGUST 9, 2004 |

### **DEFENDANT MDC'S PROPOSED VOIR DIRE QUESTIONS**

The defendant, Metropolitan District Commission ("MDC"), respectfully submits the following proposed *voir dire* questions for submission to potential jurors:

1. Do you know of the MDC, which supplies drinking water, sewer services, waste collection, water pollution control, and other services in the Greater Hartford area? If yes, do you have an opinion on the MDC, whether favorable or unfavorable, that would affect your ability to sit impartially, hear the evidence, and render a fair and just verdict?

2. Are you a customer of the MDC? If so, does that fact affect your ability to sit impartially, hear the evidence, and render a fair and just verdict?

3. Do you know anyone who works for the MDC? If so, who do you know? How do you know that person? Has that person communicated information about the MDC that would affect your ability to sit impartially, hear the evidence, and render a fair and just verdict?

4. Have you read anything, whether positive or negative, about the MDC's efforts to achieve racial diversity among its employees? If so, what have you read?

5. Do you believe that a public sector employer, like the MDC, as opposed to a private sector employer, should be held to a different standard for discrimination claims? If so, why do you believe that?

6. Do you know anyone who has claimed discrimination against his or her employer? If so, what was the claim? Were any legal proceedings commenced? What was the end result of those proceedings?

7. Do you know anyone who has been accused of discriminating against a minority or of reverse discrimination against a non-minority? If so, do you know whether that person was forced to defend himself or herself from claims asserted in a lawsuit?

8. Do you believe that employees of different races can be treated differently by their employer without that different treatment being illegal race discrimination?

9. Do you believe that employees and managers or supervisors of different races can have disagreements about workplace issues, and even take unreasonable positions on those issues, without those disagreements constituting race discrimination?

10. Do you have an opinion on affirmative action programs?

11. Have you ever observed any conduct that you believed to constitute racial discrimination? Did you do anything about it?

12. Have you ever been involved in a situation at work where you believed that an employee was discriminated against? Did the employee file a claim with his or her employer? Did the employer respond? What happened?

13. Have you ever been involved in a situation at work where an employee claimed that he or she was discriminated against but you believed that the action taken was not discrimination? Did you do anything about it?

14. Do you believe that, just because the plaintiff filed a lawsuit against the MDC and the trial is about to begin, the MDC must have done something wrong? Would you tend to believe the plaintiff, who chose to file a lawsuit, more than the MDC, which chose to defend this lawsuit simply because the plaintiff initiated a legal proceeding?

15. Do you understand that, just because someone files a legal claim, that person is not entitled to compensation and that, in order to recover any compensation, that person must actually prove his or her claims with evidence?

16. Have you ever served on a jury before? If so, what was the case about?

DEFENDANT,
THE METROPOLITAN DISTRICT
COMMISSION

By _____
James A. Wade (ct00086)
E-mail: jwade@rc.com
Stephen W. Aronson (ct02216)
E-mail: saronson@rc.com
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Phone: (860) 275-8200
Fax: (860) 275-8299

3