UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LEBERT THOMAS, | : | CIVIL ACTION NO. |
| Plaintiff | : | 3:02 CV 457 (MRK) |
| | : | |
| v. | : | |
| | : | |
| THE METROPOLITAN DISTRICT | : | |
| COMMISSION, | : | |
| Defendant. | : | AUGUST 9, 2004 |

## **DEFENDANT MDC'S PROPOSED**
## **JURY VERDICT FORM - INTERROGATORIES**

### **Count One: Claim of Race Discrimination under Section 1983 of the Civil Rights Act**

1.  Did the plaintiff prove, by a preponderance of the evidence, that the MDC intentionally discriminated against the plaintiff in the terms or conditions of his employment based on his race through the creation and maintenance of a racially hostile or abusive work environment?

    _____ Yes      _____ No

2.  Did the plaintiff prove, by a preponderance of the evidence, that the MDC committed such act or acts of discrimination under color of state law or authority?

    _____ Yes      _____ No

3.  Did the plaintiff prove, by a preponderance of the evidence, that the MDC's act or acts were the proximate or legal cause of damages sustained by the plaintiff?

    _____ Yes      _____ No

4.  Did the plaintiff prove, by a preponderance of the evidence, that the racially hostile or abuse work environment had become an MDC policy or custom, as defined in your instructions, for which the MDC would be legally responsible?

_____ Yes          _____ No

[Note:  If you answer "No" to either Question Nos. 1, 2, 3 or 4, then you need not answer
the remaining questions.]

5.    Did the plaintiff prove, by a preponderance of the evidence, that the plaintiff should be

awarded damages to compensate for a net loss of wages and benefits to the date of trial?

_____ Yes          _____ No

If your answer is "Yes," in what amount?  $_____.

6.    Did the plaintiff prove, by a preponderance of the evidence, that the plaintiff should be

awarded damages to compensate for emotional pain and mental anguish?

_____ Yes          _____ No

If your answer is "Yes," in what amount?  $_____.

## Count Two: Claim of Race Discrimination under Section 1981 of the Civil Rights Act

1.    Did the plaintiff prove, by a preponderance of the evidence, that the plaintiff was denied

a promotional opportunity by the MDC?

_____ Yes          _____ No

2.    Did the plaintiff prove, by a preponderance of the evidence, that the plaintiff's race was a

substantial or motivating factor that prompted the MDC to take that action?

_____ Yes          _____ No

[Note:  If you answer "No" to either Question No. 1 or Question No. 2 you need not
answer the remaining questions.]

3.    Did the plaintiff prove, by a preponderance of the evidence, that the plaintiff should be

awarded damages to compensate for a  net loss of wages and benefits to the date of trial?

_____ Yes          _____ No

If you answer is "Yes,", in what amount?  $_____.

4.     Did the plaintiff prove, by a preponderance of the evidence, that the plaintiff should be

awarded damages to compensate for emotional pain and mental anguish?

\_\_\_\_\_ Yes          \_\_\_\_\_ No

If your answer is "Yes," in what amount?  $_____.

**Count Three: Claim of Race Discrimination under Title VII of the Civil Rights Act**

1.     Did the plaintiff prove, by a preponderance of the evidence, that the plaintiff was

subjected to a hostile or abusive work environment because of his race?

\_\_\_\_\_ Yes          \_\_\_\_\_ No

2.     Did the plaintiff prove, by a preponderance of the evidence, that such hostile or abusive

work environment was permitted by a supervisor with immediate or successively higher

authority over the plaintiff?

\_\_\_\_\_ Yes          \_\_\_\_\_ No

3.     Did the plaintiff prove, by a preponderance of the evidence, that the plaintiff sustained

damages as a proximate or legal result of such hostile or abusive work environment?

\_\_\_\_\_ Yes          \_\_\_\_\_ No

[Note:  If you answered "No" to any one of the preceding three questions, you need not
answer the remaining questions.]

