UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LEBERT THOMAS, | : | CIVIL ACTION NO. |
|     Plaintiff | : | 3:02 CV 457 (MRK) |
| | : | |
| v. | : | |
| | : | |
| THE METROPOLITAN DISTRICT | : | |
| COMMISSION, | : | |
|     Defendant | : | AUGUST 10, 2004 |

**JOINT TRIAL MEMORANDUM**

(1)    TRIAL COUNSEL:

**For Plaintiff:**
    Robert W. Heagney
    555 Franklin Avenue
    Hartford, CT 06114
    Phone: (860) 296-2111
    Fax: (860) 296-8494
    E-mail: rheagney@wellington-us.com

    Stuart E. Brown
    555 Franklin Avenue
    Hartford, CT 06114
    Phone: (860) 296-2111 ext. 140
    Fax: (860) 296-8494
    E-mail: sbrown@hgesq.com

**For Defendant:**
    James A. Wade
    Robinson & Cole LLP
    280 Trumbull Street
    Hartford, CT 06103-3597
    Phone: (860) 275-8200
    Fax: (860) 275-8299
    E-mail: jwade@rc.com

    Stephen W. Aronson
    Robinson & Cole LLP
    280 Trumbull Street
    Hartford, CT 06103-3597
    Phone: (860) 275-8200
    Fax: (860) 275-8299
    E-mail: saronson@rc.com

(2)    JURISDICTION:

The jurisdiction of this Court is invoked pursuant to 28 U.S.C. § 1331, as the case involves questions of federal constitutional and statutory rights, and pursuant to 28 U.S.C. § 1343, as the case involves allegations of deprivations of federal civil rights.

(3)    JURY/NON-JURY:

This case is to be tried to a jury.

(4)   LENGTH OF TRIAL:

Counsel estimate that the presentation of evidence in this matter will require a total of five (5) days: Plaintiff's case requiring three (3) days of testimony and Defendant's case requiring two (2) days.

(5)   FURTHER PRETRIAL PROCEEDINGS:

Both parties intend to object to certain of the opposing party's exhibits and will file written objections as to those exhibits. In addition, the Defendant intends to file a motion in limine to preclude testimony about any other lawsuits, except for the Sharon Harper lawsuit (in his complaint, the plaintiff alleges that the Defendant retaliated against him as a result of his testimony during that lawsuit), that have been filed against the Defendant.

(6)   NATURE OF CASE:

**Plaintiff's Statement**:

The Plaintiff, Lebert Thomas, has brought the present action in four counts. Counts One through Three set forth causes of action for violations of 42 U.S.C. § 1983, 42 U.S.C. § 1981 and 42 U.S.C. § 2000(e), et seq., respectively. Each of the first three counts seek damages for adverse and discriminatory actions taken against the Plaintiff due to the Plaintiff's race. The fourth count pleads, alternatively, that the adverse actions taken by the Defendant against the Plaintiff were retaliation for the Plaintiff testifying on behalf of a separate civil rights claim, which resulted in a jury verdict against the Defendant.
All four counts seek compensatory damages in the amount of $2,000,000 and equitable relief (such as back pay, lost benefits, lost seniority, etc.) appropriate to remedy the secondary consequences of the adverse employment actions taken by the Defendant. The Plaintiff also seeks reimbursement of costs and attorneys' fees incurred in the present action.

**Defendant's Statement**:

The defendant, The Metropolitan District Commission, denies that it discriminated against the plaintiff on the basis of his race, denies that the plaintiff suffered any adverse job action, and, even if the plaintiff is able to prove discrimination, denies that he sustained any damages. The MDC also denies the plaintiff's claim that it retaliated against him for his having testified in the Sharon Harper lawsuit. In addition, the MDC claims that some of the plaintiff's allegations of discriminatory treatment are barred under the applicable statutes of limitation, that the doctrine of qualified immunity applicable to discretionary and governmental functions of the MDC bars the plaintiff's claims, that the plaintiff failed to take advantage of the MDC's reporting procedures, and that the plaintiff otherwise contributed to or initiated the actions that are the subject of his complaint.

(7)   TRIAL BY MAGISTRATE JUDGE:

The parties have conferred and they do not desire to have the present case tried by a Magistrate Judge.

