MDC's responses to the plaintiff's claims of discrimination and retaliation.

    ii. Duration of testimony: two (2) hours.

    iii. Mr. Geldof is <u>likely to testify</u>.

- Anthony Gallicchio, 35 Berkshire Drive, Newington, CT
    - i. Anticipated testimony:  Mr. Gallicchio will testify about his knowledge of the allegations in the plaintiff's complaint and the MDC's responses to the plaintiff's claims of discrimination and retaliation.
    - ii. Duration of testimony: one-half (1/2) hour.
    - iii. Mr. Gallicchio is <u>likely to testify.</u>
- Michael J. Petti, MDC, 555 Main Street, Hartford, CT
    - i. Anticipated testimony: Mr. Petti will testify about his knowledge of the allegations in the plaintiff's complaint and the MDC's response to the plaintiff's claims of discrimination and retaliation.
    - ii. Duration of testimony: one (1) hour.
    - iii. Mr. Petti is <u>likely to testify.</u>
- Michael Curley
    - i. Anticipated testimony:  Mr. Curley will testify about his knowledge of the allegations in the plaintiff's complaint and the MDC's response to the plaintiff's claims of discrimination and retaliation.
    - ii. Duration of testimony: one (1) hour.
    - iii. Mr. Curley will be called if the need arises.
- George H. Sparks, 39 Laurel Lane, Marlborough, CT
    - i. Anticipated testimony:  Mr. Sparks will testify about his knowledge of the allegations in the plaintiff's complaint and the MDC's response to the plaintiff's claims of discrimination and retaliation.
    - ii. Duration of testimony: one (1) hour.
    - iii. Mr. Sparks will be called if the need arises.
- John J. Proulx, MDC, 555 Main Street, Hartford, CT
    - i. Anticipated testimony:  Mr. Proulx will testify about his knowledge of the allegations in the plaintiff's complaint and the MDC's response to the plaintiff's claims of discrimination and retaliation.
    - ii. Duration of testimony: one (1) hour.
    - iii. Mr. Proulx will be called if the need arises.

The Defendant reserves the right to call additional witnesses for rebuttal in response to evidence submitted by the Plaintiff not reasonably anticipated prior to the beginning of the trial.

(b)    Exhibits:
**Plaintiff's Exhibits**:

1.  Lebert Thomas performance evaluation 1997
2.  Lebert Thomas performance evaluation 1998
3.  Lebert Thomas performance evaluation 1999
4.  Lebert Thomas performance evaluation 2000
5.  Lebert Thomas performance evaluation 2001
6.  Job Description, Manager of Engineering Services
7.  Notice of Vacancy #6-99 Manager of Engineering Services
8.  Map:    Plan for Third Floor Panel Layout, Metropolitan District Headquarters Building, dated January 14, 2000
9.  Form: The Metropolitan District Request for Classification Review (Zaik deposition, exhibit B)
10. Verdict Form: Sharon Harper v. Metropolitan District Commission
11. Jan. 31, 2001 Memo – Thomas to Roughan; Subject: Mr. Geldof's Behavior at Meeting
12. Jan. 31, 2001 Memo – Roughan to Moore; Subject: Lebert Thomas – Verbal Complaint
13. Feb. 8, 2001 Memo – Moore to Geldof; Subject: Unacceptable Behavior – January 24, 2001
14. Memorandum of Decision, dated March 16, 2001: Sharon Harper v. Metropolitan District Commission
15. May 24, 2001 Memo – Thomas to Moore; Subject Real Estate Staffing
16. Aug. 3, 2001 Memo – Thomas to Milano; Subject: MDC Water Distribution Modeling Assignment
17. Aug. 24, 2001 Memo - Moore to Thomas; Subject: Water Distribution Modeling Project
18. The Metropolitan District, Job Posting Application, application of Steven P. Paul for Manager of Water Supply position
19. Nov. 9, 2001 Memo – Gallicchio and Milano to District Employees; Subject: Complaints of Discrimination
20. Jan. 24, 2002 Memo – Milano to All Employees; Subject: Violence In the Workplace Plan, with copy of plan attached
21. Mar. 7, 2002 Memo – Thomas to Moore; Subject: Neil Geldof's Conduct on March 4, 2002
22. May 13, 2002 Memo – Moore to Geldof; Subject: Incident on March 4, 2002
23. May 15, 2002 Memo – Geldof to Sparks; Subject: Planned Retirement Date
24. May 20, 2002 Memo – Moore to Geldof; Subject: Planned Retirement
25. Metropolitan District Commission Affirmative Action Plan, dated April 1, 1996 – March 31, 1997

26. "Levy & Droney Report" – Compliance Audit of Employment Practices of the Metropolitan District Commission Undertaken by Legal Counsel, dated March 15, 2002
27. MDC's Payroll Records as to established salaries for certain pay grades for the period 1997-2004, to be subpoenaed and produced through Edward Skowronek.

