UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LEBERT THOMAS, | : | CIVIL ACTION NO. |
| Plaintiff | : | 3:02 CV 457 (MRK) |
| | : | |
| v. | : | |
| | : | |
| THE METROPOLITAN DISTRICT COMMISSION, | : | |
| Defendant | : | AUGUST 9, 2004 |

**DEFENDANT MDC'S MOTION IN LIMINE
TO PRECLUDE EVIDENCE OF OTHER ACTIONS AGAINST MDC**

The defendant, Metropolitan District Commission ("MDC"), moves in limine to preclude evidence or testimony offered or sought by the plaintiff with regard to actions filed against the MDC by other employees or former employees. The MDC also moves in limine to preclude evidence or testimony offered or sought by the plaintiff with regard to the amount or any characterization of the amount of damages awarded in the Sharon v. Metropolitan District Commission case.

The MDC objects to the admission of such evidence at trial on the grounds that: (1) the evidence with regard to actions filed against MDC by other employees or former employees is irrelevant, highly prejudicial, creates a substantial risk of confusing the jury, potentially misleads the jury, wastes the Court's time and potentially forces the MDC to defend itself with respect to claims nor on trial in this case; and (2) the evidence with regard to the amount or any characterization of the amount of damages awarded in the Sharon Harper case is highly prejudicial and the risk of unfair prejudice outweighs the probative value of the evidence.

The MDC submits the accompanying memorandum of law in support of its motion.

DEFENDANT
THE METROPOLITAN DISTRICT
COMMISSION

By _____
James A. Wade (ct00086)
E-mail: jwade@rc.com
Stephen W. Aronson (ct02216)
E-mail: saronson@rc.com
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Phone: (860) 275-8200
Fax: (860) 275-8299

## CERTIFICATION

This is to certify that a copy of the foregoing was hand-delivered or mailed, postage prepaid on this 9th day of August, 2004 to the following counsel of record:

Robert W. Heagney, Esq.
Stuart E. Brown, Esq.
Hassett & George, P.C.
555 Franklin Avenue
Hartford, CT 06114

_____
Stephen W. Aronson