UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LEBERT THOMAS, | : |
|     Plaintiff, | : |
| V. | :   CIVIL NO. 3:02 CV 457 (MRK) |
| METROPOLITAN DISTRICT COMMISSION, | : |
|     Defendant. | :   SEPTEMBER 8, 2004 |

**DEFENDANT'S SUPPLEMENTAL DISCLOSURE OF TRIAL EXHIBITS**

The defendant, Metropolitan District Commission, hereby supplements its disclosure of trial exhibits, as set forth in the parties Joint Trial Memorandum, dated August 10, 2004, by adding the following two exhibits that were recently disclosed by the plaintiff:

1. Complaint in <u>Lebert Thomas v. Metropolitan District Commission</u>, No. 3:04 CV 980 (CFD), filed by the plaintiff, Lebert Thomas, on June 16, 2004, in the U.S. District Court for the District of Connecticut.

2. Connecticut Commission on Human Rights and Opportunities Affidavit of Illegal Discriminatory Practice in <u>Lebert Thomas v. Metropolitan District Commission</u>, CHRO No. 0510049, filed by the plaintiff, Lebert Thomas, on or about July 28, 2004, with the Connecticut Commission on Human Rights and Opportunities in Hartford, Connecticut.

DEFENDANT,
METROPOLITAN DISTRICT COMMISSION

By /s/ _____
James A. Wade (ct00086)
Stephen W. Aronson (ct02216)
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. No.: (860) 275-8200
Fax No.: (860) 275-8299
Its Attorneys

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed via first class mail on this the 8th day of September, 2004, to the following counsel of record:

Robert W. Heagney, Esq.
Stuart E. Brown, Esq.
Hassett & George, P.C.
555 Franklin Avenue
Hartford, CT 06114

_____
Stephen W. Aronson