UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LEBERT THOMAS : | |
| : | |
| Plaintiff, : | |
| : | CIVIL NO: 3:02CV457(MRK) |
| V. : | |
| : | |
| THE METROPOLITAN DISTRICT : | |
| COMMISSION : | |
| : | |
| Defendant. : | SEPTEMBER 24, 2004 |

### EMERGENCY REQUEST FOR POSTPONEMENT OF TRIAL

The Defendant, MDC, respectfully moves to postpone commencement of the trial in the above-captioned matter previously scheduled to commence October 7, 2004, due to unavailability of trial counsel, James A. Wade, for the following reasons:

1. As was previously told to the Court and counsel, Attorney Wade has been engaged on trial in the Superior Court, New London, Connecticut in a criminal case captioned: State of Connecticut v. Brian Cote, CR-98-74207, since June of 2004.

2. It was anticipated that said trial would have been concluded prior to October 4, 2004.

3. Yesterday, on September 23, 2004, the trial judge made a ruling in favor of the defense which allowed the admission of certain evidence heretofore excluded from the trial.

- 2 -

4. As a result of said ruling and the admission of said evidence, the prosecution now anticipates it will have to present a rebuttal case directed to such evidence which will consume three additional trial days.

5. The trial cannot go forward today, Friday, September 24, 2004 because the State's Attorney must attend an out-of-state funeral. The trial cannot go forward on September 30 and October 1, 2004 because the trial judge has prior personal commitments on those days.

As a result of all of the foregoing, it is anticipated that the trial of State v. Cote will continue past October 7, 2004. Counsel will be available for a conference call, if desired, with the court and all counsel this afternoon, September 24, 2004.

.

                                DEFENDANT
                                METROPOLITAN DISTRICT
                                  COMMISSION


By_____
  James A. Wade
  Fed. ID # 00086
  Email:  jwade@rc.com
  Stephen W. Aronson
  Fed ID #02216
  Email:  saronson@rc.com
  Robinson & Cole LLP
  280 Trumbull Street
  Hartford, CT 06103-3597
  Tel. No.: (860) 275-8200
  Fax No.: (860) 275-8299

- 3 -

## CERTIFICATION

    This is to certify that a copy of the foregoing sent via facsimile and first-class mail postage prepaid on this 24th day of September, 2004 to:

Robert W. Heagney, Esq.
Stuart E. Brown, Esq.
Hassett & George, P.C.
555 Franklin Avenue
Hartford, CT  06114

                                                              _____
                                                                 James A. Wade