**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| LEBERT THOMAS, | : | CIVIL ACTION NO. |
|     Plaintiff | : | 3:02 CV 457 (MRK) |
| | : | |
| v. | : | |
| | : | |
| THE METROPOLITAN DISTRICT | : | |
| COMMISSION, | : | |
|     Defendant | : | OCTOBER 1, 2004 |

### PLAINTIFF'S PROPOSAL AS TO HARPER DECISION

Pursuant to the Court's request of September 22, 2004, the Plaintiff, LEBERT THOMAS, respectfully submits the following proposal as to the Sharon Harper decision. The Plaintiff proposes that that the following stipulation may be admitted in lieu of Plaintiff's Exhibit 14:

"For purposes of this lawsuit, the parties stipulate that the plaintiff, Lebert Thomas, testified during a trial on certain employment-related claims in a lawsuit filed by a woman named Sharon Harper against her then former employer, the MDC, on August 30, 2000. On or about August 31, 2000, the jury returned a verdict in favor of Harper for a significant amount. After the trial, the court entered a judgment in favor of Ms. Harper and against the MDC. In its written decision, the court specifically mentioned Lebert Thomas' name in its discussion of the evidence that was presented."

Although certain portions of this proposal were mutually agreed upon, the Plaintiff's proposed language at the end regarding the content of the memorandum of decision was not

1

accepted by the Defendant. Therefore, the Plaintiff and Defendant are submitting separate proposals for the Court's review.

                THE PLAINTIFF,
                LEBERT THOMAS

By: _____
      Robert W. Heagney (ct05858)
      Stuart E. Brown (ct24659)
      Hassett & George, P.C.
      555 Franklin Avenue
      Hartford, CT 06114
      Phone: (860) 296-2111
      Fax: (860) 296-8494

## CERTIFICATION

This is to certify that a copy of the foregoing was sent via first class mail, postage prepaid, this 1st day of October, 2004 to the following counsel of record:

James A. Wade
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597

By: _____

\\Sbs2k\shared\Labor\Thomas, Lebert\Pleadings\Stipulation as to Harper Case.doc