AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

Thomas
v.
Metro District Commission

DISTRICT OF

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 3:02cv457

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Mark R. Kravitz | Stuart E. Brown | James A. Wade |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 11/3/2004 | Thea Finkelstein | Kenneth Ghilardi |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 11/3/04 | ID | ✗ | Compliance Audit of Employment Practices |
| 2 | | 11/3/04 | ID | | Changes to Report |

FILED 2004 NOV -5 A 11:10 U.S. DISTRICT COURT NEW HAVEN, CT