AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

Thomas

DISTRICT OF ———

v.

Metro District Commission

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 3.02cv457

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| MARK R. Kravitz | Stuart E Brown | James A. Wade |
| **TRIAL DATE(S)** | **COURT REPORTER** | **COURTROOM DEPUTY** |
| 11/3/2004 | T. Finkelstein | Kenneth Ghilardi |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 11/3/04 | | | John Rose, Jr. |
| | | | | | |

FILED

2004 NOV -5 A 11: 10

U.S. DISTRICT COURT
NEW HAVEN, CT