UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LEBERT THOMAS,<br>Plaintiff, | : CIVIL ACTION NO.<br>: 3:02-CV-00457 (MRK)<br>: |
| v. | : |
| METROPOLITAN DISTRICT COMMISSION,<br>Defendant. | :<br>: NOVEMBER 8, 2004 |

**DEFENDANT'S NOTICE OF WITHDRAWAL OF EXHIBITS**

In light of (a) the Court's rulings on the motions in limine filed by the defendant, Metropolitan District Commission, which excluded from evidence the Levy & Droney Report and any evidence pertaining claims made against the MDC by employees other than the plaintiff, (b) the plaintiff's representation limiting the evidence to the time period between March 1999 and March 2002, (c) the parties' stipulation regarding the Sharon Harper case, and (d) the plaintiff's withdrawal of the Affirmative Action Plan as an exhibit and Anthony Milano as a witness, the MDC hereby gives notice that it has withdrawn exhibit nos. 516, 522-528, 530, 539-541, 543-573, and 577-578 from its exhibit list, which exhibits were listed as follows:

516.   Nov. 9, 2001 Memo – Gallicchio and Milano to District Employees; Subject: Complaints of Discrimination

522.   Metropolitan District Commission Affirmative Action Plan, dated April 1, 1996 – March 31, 1997

523.   Metropolitan District Commission Affirmative Action Plan, dated December 1, 2002 – November 30, 2003

524. "Levy & Droney Report" – Compliance Audit of Employment Practices of the Metropolitan District Commission Undertaken by Legal Counsel, dated March 15, 2002

525. None

526. MDC Human Resources Recruitment Activity reports

527. MDC Office of Diversity, Affirmative Action Advisory Committee Members webpage

528. Memo from Sparks to Senior Staff, dated September 30, 2002; subject Role of Affirmative Action Officer and Discrimination Complaint Procedure, with attached memos

530. Memo from Roughan to Personnel Staff, dated February 15, 1995; subject Affirmative Action, Discrimination Poster, and Affirmative Action Policy

539. Minutes of Meeting of the Personnel, Pension and Insurance Committee, for February 19, 2002, and attached reports

540. Minutes of MDC meeting of October 7, 2002, and attached reports

541. Minutes of MDC meeting of December 2, 2002, and attached reports

543. Memo from Alvarado to Thomas, dated June 30, 1992, subject Verbal Warning

544. Memo from Geldof to Thomas, dated October 6, 1992, subject Verbal Warning

545. Letter from Thomas to whom it may concern, dated April 10, 1986, re comments on employee performance appraisal

546. Letter from Mannila to Thomas, dated May 26, 1995

547. Memo from Alvarado to Geldof, dated June 30, 1992, subject L.D. Thomas revised evaluation

548. Memo from Andrews to Thomas, dated November 14, 1986, subject parking violation

549. Memo from Johnson to Andrews, dated July 11, 1986, subject Grievance #3-86

550. Memo from Newton to Thomas, dated April 11, 1986, subject Rating Evaluation April 10, 1986

551. Letter from Thomas to Andrews, dated June 23, 1986

552. Letter from Thomas to Johnson, dated April 11, 1986

553. MDC Supervisory Interview Report, dated April 11, 1985

554. Letter from Traichel to Thomas, dated April 18, 1985

555. Memo from Geldof to Thomas, dated September 19, 1991, subject Written Warning

556. Letter from Thomas to Reardon, dated June 24, 1986

557. MDC Certification, dated December 5, 2001

558. Minutes of the Meeting of the Personnel, Pension and Insurance Committee for September 19, 2001, with attachments

559. Minutes of the Meeting of the MDC for November 7, 2001, with attachments

560. Plaintiff's Employee Appraisal 1986

561. Plaintiff's Employee Appraisal 1987

562. Plaintiff's Employee Appraisal 1988

563. Plaintiff's Employee Appraisal 1989

564. Plaintiff's Employee Appraisal 1990

565. Plaintiff's Employee Appraisal 1991

566. Plaintiff's Performance Review form 1992

567. Plaintiff's Performance Review form 1993

568. Plaintiff's Performance Review form 1994

569. Plaintiff's Performance Review form 1995 (May)

570. Plaintiff's Performance Review form 1995 (September)

571. Plaintiff's Performance Review form 1996

572. Plaintiff's Performance Review form 1997

573. Plaintiff's Performance Review form 1998

577. MDC EEO-4 Forms

578. News Release, November 8, 2001

DEFENDANT,
METROPOLITAN DISTRICT COMMISSION

By: /s/ James A. Wade
James A. Wade (ct00086)
E-mail: jwade@rc.com
Stephen W. Aronson (ct02216)
E-mail: saronson@rc.com
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Phone: (860) 275-8200
Fax: (860) 275-8299

## CERTIFICATION

This is to certify that a copy of the foregoing was hand-delivered on this 8th day of November, 2004, to the following counsel of record:

Robert W. Heagney, Esq.
Stuart E. Brown, Esq.
Hassett & George, P.C.
555 Franklin Avenue
Hartford, CT 06114

Stephen W. Aronson