UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LEBERT THOMAS,<br>    Plaintiff, | :    CIVIL ACTION NO.<br>:    3:02-CV-00457 (MRK)<br>: |
| v. | : |
| METROPOLITAN DISTRICT COMMISSION,<br>    Defendant. | :<br>:    NOVEMBER 5, 2004 |

## **DEFENDANT'S OBJECTIONS TO PRELIMINARY JURY INSTRUCTIONS**

The defendant, Metropolitan District Commission ("MDC"), hereby objects to the Preliminary Jury Instructions, submitted by the Court via facsimile earlier today, as follows:

On page 8, in the second full paragraph, the MDC requests that the Court change the reference to Sharon Harper from "Mr. Harper" to "Ms. Harper."

Also on page 8, in the last paragraph, the MDC objects to the first question: "Did the MDC discriminate against Mr. Thomas?" on the ground that the question is too broad. In this case, the plaintiff is claiming discrimination solely on the basis of his race and, therefore, the question should be confined to his race. The MDC suggests that the question read: "Did the MDC discriminate against Mr. Thomas on account of his race?"

On page 10, in the paragraph beginning with the word "THIRD," the MDC objects to the language as it does not note that the MDC may introduce its evidence during cross-examination of the plaintiff's witnesses and seems to create the expectation that the MDC is required to call its own witnesses in order to refute the plaintiff's evidence. The MDC suggests that the following sentence be added: "The Defendant may introduce evidence refuting the Plaintiff's

HART1-1216707-1

claims through testimony offered in cross-examination of the witnesses called by the Plaintiff or by calling its own witnesses."

For all of the foregoing reasons, the MDC respectfully requests that the Court revise the Preliminary Jury Instructions as set forth above.

DEFENDANT,
METROPOLITAN DISTRICT COMMISSION

By: _____
James A. Wade (ct00086)
E-mail: jwade@rc.com
Stephen W. Aronson (ct02216)
E-mail: saronson@rc.com
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Phone: (860) 275-8200
Fax: (860) 275-8299

## CERTIFICATION

This is to certify that a copy of the foregoing was faxed on this 5th day of November, 2004, to the following counsel of record:

Robert W. Heagney, Esq.
Stuart E. Brown, Esq.
Hassett & George, P.C.
555 Franklin Avenue
Hartford, CT 06114

_____
Stephen W. Aronson