UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**
2004 NOV 10 P 1: 12
U.S. DISTRICT COURT
NEW HAVEN, CT

| | | |
|---|---|---|
| LEBERT THOMAS, <br>    Plaintiff, | : <br> : <br> : | CIVIL ACTION NO. <br> 3:02-CV-00457 (MRK) |
| v. | : <br> : | |
| THE METROPOLITAN DISTRICT COMMISSION, <br>    Defendant. | : <br> : <br> : | |

NOVEMBER 10, 2004

### DEFENDANT'S MOTION FOR JUDGMENT AS A MATTER OF LAW

Pursuant to Rule 50 of the Federal Rules of Civil Procedure, the defendant, the Metropolitan District Commission ("MDC"), respectfully moves for judgment as a matter of law in favor of defendant on all counts in plaintiff's Complaint. In support of this Motion, Defendant submits its Memorandum of Law.

WHEREFORE, Defendant respectfully requests that this Motion for Judgment as a Matter of Law be granted as to all counts of plaintiff's Complaint.

ORAL ARGUMENT REQUESTED
TESTIMONY NOT REQUIRED

HART1-1215997-1

DEFENDANT,
THE METROPOLITAN DISTRICT
COMMISSION,

By: _____
James A. Wade (ct 00086)
E-mail: jwade@rc.com
Stephen W. Aronson (ct 02216)
E-mail: saronson@rc.com
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. No.: (860) 275-8200
Fax No.: (860) 275-8299
Its Attorneys

**CERTIFICATION**

This is to certify that a copy of the foregoing was hand-delivered on this 10th day of November, 2004 to:

Robert W. Heaghney, Esq.
Stuart E. Brown, Esq.
Hassett & George, P.C.
555 Franklin Avenue
Hartford, CT 06114

_____
Stephen W. Aronson

- 2 -