*Stuart Brown has taken Plaintiff's exhibits into his custody at close of trial.*
*11/15/04 @ 5:22pm*
*Stuart Brown CT24659*

*All exhibits are considered Full exhibits 11/8/2004*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LEBERT THOMAS, | : | CIVIL ACTION NO. |
| Plaintiff | : | 3:02 CV 457 (MRK) |
| | : | |
| v. | : | |
| | : | |
| THE METROPOLITAN DISTRICT | : | |
| COMMISSION, | : | |
| Defendant | : | |

## Plaintiff's Exhibits

*U.S. DISTRICT COURT NEW HAVEN, CT*
*2004 NOV 16  A 8:31*
*FILED*

1. *(11/8 withdrawn ✗)* Lebert Thomas performance evaluation 1997
2. *(11/8 withdrawn ✗)* Lebert Thomas performance evaluation 1998
3. Lebert Thomas performance evaluation 1999
4. Lebert Thomas performance evaluation 2000
5. Lebert Thomas performance evaluation 2001
6. Job Description, Manager of Engineering Services
7. Notice of Vacancy #6-99 Manager of Engineering Services
8. Map:  Plan for Third Floor Panel Layout, Metropolitan District Headquarters Building, dated January 14, 2000
9. Form: The Metropolitan District Request for Classification Review (Zaik deposition, exhibit B)
10.
11. Jan. 31, 2001 Memo – Thomas to Roughan; Subject: Mr. Geldof's Behavior at Meeting
12. Jan. 31, 2001 Memo – Roughan to Moore; Subject: Lebert Thomas – Verbal Complaint
13. Feb. 8, 2001 Memo – Moore to Geldof; Subject: Unacceptable Behavior – January 24, 2001
14. Memorandum of Decision, dated March 16, 2001: Sharon Harper v. Metropolitan District Commission
15. May 24, 2001 Memo – Thomas to Moore; Subject Real Estate Staffing
16. Aug. 3, 2001 Memo – Thomas to Milano; Subject: MDC Water Distribution Modeling Assignment
17. Aug. 24, 2001 Memo - Moore to Thomas; Subject: Water Distribution Modeling Project

Case 3:02-cv-00457-MRK    Document 76    Filed 11/16/2004    Page 2 of 2

18. The Metropolitan District, Job Posting Application, application of Steven P. Paul for Manager of Water Supply position

(Not used) 19. Nov. 9, 2001 Memo – Gallicchio and Milano to District Employees; Subject: Complaints of Discrimination

20. Jan. 24, 2002 Memo – Milano to All Employees; Subject: Violence In the Workplace Plan, with copy of plan attached

21. Mar. 7, 2002 Memo – Thomas to Moore; Subject: Neil Geldof's Conduct on March 4, 2002

22. May 13, 2002 Memo – Moore to Geldof; Subject: Incident on March 4, 2002

23. May 15, 2002 Memo – Geldof to Sparks; Subject: Planned Retirement Date

24. May 20, 2002 Memo – Moore to Geldof; Subject: Planned Retirement

25. Metropolitan District Commission Affirmative Action Plan, dated April 1, 1996 – March 31, 1997

26. "Levy & Droney Report" – Compliance Audit of Employment Practices of the Metropolitan District Commission Undertaken by Legal Counsel, dated March 15, 2002

Full 11/10/04

27. MDC's Payroll Records 1999 to present.

2