AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

DISTRICT OF Court

Thomas v. MDC

**EXHIBIT AND WITNESS LIST**

CASE NUMBER:

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| M.R. Kravitz | Robert Heagney | James Wade |
| **TRIAL DATE(S)** | **COURT REPORTER** | **COURTROOM DEPUTY** |
| 11/8/04 - 11/15/04 | Thea Finkelstein | K. Ghilardi |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| C1 | | 11/12/04 | | | Jury Instructions (Draft) |
| 2 | | 11/12/04 | | | Verdict form (Draft) |
| 3 | | 11/15/04 | | | Jury instruction (official) |
| 4 | | 11/15/04 | | | Jury Note |

FILED 2004 NOV 16 A 8:37 U.S. DISTRICT COURT NEW HAVEN, CT

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ____ Pages