# United States District Court

DISTRICT OF **CT**

Thomas v. Metro District Comm.

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 3:02 cv 457 mRK

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Mark R. Kravitz | Robert W. Heagney | James A. Wade |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| 11/8/04 – 11/15/04 | Thea Finkelstein | Ken Ghilardi |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 11/8/04 | | | Lebert Thomas |
| ✓ | | 11/9/04 | | | Richard Newton |
| ✓ | | 11/9/04 | | | Robert E. Moore |
| ✓ | | 11/10/04 | | | Steven Paul |
| ✓ | | 11/10/04 | | | Daisy Chavez |
| ✓ | | 11/10/04 | | | Jennifer Ottlagan |
| | ✓ | 11/10/04 | | | Robert Zaik |
| | | | | | Rebuttal witness Pla |
| ✓ | | 11/10/04 | | | Lebert Thomas |

FILED 2004 NOV 16 A 8:31 U.S. DISTRICT COURT NEW HAVEN, CT

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___ Pages