## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

LEBERT THOMAS,                              :
                                           :
      Plaintiff,            :
                                           :
v.                                         :     CIVIL NO. 3:02CV457 (MRK)
                                           :
THE METROPOLITAN DISTRICT                  :
COMMISSION,                                :
                                           :
      Defendant.            :

### VERDICT FORM

**PLEASE READ THE INSTRUCTIONS AND ANSWER THE QUESTIONS IN PART I ON LIABILITY, SECTIONS A, B, C, D, E AND F.**

**BEFORE PROCEEDING TO ANSWER ANY QUESTIONS IN PART II ON DAMAGES, PLEASE READ THE INSTRUCTIONS FOR THAT PART AND ONLY PROCEED TO ANSWER THE QUESTIONS IN PART II IF YOU ARE REQUIRED TO DO SO BY THE INSTRUCTIONS.**

**I.     LIABILITY ISSUES**

1

A.      **DISPARATE TREATMENT UNDER TITLE VII**

**You must answer Questions 1, 2 <u>and</u> 3.**

Has Mr. Thomas proved by a preponderance of the evidence that:

1.      The MDC took an adverse employment action against him?

      _____ YES                    ✓ NO

2.      Mr. Thomas' race was a substantial or motivating factor in the MDC's decision to take an adverse employment action against him?

      _____ YES                    ✓ NO

3.      The MDC's adverse employment action proximately caused any injuries sustained by Mr. Thomas?

      _____ YES                    ✓ NO

**If you answered "Yes" to Questions 1, 2 <u>and</u> 3, then you have found in favor of Mr. Thomas on his claim of Disparate Treatment Under Title VII.   If you have answered "NO" to Question 1, 2 <u>or</u> 3, then you have found for the MDC on Mr. Thomas' claim of Disparate Treatment under Title VII.**

2

**You must answer Questions 1, 2, 3 and 4.**

Has Mr. Thomas proved by a preponderance of the evidence that:

1.    Mr. Thomas was subjected to a racially hostile work environment?

_____ YES                          _✓_ NO

2.    There is a specific basis for attributing the conduct that created the hostile environment to his employer, the MDC?

_____ YES                          _✓_ NO

3.    Mr. Thomas' race was a substantial or motivating factor in the MDC's conduct?

_____ YES                          _✓_ NO

4.    The MDC's actions proximately caused any injuries sustained by Mr. Thomas?

_____ YES                          _✓_ NO

**If you answered "YES" to Questions 1, 2, 3 and 4, then you must answer Questions 5 and 6 below.  If you answered "NO" to Question 1, 2, 3 or 4, then you may skip Questions 5 and 6.**

3

**MDC's Affirmative Defense**:

Has the MDC proved by a preponderance of the evidence that:

5.      The MDC exercised reasonable care to prevent and promptly correct any harassment by Mr. Thomas' supervisors?

        \_\_\_\_ YES                        \_\_\_\_ NO

6.      Mr. Thomas unreasonably failed to avail himself of any corrective or preventive opportunities provided by the MDC or to avoid harm otherwise?

        \_\_\_\_ YES                        \_\_\_\_ NO

**If you answered "YES" to Questions 1, 2, 3 <u>and</u> 4, and you answered "NO" to Question 5 <u>or</u> 6, then you have found for Mr. Thomas on his claim of Hostile Work Environment under Title VII. If you answered "NO" to Question 1, 2, 3 <u>or</u> 4 or if you answered "YES" to Questions 5 <u>and</u> 6, then you have found for the MDC on Mr. Thomas' claim of Hostile Work Environment under Title VII.**

4

C.    **RETALIATION UNDER TITLE VII**

**You must answer Questions 1, 2 <u>and</u> 3.**

Has Mr. Thomas proved by a preponderance of the evidence that:

1.    The MDC took an adverse employment action against him?

    \_\_\_\_ YES                      ✓ NO

2.    Mr. Thomas' protected activity was a substantial or motivating factor in the MDC's decision to take an adverse employment action against him?

    \_\_\_\_ YES                      ✓ NO

3.    The MDC's adverse employment action proximately caused any injuries sustained by Mr. Thomas?

    \_\_\_\_ YES                      ✓ NO

**If you answered "Yes" to Questions 1, 2 <u>and</u> 3, then you have found in favor of Mr. Thomas on his claim of Retaliation Under Title VII.   If you have answered "NO" to Question 1, 2 <u>or</u> 3, then you have found for the MDC on Mr. Thomas' claim of Retaliation under Title VII.**

5

**D.     DISPARATE TREATMENT UNDER SECTION 1981**

**You must answer Questions 1, 2 and 3.  Please note that your answers to Questions 1, 2 and 3 in Section D must be the same as your answers to Questions 1, 2 and 3 in Section A, above.**

Has Mr. Thomas proved by a preponderance of the evidence that:

1.     The MDC took an adverse employment action against him?

         \_\_\_\_ YES                   ✓ NO

2.     Mr. Thomas' race was a substantial or motivating factor in the MDC's decision to take adverse employment action against him?

