UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LEBERT THOMAS,

    Plaintiff

v.

THE METROPOLITAN DISTRICT
COMMISSION,

    Defendant.

NO. 3:02CV457(MRK)

## JUDGMENT

This matter came on for trial before a jury and the Honorable Mark R. Kravitz, United States District Judge. On November 15, 2004, the jury returned a verdict for all the defendant on all counts.

Therefore, it is hereby ORDERED, ADJUDGED and DECREED that judgment is entered for the defendant, The Metropolitan District Commission, and the case is closed.

Dated at New Haven, Connecticut this 16th day of November, 2004.

                KEVIN F. ROWE, Clerk
                By
                Kenneth R. Ghilardi
                Deputy Clerk

EOD : _____