4.     Did the plaintiff prove, by a preponderance of the evidence, that the MDC exercised

reasonable care to prevent any harassing behavior in the workplace?

\_\_\_\_\_ Yes          \_\_\_\_\_ No

5.     Did the plaintiff prove, by a preponderance of the evidence, that:

(a)     The plaintiff unreasonably failed to take advantage of any preventive or corrective

opportunities provided by the MDC to avoid or correct the harm?

\_\_\_\_\_ Yes          \_\_\_\_\_ No

OR

(b)     The plaintiff took advantage of the preventive or corrective opportunities

provided by the MDC and the MDC then responded by taking reasonable and

prompt corrective action?

_____ Yes          _____ No

[Note: If you answer "No" to either Question Nos. 1, 2, 3, 4 or 5, then you need
not answer the remaining questions.]

6.     Did the plaintiff prove, by a preponderance of the evidence, that the plaintiff should be

awarded damages to compensate for a net loss of wages and benefits to the date of trial?

_____ Yes          _____ No

If your answer is "Yes,", in what amount?  $_____

7.     Did the plaintiff prove, by a preponderance of the evidence, that the plaintiff should be

awarded damages for emotional pain and mental anguish?

_____ Yes          _____ No

If your answer is "Yes,", in what amount?  $_____.

## Count Four: Claim of Retaliation under Title VII of the Civil Rights Act

1.     Did the plaintiff prove, by a preponderance of the evidence, that he engaged in legally

protected conduct?

_____ Yes          _____ No

2.     Did the plaintiff prove, by a preponderance of the evidence, that the MDC knew that the

plaintiff had engaged in such protected conduct?

_____ Yes          _____ No

4

3.  Did the plaintiff prove, by a preponderance of the evidence, that he was subjected to a tangible adverse employment action after the MDC learned that the protected conduct took place?

    _____ Yes        _____ No

4.  Did the plaintiff prove, by a preponderance of the evidence, that the MDC took a tangible adverse employment action against the plaintiff because of the plaintiff's protected conduct?

    _____ Yes        _____ No

    [Note: If you answer "No" to either Question Nos. 1, 2, 3 or 4, then you need not answer the remaining questions.]

5.  Did the plaintiff prove, by a preponderance of the evidence, that the plaintiff sustained damages as a proximate or legal result of such hostile or abusive work environment?

    _____ Yes        _____ No

    [Note: If you answered "No" to any one of the preceding three questions, you need not answer the remaining questions.]

6.  Did the plaintiff prove, by a preponderance of the evidence, that the MDC exercised reasonable care to prevent any harassing behavior in the workplace?

    _____ Yes        _____ No

7.  Did the plaintiff prove, by a preponderance of the evidence, that:

    (a)  The plaintiff unreasonably failed to take advantage of any preventive or corrective opportunities provided by the MDC to avoid or correct the harm?

        _____ Yes        _____ No

    OR

(b)    The plaintiff took advantage of the preventive or corrective opportunities

provided by the MDC and the MDC then responded by taking reasonable and

prompt corrective action?

_____ Yes        _____ No

[Note: If you answer "No" to either Question Nos. 1, 2, 3, 4 or 5, then you need
not answer the remaining questions.]

8.    Did the plaintiff prove, by a preponderance of the evidence, that the plaintiff should be

awarded damages to compensate for a net loss of wages and benefits to the date of trial?

_____ Yes        _____ No

If your answer is "Yes,", in what amount? $_____

9.    Did the plaintiff prove, by a preponderance of the evidence, that the plaintiff should be

awarded damages for emotional pain and mental anguish?

_____ Yes        _____ No

If your answer is "Yes,", in what amount? $_____.

DEFENDANT,
THE METROPOLITAN DISTRICT
COMMISSION

By_____

James A. Wade (ct00086)
E-mail: jwade@rc.com
Stephen W. Aronson (ct02216)
E-mail: saronson@rc.com
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Phone: (860) 275-8200
Fax: (860) 275-8299