(8)   EVIDENCE:

   (a)   Witnesses:
**Witnesses For Plaintiff:**
- Lebert Thomas (Plaintiff)
    i. Anticipated testimony: Plaintiff will provide first-hand testimony as to the allegations set forth in his complaint; Plaintiff's employment at MDC and the events surrounding the allegations of the complaint
    ii. Duration of testimony: eight (8) hours
    iii. Thomas is likely to testify
- Daisy Chavez (address: 555 Main Street, Hartford, CT)
    i. Anticipated testimony:
    ii. Duration of testimony: one and a half (1.5) hours
    iii. Chavez is likely to testify
- Jennifer Ottalagana (address: 555 Main Street, Hartford, CT)
    i. Anticipated testimony:
    ii. Duration of testimony: two and a half (2.5) hours
    iii. Ottalagana is likely to testify
- Richard Newton (1 Elm Road, Cromwell, CT)
    i. Anticipated testimony:
    ii. Duration of testimony: two and a half (2.5) hours
    iii. Newton is likely to testify
- Edward Skowronek (address: 555 Main Street, Hartford, CT)
    i. Anticipated testimony: identification and authentication of payroll records and testimony explaining same
    ii. Duration of testimony: two (2) hours
    iii. [This person] is likely to testify
- Steve Paul (address: 555 Main Street, Hartford, CT)
    i. Anticipated testimony: identification and authentication of exhibits; qualifications and assignment to oversee Water Distribution Modeling Project
    ii. Duration of testimony: one (1) hour
    iii. Paul is to be called only if the need arises
- Salvatore Gozzo (address: 555 Main Street, Hartford, CT)
    i. Anticipated testimony: witness to incident in which Geldof and Galicchio approached the Plaintiff
    ii. Duration of testimony: one and a half (1.5) hours

3

- iii. Gozzo is to be called only if the need arises
- Sharon Harper
    - i. Anticipated testimony: Plaintiff's testimony in <u>Harper</u> case; case result; history of complaints at MDC involving Harper and Plaintiff
    - ii. Duration of testimony: one and a half (1.5) hours
    - iii. Harper is to be called only if the need arises
- Robert Moore (address: 555 Main Street, Hartford, CT)
    - i. Anticipated testimony: identification and authentication of exhibits
    - ii. Duration of testimony: one half (0.5) hour
    - iii. Moore to be called only if the need arises
- Anthony V. Milano (5 Village Drive, Trumbull, CT)
    - i. Anticipated testimony: identification and authentication of exhibits
    - ii. Duration of testimony: one half (0.5) hour
    - iii. Milano to be called only if the need arises
- Cornelius Geldof (85 Old Tannery Lane, Rocky Hill, CT)
    - i. Anticipated testimony: identification and authentication of exhibits
    - ii. Duration of testimony: one half (0.5) hour
    - iii. Geldof to be called only if the need arises
- Margeret Roughan (1690 San Silvestro Drive, Venice, FL)
    - i. Anticipated testimony: identification and authentication of exhibits
    - ii. Duration of testimony: one half (0.5) hour
    - iii. Roughan to be called only if the need arises
- Luis Alvarado
    - i. Anticipated testimony:
    - ii. Duration of testimony: one and a half (1.5) hours
    - iii. Alvarado is to be called only if the need arises
- Michael Curley
    - i. Anticipated testimony:
    - ii. Duration of testimony: one and a half (1.5) hours
    - iii. Curley is to be called only if the need arises

The Plaintiff reserves the right to call additional witnesses for rebuttal in response to evidence submitted by the Defendant not reasonably anticipated prior to the beginning of the trial.

**Witnesses For Defendant:**
- Lebert Thomas (the plaintiff), 64 East Harold Street, Hartford, CT
    - i. Anticipated testimony: Plaintiff will provide testimony about the allegations in his complaint, his employment at the MDC, and the events surrounding the allegations of his complaint.
    - ii. Duration of testimony: four (4) hours
    - iii. Thomas is <u>likely to testify</u>