**Defendant's Exhibits:**
1. Organization Chart, MDC Executive and Management Team
2. MDC Employee Handbook
3. MDC Affirmative Action and Equal Employment Opportunity Policy
4. MDC Discrimination Complaint Procedure
5. Job Description, Manager of Engineering Services, Job Code 24075, dated September 1991
6. Notice of Vacancy #6-99 Manager of Engineering Services
7. Map:    Plan for Third Floor Panel Layout, Metropolitan District Headquarters Building, dated January 14, 2000
8. Form: The Metropolitan District Request for Classification Review
9. Jan. 31, 2001 Memo – Thomas to Roughan; Subject: Mr. Geldof's Behavior at Meeting
10. Jan. 31, 2001 Memo – Roughan to Moore; Subject: Lebert Thomas – Verbal Complaint
11. Feb. 8, 2001 Memo – Moore to Geldof; Subject: Unacceptable Behavior – January 24, 2001
12. May 24, 2001 Memo – Thomas to Moore; Subject Real Estate Staffing
13. Aug. 3, 2001 Memo – Thomas to Milano; Subject: MDC Water Distribution Modeling Assignment
14. Aug. 24, 2001 Memo - Moore to Thomas; Subject: Water Distribution Modeling Project
15. The Metropolitan District, Job Posting Application, application of Steven P. Paul for Manager of Water Supply position
16. Nov. 9, 2001 Memo – Gallicchio and Milano to District Employees; Subject: Complaints of Discrimination
17. Jan. 24, 2002 Memo – Milano to All Employees; Subject: Violence In the Workplace Plan, with copy of plan attached
18. Mar. 7, 2002 Memo – Thomas to Moore; Subject: Neil Geldof's Conduct on March 4, 2002
19. May 13, 2002 Memo – Moore to Geldof; Subject: Incident on March 4, 2002
20. May 15, 2002 Memo – Geldof to Sparks; Subject: Planned Retirement Date for Director of Engineering & Planning
21. May 20, 2002 Memo – Moore to Geldof; Subject: Planned Retirement

22. Metropolitan District Commission Affirmative Action Plan, dated April 1, 1996 – March 31, 1997

23. Metropolitan District Commission Affirmative Action Plan, dated December 1, 2002 – November 30, 2003

24. "Levy & Droney Report" – Compliance Audit of Employment Practices of the Metropolitan District Commission Undertaken by Legal Counsel, dated March 15, 2002

25. MDC Payroll Records as to established salaries for certain pay grades for the period 1997-2004

26. MDC Human Resources Recruitment Activity reports

27. MDC Office of Diversity, Affirmative Action Advisory Committee Members webpage

28. Memo from Sparks to Senior Staff, dated September 30, 2002; subject Role of Affirmative Action Officer and Discrimination Complaint Procedure, with attached memos

29. Memo from Sparks to All MDC Staff, dated September 25, 2002; subject Equal Employment Opportunity and Non-Discrimination