         \_\_\_\_ YES                   ✓ NO

3.     The MDC's adverse employment action proximately caused any injuries sustained by Mr. Thomas?

         \_\_\_\_ YES                   ✓ NO

**If you answered "Yes" to Questions 1, 2 and 3, then you have found in favor of Mr. Thomas on his claim of Disparate Treatment Under Section 1981.  If you have answered "NO" to Question 1, 2 or 3, then you have found for the MDC on Mr. Thomas' claim of Disparate Treatment under Section 1981.**

6

E.    **HOSTILE WORK ENVIRONMENT UNDER SECTION 1981**

**You must answer Questions 1, 2, 3 and 4.  Please note that your answers to Questions 1, 2, 3 and 4 in Section E must be the same as your answers to Questions 1, 2, 3 and 4 in Section B, above.**

Has Mr. Thomas proved by a preponderance of the evidence that:

1.     Mr. Thomas was subjected to a racially hostile work environment?

          _____ YES                    __✓__ NO

2.     There is a specific basis for attributing the conduct that created the hostile environment to his employer, the MDC?

          _____ YES                    __✓__ NO

3.     Mr. Thomas' race was a substantial or motivating factor in the MDC's conduct?

          _____ YES                    __✓__ NO

4.     The MDC's actions proximately caused any injuries sustained by Mr. Thomas?

          _____ YES                    __✓__ NO

**If you answered "YES" to Questions 1, 2, 3 and 4, then you must answer Questions 5 and 6 below.  If you answered "NO" to Question 1, 2, 3 or 4, then you may skip Questions 5 and 6.  Please note that your answers to Questions 5 and 6 in Section E must be the same as your answers to Questions 5 and 6 in Section B, above.**

7

**MDC's Affirmative Defense**:

Has the MDC proved by a preponderance of the evidence that:

5.    The MDC exercised reasonable care to prevent and promptly correct any harassment by Mr. Thomas' supervisors?

    \_\_\_\_ YES                  \_\_\_\_ NO

6.    Mr. Thomas unreasonably failed to avail himself of any corrective or preventive opportunities provided by the MDC or to avoid harm otherwise?

    \_\_\_\_ YES                  \_\_\_\_ NO

**If you answered "YES" to Questions 1, 2, 3 and 4, and you answered "NO" to Question 5 or 6, then you have found for Mr. Thomas on his claim of Hostile Work Environment under Section 1981. If you answered "NO" to Question 1, 2, 3 or 4 or if you answered "YES" to Questions 5 and 6, then you have found for the MDC on Mr. Thomas' claim of Hostile Work Environment under Section 1981.**

8

F.     **RETALIATION UNDER SECTION 1983**

**You must answer Questions 1, 2 and 3.   Please note that your answers to Questions 1, 2 and 3 in Section F must be the same as your answers to Questions 1, 2 and 3 in Section C, above.**

Has Mr. Thomas proved by a preponderance of the evidence that:

1.     The MDC took an adverse employment action against him?

_____ YES                              __✓__ NO

2.     Mr. Thomas' protected activity was a substantial or motivating factor in the MDC's decision to take an adverse employment action against him?

_____ YES                              __✓__ NO

3.     The MDC's adverse employment action proximately caused any injuries sustained by Mr. Thomas?

_____ YES                              __✓__ NO

**If you answered "YES" to Questions 1, 2, and 3, then you must answer Question 4 below.  If you answered "NO" to Question 1, 2 or 3, then you may skip Question 4.**

Has Mr. Thomas proved by a preponderance of the evidence that:

4.     The MDC employees acted pursuant to an official policy of the MDC or a governmental custom?

_____ YES                              _____ NO

**If you answered "Yes" to Questions 1, 2, 3 and 4, then you have found in favor of Mr. Thomas on his claim of Retaliation Under Section 1983.   If you have answered "NO" to Question 1, 2, 3 or 4, then you have found for the MDC on Mr. Thomas' claim of Retaliation under Section 1983.**

9

## II.     DAMAGES ISSUES

Only proceed to answer the questions in this Part II if you have found for Mr. Thomas on any one or more of his claims in Part I, Sections A, B, C, D, E <u>or</u> F.   If you have found for the MDC on all of Mr. Thomas' claims in Part I, Sections A, B, C, D, E <u>and</u> F, then you may skip this Part II and you should proceed to the Conclusion of Deliberations on the final page (p. 11).

### A.     ECONOMIC DAMAGES

Please fill in a dollar amount for Mr. Thomas' economic damages:

Economic Damages:                    $_____

### B.     NON-ECONOMIC DAMAGES

Please fill in a dollar amount for Mr. Thomas' NON-economic damages:

Non-economic Damages:                 $_____

Please do not proceed to Section C, Nominal Damages, if you have inserted a monetary value for either economic or non-economic damages above.

### C.     NOMINAL DAMAGES

If you find in favor of Mr. Thomas on any of his claims in this case, but you find that Mr. Thomas' damages have no monetary value, then place an "X" next to Nominal Damages below.

Nominal Damages:                    _____

10

**III.    CONCLUSION OF DELIBERATIONS**

Your deliberations are now complete, and you should have your jury foreperson note the date and time below and sign in the space provided. You should return your completed Verdict Form to the Court.

11/15/04    4:56  A.M.(P.M.)    

**Date**        **Time**                    **Foreperson (please sign)**

11