- M. Stephen Rhoades, MDC, 555 Main Street, Hartford, CT
    i. Anticipated testimony: Mr. Rhoades will testify about the history and organization of the MDC.
    ii. Duration of testimony: one-half (1/2) hour.
    iii. Mr. Rhoades is <u>likely to testify.</u>
- Marilyn F. Cohen, 46 Stoneham Drive, West Hartford, CT
    i. Anticipated testimony: Ms. Cohen will testify about the background leading to the Levy & Droney Report and the MDC's responses to claims of unfair treatment generally.
    ii. Duration of testimony: one-half (1/2) hour.
    iii. Ms. Cohen is <u>likely to testify.</u>
- John Rose, Jr., City of Hartford, 550 Main Street, Hartford, CT
    i. Anticipated testimony: Mr. Rose will testify about the Levy & Droney Report, interviews with MDC employees, and the report's finding of an absence of discrimination.
    ii. Duration of testimony: one-half (1/2) hour.
    iii. Mr. Rose is <u>likely to testify.</u> (Unless Ms. Zaccardelli testifies.)
- Lisa A. Zaccardelli, 74 Batterson Park Road, Farmington, CT
    i. Anticipated testimony: Ms. Zaccardelli will testify about the Levy & Droney Report, interviews with MDC employees, and the report's finding of an absence of discrimination.
    ii. Duration of testimony: one-half (1/2) hour.
    iii. Ms. Zaccardelli is <u>likely to testify.</u> (Unless Mr. Rose testifies.)
- Margaret Roughan, 1690 San Silvestro Drive, Venice, FL
    i. Anticipated testimony: Ms. Roughan will testify about the MDC's employment policies, the MDC's handling of employee complaints, including allegations of discrimination and retaliation, and the MDC's handling of the plaintiff's complaint.
    ii. Duration of testimony: one (1) hour.
    iii. Ms. Roughan will be called if the need arises.
- Renee Poirier, MDC, 555 Main Street, Hartford, CT
    i. Anticipated testimony: Ms. Poirier will testify about the MDC's employment policies, the MDC's handling of employee complaints, including allegations of discrimination and retaliation, and the MDC's handling of the plaintiff's complaint. .
    ii. Duration of testimony: one (1) hour.
    iii. Ms. Poirier will be called if the need arises.
- Patricia Speicher-Werbner, MDC, 555 Main Street, Hartford, CT
    i. Anticipated testimony: Ms. Speicher-Werbner will testify about the MDC's employment policies, the MDC's handling of employee complaints, including allegations of discrimination and retaliation, the MDC's handling of the plaintiff's complaint, the

        MDC's affirmative action programs, and the MDC's responses to the plaintiff's claims of discrimination and retaliation.
      ii. Duration of testimony: three (3) hours.
      iii. Ms. Speicher-Werbner is <u>likely to testify.</u>

- Rick Gomez, Sr., MDC, 555 Main Street, Hartford, CT
  i. Anticipated testimony: Mr. Gomez will testify about the MDC's affirmative action programs, the MDC's employment policies, and the MDC's responses to the plaintiff's claims of discrimination and retaliation.
  ii. Duration of testimony: one (1) hour.
  iii. Mr. Gomez is <u>likely to testify.</u>

- David A. Beam, 65 Locust Avenue, New Canaan, CT
  i. Anticipated testimony: Dr. Beam will testify about his engagement by the MDC to perform executive recruiting services and his communications with the plaintiff.
  ii. Duration of testimony: one-half (1/2) hour.
  iii. Dr. Beam is <u>likely to testify.</u>

- Robert J. Zaik, MDC, 555 Main Street, Hartford, CT
  i. Anticipated testimony: Mr. Zaik will testify about his knowledge of the plaintiff's allegations in his complaint and the MDC's responses to the plaintiff's claims of discrimination and retaliation.
  ii. Duration of testimony: two (2) hours.
  iii. Mr. Zaik is <u>likely to testify.</u>

- Robert E. Moore, MDC, 555 Main Street, Hartford, CT
  i. Anticipated testimony: Mr. Moore will testify about his knowledge of the plaintiff's allegations in his complaint and the MDC's responses to the plaintiff's claims of discrimination and retaliation.
  ii. Duration of testimony: two (2) hours.
  iii. Mr. Moore is <u>likely to testify.</u>

- Richard Newton
  i. Anticipated testimony: Mr. Newton will testify about his knowledge of the plaintiff's allegations in his complaint.
  ii. Duration of testimony: one-half (1/2) hour.
  iii. Mr. Newton will be called if the need arises.

- Steven Paul, MDC, 555 Main Street, Hartford, CT
  i. Anticipated testimony: Mr. Paul will testify about his knowledge of the plaintiff's allegations in his complaint.
  ii. Duration of testimony: one-half (1/2) hour.
  iii. Mr. Paul will be called if the need arises.

- Cornelis "Neil" Geldof, Jr., 85 Old Tannery Lane, Rocky Hill, CT
  i. Anticipated testimony: Mr. Geldof will testify about his knowledge of the plaintiff's allegations in his complaint and the