30. Memo from Roughan to Personnel Staff, dated February 15, 1995; subject Affirmative Action

31. CHRO Poster – Discrimination is Illegal

32. Affirmative Action and Equal Employment Opportunity Policy memo from Milano, dated September 12, 1996

33. Memo from Moore to Geldof, dated October 19, 2001 re Insubordinate Actions

34. MDC Personnel Requisition form for Manager of Engineering Services, received by HR January 29, 1999

35. MDC Job Posting Application of plaintiff, dated March 24, 1999

36. MDC Supervisory Interview Report, dated April 7, 1999

37. Memo from Roughan to Geldof, dated March 31, 1999; subject NOV #6-99

38. Letter from Mannila to Thomas, dated April 8, 1999, re appointment to Manager of Engineering Services

39. Minutes of Meeting of the Personnel, Pension and Insurance Committee, for February 19, 2002, and attached reports

40. Minutes of MDC meeting of October 7, 2002, and attached reports

41. Minutes of MDC meeting of December 2, 2002, and attached reports

42. Handwritten notes by Roughan, dated January 25, 2001

43. Memo from Alvarado to Thomas, dated June 30, 1992, subject Verbal Warning

44. Memo from Geldof to Thomas, dated October 6, 1992, subject Verbal Warning

45. Letter from Thomas to Whom it may concern, dated April 10, 1986, re comments on employee performance appraisal

46. Letter from Mannila to Thomas, dated May 26, 1995
47. Memo from Alvarado to Geldof, dated June 30, 1992, subject L.D. Thomas revised evaluation
48. Memo from Andrews to Thomas, dated November 14, 1986, subject parking violation
49. Memo from Johnson to Andrews, dated July 11, 1986, subject Grievance #3-86
50. Memo from Newton to Thomas, dated April 11, 1986, subject Rating Evaluation April 10, 1986
51. Letter from Thomas to Andrews, dated June 23, 1986
52. Letter from Thomas to Johnson, dated April 11, 1986
53. MDC Supervisory Interview Report, dated April 11, 1985
54. Letter from Traichel to Thomas, dated April 18, 1985
55. Memo from Geldof to Thomas, dated September 19, 1991, subject Written Warning
56. Letter from Thomas to Reardon, dated June 24, 1986
57. MDC Certification, dated December 5, 2001
58. Minutes of the Meeting of the Personnel, Pension and Insurance Committee for September 19, 2001, with attachments
59. Minutes of the Meeting of the MDC for November 7, 2001, with attachments
60. Plaintiff's Employee Appraisal 1986
61. Plaintiff's Employee Appraisal 1987
62. Plaintiff's Employee Appraisal 1988
63. Plaintiff's Employee Appraisal 1989
64. Plaintiff's Employee Appraisal 1990
65. Plaintiff's Employee Appraisal 1991
66. Plaintiff's Performance Review form 1992
67. Plaintiff's Performance Review form 1993
68. Plaintiff's Performance Review form 1994
69. Plaintiff's Performance Review form 1995 (May)
70. Plaintiff's Performance Review form 1995 (September)
71. Plaintiff's Performance Review form 1996
72. Plaintiff's Performance Review form 1997
73. Plaintiff's Performance Review form 1998
74. Plaintiff's Performance Review form 1999
75. Plaintiff's Performance Review form 2000
76. Plaintiff's Performance Review form 2001
77. MDC EEO-1 Forms
78. News Release, November 8, 2001
79. Documents from Beam & Associates re job searches for the MDC

(c)     Deposition Testimony:

None anticipated by the parties.

(9)     STIPULATIONS AND PROPOSED FINDINGS OF FACT AND CONCLUSIONS
        OF LAW:

1.  The Plaintiff, Lebert Thomas, is an African-American male.
2.  Thomas is employed by the Defendant, Metropolitan District Commission
    ("MDC").
3.  Thomas has been employed by the MDC since 1985.
4.  Thomas' present job title is Manager of Engineering Services.
5.  The MDC is a municipal corporation with an administrative office at 555
    Main Street, Hartford, Connecticut.
6.  Thomas filed a complaint with the Connecticut Commission on Human Rights
    and Opportunities ("CHRO") and the Equal Employment Opportunity
    Commission ("EEOC") on or about February 26, 2001.
7.  In August, 2000, Thomas was subpoenaed to testify by Sharon Harper in the
    federal case of Sharon Harper v. Metropolitan District Commission.
8.  Thomas did testify in the case of Sharon Harper v. Metropolitan District
    Commission.
9.  At the conclusion of evidence in the case of Sharon Harper v. Metropolitan
    District Commission, the jury returned a verdict against the MDC.
10. In January, 2001, Cornelius Geldof was MDC's Director of Engineering.
11. Robert E. Moore is MDC's Chief Administrative Officer.

(a)     Bench Trial:

Case to proceed as a jury trial.

(b)     Jury Trial:

        (1)     Proposed Voir Dire Questions:

        See attached.

        (2)     Proposed Jury Instructions:

        See attached

        (3)     Proposed Verdict Form:

        See attached.

(4)    Brief Description of Case and Parties:

The present case involves a controversy between the Plaintiff, Lebert Thomas, and the Defendant, the Metropolitan District Commission. At certain points, you may hear the Defendant referred to as the "MDC" for short. Mr. Thomas is an African-American employee of the MDC. This case will involve allegations of racial discrimination in the workplace and allegations of retaliation against Mr. Thomas for his testimony in a separate lawsuit involving the MDC. The MDC denies Mr. Thomas's allegations.

(10)    ANTICIPATED EVIDENTIARY PROBLEMS:

The parties are not aware of any evidentiary problems at this time.


PLAINTIFF, LEBERT THOMAS                    DEFENDANT, THE METROPOLITAN
                                            DISTRICT COMMISSION


By: _____        By: _____
Robert W. Heagney (ct05858)                 James A. Wade (ct00086)
E-mail: rheagney@wellington-us.com          E-mail: jwade@rc.com
Stuart E. Brown (ct24659)                   Stephen W. Aronson (ct02216)
E-mail: sbrown@hgesq.com                    E-mail: saronson@rc.com
Hassett & George, P.C.                      Robinson & Cole LLP
555 Franklin Avenue                         280 Trumbull Street
Hartford, CT 06114                          Hartford, CT 06103-3597
Phone: (860) 296-2111                       Phone: (860) 275-8200
Fax: (860) 296-8494                         Fax: (860) 275-8299


\\Sbs2k\shared\Labor\Thomas, Lebert\Joint Trial Memorandum Headings.doc