UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LEBERT THOMAS, | : | CIVIL ACTION NO. |
|     Plaintiff, | : | 3:02-CV-00457 (MRK) |
| | : | |
| v. | : | |
| | : | |
| METROPOLITAN DISTRICT COMMISSION, | : | |
|     Defendant. | : | NOVEMBER 24, 2004 |

## **VERIFIED BILL OF COSTS**

Pursuant to 28 U.S.C. §§ 1821, 1920, 1923, and 1924, and Local Civil Rule 54, the

defendant, The Metropolitan District Commission, hereby requests the following items of cost:

| | | |
|---|---|---|
| Subpoenas for non-party witnesses testifying at trial: | | $  475.70 |
|   Anthony Gallicchio | $113.00 | |
|   Cornelius Geldof | $  86.00 | |
|   Richard Newton | $  90.50 | |
|   Stephen Paul | $  93.10 | |
|   John J. Proulx | $  93.10 | |
|     Copies of the Marshal's returns of service are attached. | | |

| | | |
|---|---|---|
| Fees of the court reporter for depositions: | | $4,637.75 |
|   Paul Ritter | $193.65 | |
|   Richard Newton | $249.30 | |
|   Cornelius Geldof | $429.50 | |
|   Eddie Perez | $135.41 | |
|   George Sparks | $613.45 | |
|   Jennifer Ottalagana | $225.02 | |
|   Robert Moore  - Vol. I | $283.75 | |
|   Robert Moore – Vol. II | $331.45 | |
|   Robert Zaik | $541.30 | |
|   Leibert Thomas (5/23/03) | $669.92 | |
|   Leibert Thomas (8/27/03) | $365.48 | |
|   Robert Moore – Vol. III | $223.02 | |
|   Michael Curley | $196.60 | |
|   Stephen Rhoades | $179.90 | |
|     Copies of invoices reflecting these amounts are attached. | | |

Copies of papers for use in the case:                                    $ 143.20
    Copies of trial exhibits - $71.60  (716 pages @ .10 per page)
    Copies requested by the Court - $71.60  (716 pages @ .10 per page)


Wherefore, the MDC respectfully requests an award of costs in the amount of $5,256.65.


DEFENDANT,
METROPOLITAN DISTRICT COMMISSION

By: _____
    James A. Wade (ct00086)
    E-mail: jwade@rc.com
    Stephen W. Aronson (ct02216)
    E-mail: saronson@rc.com
    Jennifer Hamilton Lewis (ct20292)
    E-mail:  jlewis@rc.com
    Robinson & Cole LLP
    280 Trumbull Street
    Hartford, CT 06103-3597
    Phone: (860) 275-8200
    Fax: (860) 275-8299

## **VERIFICATION**

The undersigned, being duly sworn, hereby declares:

1.    I have personal knowledge of the facts set forth in this verification.

2.    The foregoing items sought as reimbursable costs or disbursements are correct and were necessarily incurred in the case.

3.    The services for which fees have been charged were actually and necessarily performed.

Subscribed and sworn to before me
this 23rd day of November, 2004.

_Elina Moses_

Notary Public
My Commission Expires:  5/31/05

_Jennifer Hamilton Lewis_

## <u>CERTIFICATION</u>

This is to certify that a copy of the foregoing was sent by U.S. Mail, postage prepaid, on

this 24th day of November, 2004, to the following counsel of record:

Robert W. Heagney, Esq.
Stuart E. Brown, Esq.
Hassett & George, P.C.
555 Franklin Avenue
Hartford, CT  06114

Jennifer Hamilton Lewis

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF CONNECTICUT _____

LEBERT THOMAS

V.                                          **SUBPOENA IN A CIVIL CASE**

THE METROPOLITAN DISTRICT
COMMISSION                                  CASE NUMBER:  3:02 CV 457 (MRK)

TO:    **Anthony Gallicchio**
       **35 Berkshire Drive**
       **Newington, CT 06111**

☒      YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| 141 Church Street            | COURTROOM #4 |
| New Haven, Connecticut 06510 |              |
|                              | DATE AND TIME |
|                              | November 8, 2004 at 8:45 a.m.  ** |

☐      YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE | DATE AND TIME |
|       |               |

☐      YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|       |               |

☐      YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|          |               |

        Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify.  Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) ATTORNEY FOR DEFENDANT | DATE 10/18/04 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
STEPHEN W. ARONSON, ROBINSON & COLE LLP, 280 TRUMBULL STREET, HARTFORD, CT 06103-3597
(860) 275-8200

(See Rule 45 Federal Rules of Civil Procedure Parts C & D on Reverse)

AO 88 (Rev. 11/91) Subpoena in a Civil Case


**\*\*Please contact Attorney Aronson as the actual time and date of your testimony is subject to change.**

STATE OF CONNECTICUT      :
                         :SS: ELLINGTON      OCTOBER 26, 2004
COUNTY OF TOLLAND        :


Then and there by virtue hereof, and by direction of the Issuing Attorney, I left a true and attested verified copy of the within original SUBPOENA IN A CIVIL CASE with and in the hands of the within named Witness, ANTHONY GALLICCHIO at 38 Manhattan Road, in the Town of Ellington, County of Tolland.


The within is the original SUBPOENA IN A CIVIL CASE with my doings hereon endorsed.


SERVICE:         $ 30.00        ATTEST:
PAGES:              1.00
WITNESS FEE:       50.00
82 MILES:          30.80        _Nicole Kjellquist_
ENDORSEMENTS:       1.20        NICOLE KJELLQUIST
TOTAL:           $113.00        AN INDIFFERENT PERSON

AO 88 (Rev. 11/91) Subpoena in a Civil Case

# UNITED STATES DISTRICT COURT

_____DISTRICT OF CONNECTICUT_____

LEBERT THOMAS

v.                                                          **SUBPOENA IN A CIVIL CASE**

THE METROPOLITAN DISTRICT
COMMISSION                                      CASE NUMBER:  3:02 CV 457 (MRK)

TO:     **Cornelius Geldof, Jr.**
        **85 Old Tannery Lane**
        **Rocky Hill, CT  06067**
        860-529-0636

☒      YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| 141 Church Street | COURTROOM  #4 |
| New Haven, Connecticut 06510 | |
| | DATE AND TIME |
| | November 8, 2004 at 8:45 a.m.  ** |

☐      YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE | DATE AND TIME |
| | |

☐      YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
| | |

☐      YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
| ATTORNEY FOR DEFENDANT | 10/18/04 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
STEPHEN W. ARONSON, ROBINSON & COLE LLP, 280 TRUMBULL STREET, HARTFORD, CT 06103-3597
(860) 275-8200

(See Rule 45 Federal Rules of Civil Procedure Parts C & D on Reverse)

AO 88 (Rev. 11/91) Subpoena in a Civil Case

**\*\*Please contact Attorney Aronson as the actual time and date of your testimony is subject to change.**

STATE OF CONNECTICUT    :

                                   :SS: ROCKY HILL        OCTOBER 19, 2004

COUNTY OF HARTFORD     :


Then and there by virtue hereof, and by direction of the Issuing Attorney, I left a true and attested verified copy of the within original SUBPOENA IN A CIVIL CASE with and in the hands of the within named Witness, CORNELIUS GELDOF, JR. at 85 Old Tannery Lane, in the Town of Rocky Hill, County of Hartford.


The within is the original SUBPOENA IN A CIVIL CASE with my doings hereon endorsed.


SERVICE:          $ 30.00          ATTEST:
PAGES:               1.00
WITNESS FEE:        50.00
10 MILES:            3.80
ENDORSEMENTS:        1.20          NICOLE KJELLQUIST
TOTAL:            $ 86.00
                                   AN INDIFFERENT PERSON

AO 88 (Rev. 11/91) Subpoena in a Civil Case

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF CONNECTICUT _____

LEBERT THOMAS

v.                                    **SUBPOENA IN A CIVIL CASE**

THE METROPOLITAN DISTRICT
COMMISSION                           CASE NUMBER: 3:02 CV 457 (MRK)

TO:    **Richard Newton**
       **1 Elm Road**
       **Cromwell, CT 06416**

☒    YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| | |
|---|---|
| 141 Church Street<br>New Haven, Connecticut 06510 | COURTROOM #4 |
| | DATE AND TIME<br>November 8, 2004 at 8:45 a.m. ** |

☐    YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| | |
|---|---|
| PLACE | DATE AND TIME |

☐    YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| | |
|---|---|
| PLACE | DATE AND TIME |

☐    YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| | |
|---|---|
| PREMISES | DATE AND TIME |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)<br>ATTORNEY FOR DEFENDANT | DATE<br>10/18/04 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
STEPHEN W. ARONSON, ROBINSON & COLE LLP, 280 TRUMBULL STREET, HARTFORD, CT 06103-3597
(860) 275-8200

(See Rule 45 Federal Rules of Civil Procedure Parts C & D on Reverse)

AO 88 (Rev. 11/91) Subpoena in a Civil Case

**\*\*Please contact Attorney Aronson as the actual time and date of your testimony is subject to change.**

STATE OF CONNECTICUT    :

                         :SS: CROMWELL       OCTOBER 19, 2004

COUNTY OF HARTFORD    :

Then and there by virtue hereof, and by direction of the Issuing Attorney, I left a true and attested verified copy of the within original SUBPOENA IN A CIVIL CASE with and in the hands of the within named Witness, RICHARD NEWTON at 1 Elm Road, in the Town of Cromwell, County of Hartford.

The within is the original SUBPOENA IN A CIVIL CASE with my doings hereon endorsed.

| | | |
|---|---|---|
| SERVICE: | $ 30.00 | ATTEST: |
| PAGES: | 1.00 | |
| WITNESS FEE: | 50.00 | |
| 22 MILES: | 8.30 | *Nicole Kjellquist* |
| ENDORSEMENTS: | 1.20 | NICOLE KJELLQUIST |
| TOTAL: | $ 90.50 | AN INDIFFERENT PERSON |

AO 88 (Rev. 11/91) Subpoena in a Civil Case

# UNITED STATES DISTRICT COURT

———————————— DISTRICT OF CONNECTICUT ————————————

LEBERT THOMAS

      V.

## SUBPOENA IN A CIVIL CASE

THE METROPOLITAN DISTRICT
COMMISSION

**CASE NUMBER:** 3:02 CV 457 (MRK)

TO:   **Steven Paul**
     **The Metropolitan District Commission**
     **555 Main Street**
     **Hartford, CT 06103**

☒    YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| | |
|---|---|
| 141 Church Street<br>New Haven, Connecticut 06510 | COURTROOM #4 |
| | DATE AND TIME<br>November 8, 2004 at 8:45 a.m.  ** |

☐    YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE | DATE AND TIME |
|---|---|
| | |

☐    YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
| | |

☐    YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

    Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)<br>ATTORNEY FOR DEFENDANT | DATE<br>10/18/04 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
STEPHEN W. ARONSON, ROBINSON & COLE LLP, 280 TRUMBULL STREET, HARTFORD, CT 06103-3597
(860) 275-8200

(See Rule 45 Federal Rules of Civil Procedure Parts C & D on Reverse)

AO 88 (Rev. 11/91) Subpoena in a Civil Case

**\*\*Please contact Attorney Aronson as the actual time and date of your testimony is subject to change.**

STATE OF CONNECTICUT:
               : SS:  HARTFORD      OCTOBER 22, 2004
COUNTY OF HARTFORD  :

Then and by virtue hereof, and by direction of the Issuing Attorney, I left a true and attested verified copy of the within original SUBPOENA IN A CIVIL CASE with and in the hands of the within named Witness, STEVEN PAUL, THE METROPOLITAN DISTRICT COMMISSION at 555 Main Street, in the Town of Hartford, County of Hartford.

The within is the original SUBPOENA IN A CIVIL CASE with my doings hereon endorsed.

| | | |
|---|---|---|
| SERVICE: | $ 30.00 | ATTEST: |
| PAGES: | 1.00 | |
| WITNESS FEE: | 50.00 | |
| 30 MILES: | 11.30 | TIMOTHY J. BENNETT |
| ENDORSEMENTS: | .80 | CONNECTICUT STATE MARSHAL |
| TOTAL: | $ 93.10 | HARTFORD COUNTY |

AO 88 (Rev. 11/91) Subpoena in a Civil Case

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF CONNECTICUT _____

LEBERT THOMAS

v.                                    **SUBPOENA IN A CIVIL CASE**

THE METROPOLITAN DISTRICT
COMMISSION                            CASE NUMBER: 3:02 CV 457 (MRK)

TO:    **John J. Proulx**
       **The Metropolitan District Commission**
       **555 Main Street**
       **Hartford, CT 06103**

☒     YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| 141 Church Street<br>New Haven, Connecticut 06510 | COURTROOM #4 |
|---|---|
| | DATE AND TIME<br>November 8, 2004 at 8:45 a.m.  ** |

☐     YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE | DATE AND TIME |
|---|---|
| | |

☐     YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
| | |

☐     YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

       Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify.  Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)<br>ATTORNEY FOR DEFENDANT | DATE<br>10/18/04 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
STEPHEN W. ARONSON, ROBINSON & COLE LLP, 280 TRUMBULL STREET, HARTFORD, CT 06103-3597
(860) 275-8200

(See Rule 45 Federal Rules of Civil Procedure Parts C & D on Reverse)

AO 88 (Rev. 11/91) Subpoena in a Civil Case

**\*\*Please contact Attorney Aronson as the actual time and date of your testimony is subject to change.**

STATE OF CONNECTICUT:
                : SS:   HARTFORD        OCTOBER 22, 2004
COUNTY OF HARTFORD   :


Then and by virtue hereof, and by direction of the Issuing Attorney, I left a true and attested verified copy of the within original SUBPOENA IN A CIVIL CASE with and in the hands of the within named Witness, JOHN J. PROULX, THE METROPOLITAN DISTRICT COMMISSION at 240 Brainard Road, in the Town of Hartford, County of Hartford.


The within is the original SUBPOENA IN A CIVIL CASE with my doings hereon endorsed.

| | | |
|---|---|---|
| SERVICE: | $ 30.00 | ATTEST: |
| PAGES: | 1.00 | |
| WITNESS FEE: | 50.00 | |
| 30 MILES: | 11.30 | TIMOTHY J. BENNETT |
| ENDORSEMENTS: | .80 | CONNECTICUT STATE MARSHAL |
| TOTAL: | $ 93.10 | HARTFORD COUNTY |

# Fulzarano Court Reporters

117 North Saddle Ridge
West Simsbury, CT 06092
860.651.0258   FAX 860.658.4341
FEIN 06-0978735

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 10/8/2002 | 20589 |

| BILL TO | IN RE: |
|---------|--------|
| Anthony J. Palermino, Esq.<br>945 Wethersfield Avenue<br>Hartford, CT 06114-3137<br>296.0035/9468 Fax | LEBERT THOMAS<br>METROPOLITAN DISTRICT<br>COMMISSION<br><br>US District Court |

| PAGES | JOB DATE | REPORTER | DEPONENT | ATTORNEY |
|-------|----------|----------|----------|----------|
| 71 | 10/2/2002 | Stedman | Rev Ritter | Anthony Palermino |

| DESCRIPTION | PAGES | RATE | AMOUNT |
|-------------|-------|------|--------|
| Deposition of REV. PAUL M. RITTER<br>Copy Rate | 71 | 2.50 | 177.50T |
| Postage |  | 5.50 | 5.50 |
| Subtotal |  |  | 183.00 |
| TRANSCRIPT WILL BE SENT<br>UPON RECEIPT OF PAYMENT |  | 0.00 | 0.00 |
|  |  | 6.00% | 10.65 |

| | Total | $193.65 |
|--|-------|---------|

## Falzarano Court Reporters

# Invoice

117 North Saddle Ridge
West Simsbury, CT 06092
860.651.0258   FAX 860.658.4341
FEIN 06-0978735

| DATE | INVOICE # |
|---|---|
| 12/3/2002 | 20751 |

| BILL TO |
|---|
| Anthony J. Palermino, Esq.<br>945 Wethersfield Avenue<br>Hartford, CT 06114-3197<br>296.0035/9468 Fax |

| IN RE: |
|---|
| LEBERT THOMAS v<br>METROPOLITAN DISTRICT<br>COMMISSION<br><br>US District Court |

| PAGES | JOB DATE | REPORTER | DEPONENT | ATTORNEY |
|---|---|---|---|---|
| 92 | 11/8/2002 | Carone | R Newton | ANthony Palermino |

| DESCRIPTION | PAGES | RATE | AMOUNT |
|---|---|---|---|
| Deposition of RICHARD NEWTON<br>Copy Rate | 92 | 2.50 | 230.00T |
| Postage | | 5.50 | 5.50 |
| Subtotal | | | 235.50 |
| TRANSCRIPT WILL BE SENT<br>UPON RECEIPT OF PAYMENT | | 0.00 | 0.00 |
| | | 6.00% | 13.80 |

| | **Total** | **$249.30** |
|---|---|---|

# Falzarano Court Repo... 's

117 North Saddle Ridge
West Simsbury, CT 06092
860.651.0258   FAX 860.658.4341
FEIN 06-0978735

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 12/27/2002 | 20795 |

| BILL TO |
|---------|
| Anthony J. Palermino, Esq.<br>945 Wethersfield Avenue<br>Hartford, CT 06114-3137<br>296.0035/9468 Fax |

| IN RE: |
|--------|
| LEBERT THOMAS vs<br>METROPOLITAN DISTRICT<br>COMMISSION<br><br>US District Court |

| PAGES | JOB DATE | REPORTER | DEPONENT | ATTORNEY |
|-------|----------|----------|----------|----------|
| 160 | 12/5/2002 | Biancucci | C Geldof | Anthony Palermino |

| DESCRIPTION | PAGES | RATE | AMOUNT |
|-------------|-------|------|--------|
| Depositon of CORNELIUS GELDOF JR<br>Copy Rate | 160 | 2.50 | 400.00T |
| Postage | | 5.50 | 5.50 |
| Subtotal | | | 405.50 |
| TRANSCRIPT WILL BE SENT<br>UPON RECEIPT OF PAYMENT | | 0.00 | 0.00 |
| | | 6.00% | 24.00 |

| Total | $429.50 |
|-------|---------|

12/31/02

# Falzarano Court Reporters

# Invoice

117 North Saddle Ridge
West Simsbury, CT 06092
860.651.0258   FAX 860.658.4341
FEIN 06-0978735

| DATE | INVOICE # |
|------|-----------|
| 1/6/2003 | 30008 |

**BILL TO**

Anthony J. Palermino, Esq.
945 Wethersfield Avenue
Hartford, CT 06114-3137
296.0035/9468 Fax

**IN RE:**

DAISY CHAVEZ vs.
METROPOLITAN DISTRICT
COMMISSION

US District Court

| PAGES | JOB DATE | REPORTER | DEPONENT | ATTORNEY |
|-------|----------|----------|----------|----------|
| 103 | 12/9/2002 | Carone | 3 Depos | Anthonyb Palermino |

| DESCRIPTION | PAGES | RATE | AMOUNT |
|-------------|-------|------|--------|
| Deposition of McMAHON 25p HUBBARD 28p and PEREZ 50p held on 12-9-02 and 12-17-02. | | | |
| Copy Rate | 103 | 2.50 | 257.50T |
| Postage | | 5.00 | 6.00 |
| TRANSCRIPT WILL BE SENT UPON RECEIPT OF PAYMENT | | 0.00 | 0.00 |
| | | 6.00% | 15.45 |
| | | **Total** | **$278.95** |

# Falzarano Court Reporters

# Invoice

117 North Saddle Ridge
West Simsbury, CT 06092
860.651.0258   FAX 860.658.4341
FEIN 06-0978735

| DATE | INVOICE # |
|------|-----------|
| 2/27/2003 | 30091 |

| BILL TO |
|---------|
| Anthony J. Palermino, Esq.<br>945 Wethersfield Avenue<br>Hartford, CT 06114-3137<br>296.0035/9468 Fax |

| IN RE: |
|--------|
| DAISY CHAVEZ vs.<br>METROPOLITAN DISTRICT<br>COMMISSION<br><br>US District Court |

| PAGES | JOB DATE | REPORTER | DEPONENT | ATTORNEY |
|-------|----------|----------|----------|----------|
| 347 | 1/27/2003 | Stedman | 3 Depos | Anthony Palermino |

| DESCRIPTION | PAGES | RATE | AMOUNT |
|-------------|-------|------|--------|
| Depositions of:<br>GEORGE SPARKS        229p<br>JOHN BARONE          34p<br>JENNIFER OTTALAGANO  84p | | | |
| Copy Rate | 347 | 2.50 | 867.50T |
| Postage | | 10.00 | 10.00 |
| Subtotal | | | 877.50 |
| | | 6.00% | 52.05 |
| **Total** | | | **$929.55** |

# Falzarano Court Reporters

117 North Saddle Ridge
West Simsbury, CT 06092
860.651.0258   FAX 860.658.4341
FEIN 06-0978735

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 5/5/2003 | 30218 |

| BILL TO |
|---------|
| Anthony J. Palermino, Esq.<br>945 Wethersfield Avenue<br>Hartford, CT 06114-3137<br>296.0035/9468 Fax |

| IN RE: |
|--------|
| DAISY CHAVEZ vs.<br>METROPOLITAN DISTRICT<br>COMMISSION<br><br>US District Court |

| PAGES | JOB DATE | REPORTER | DEPONENT | ATTORNEY |
|-------|----------|----------|----------|----------|
| 105 | 4/10/2003 | Stedman | Robt Moore | Robt Heagney |

| DESCRIPTION | PAGES | RATE | AMOUNT |
|-------------|-------|------|--------|
| Deposition of ROBERT MOORE | | | |
| Copy Rate | 105 | 2.50 | 262.50T |
| | | | |
| Postage | | 5.50 | 5.50 |
| | | | |
| Subtotal | | | 268.00 |
| | | 6.00% | 15.75 |

| | Total | $283.75 |
|--|-------|---------|

# Falzarano Court Reporters

11'' North Saddle Ridge
West Simsbury, CT 06092
860.651.0258   FAX 860.658.4341
FEIN 06-0978735



# Invoice

| DATE | INVOICE # |
|------|-----------|
| 6/3/2003 | 30309 |

| BILL TO |
|---------|
| Anthony J. Palermino, Esq.<br>945 Wethersfield Avenue<br>Hartford, CT 06114-3137<br>296.0035/9468 Fax<br>*275-8299 fax* |

| IN RE: |
|--------|
| DAISY CHAVEZ vs.<br>METROPOLITAN DISTRICT<br>COMMISSION<br><br>US District Court |

| PAGES | JOB DATE | REPORTER | DEPONENT | ATTORNEY |
|-------|----------|----------|----------|----------|
| 123 | 5/9/2003 | Stedman | Robt Moore | Anthony Palermino |

| DESCRIPTION | PAGES | RATE | AMOUNT |
|-------------|-------|------|--------|
| Depositon of ROBERT MOORE<br>Copy Rate | 123 | 2.50 | 307.50T |
| Postage | | 5.50 | 5.50 |
| Subtotal | | | 313.00 |
| | | 6.00% | 18.45 |

| Total | $331.45 |
|-------|---------|

# Falzarano Court Reporters

# Invoice

117 North Saddle Ridge
West Simsbury, CT 06092
860.651.0258   FAX 860.658.4341
FEIN 06-0978735

| DATE | INVOICE # |
|------|-----------|
| 6/10/2003 | 30339 |

| BILL TO | IN RE: |
|---------|--------|
| Anthony J. Palermino, Esq.<br>945 Wethersfield Avenue<br>Hartford, CT 06114-3137<br>296.0035/9468 Fax | DAISY CHAVEZ vs.<br>METROPOLITAN DISTRICT<br>COMMISSION<br><br>US District Court |

| PAGES | JOB DATE | REPORTER | DEPONENT | ATTORNEY |
|-------|----------|----------|----------|----------|
| 202 | 5/19/2003 | Carone | Robt Zaik | Anthony Palermino |

| DESCRIPTION | PAGES | RATE | AMOUNT |
|-------------|-------|------|--------|
| Deposition of ROBERT ZAIK<br>Copy Rate | 202 | 2.50 | 505.00T |
| Postage | | 6.00 | 6.00 |
| Sub total | | | 511.00 |
| | | 6.00% | 30.30 |
| **Total** | | | **$541.30** |



**NIZIANKIEWICZ**
**MILLER**
**& M**

**972 TOLLAND STREET**
**EAST HARTFORD, CT  06108-1533**
**(860) 291-9191**
**FAX (860) 528-1972**

JUN 1 3 2003

*Daniel S. Niziankiewicz*
*Robert Miller*

ANTHONY J. PALERMINO, ESQUIRE
LAW OFFICES OF ANTHONY J. PALERMINO
945 WETHERSFIELD AVENUE
HARTFORD, CT  06114

DATE      06/11/2003
INVOICE      27038
CLIENT       1548
REFERENCE LEM

Re: LEBERT THOMAS    THE METROPOLITAN DISTRICT COMM
Assignment Date: May 23, 2003

Deposition Of - LEBERT THOMAS

TRANSCRIPT ORIG. & 1                          553.00
APPEARANCE FEE                                75.00
SHIPPING & HANDLING                            4.00
                                          ==========
                         Total Amount $     632.00
                                Tax $        37.92
                            Total due $     669.92

WE APPRECIATE YOUR BUSINESS!
PAYMENT DUE UPON RECEIPT OF THIS INVOICE

pd 6-17-03

NIZIANKIEWICZ & MILLER Reporting
Federal Tax Id#: 06-1113444

CLIENT'S COPY

# Falzarano Court Reporters

# Invoice

1 17 North Saddle Ridge
West Simsbury, CT 06092
860.651.0258   FAX 860.658.4341
FEIN 06-0978735

| DATE | INVOICE # |
|------|-----------|
| 9/22/2003 | 30597 |

| BILL TO |
|---------|
| Anthony J. Palermino, Esq.
945 Wethersfield Avenue
Hartford, CT 06114-3137
296.0035/9468 Fax |

| IN RE: |
|--------|
| DAISY CHAVEZ and LEEBERT THOMAS v
METROPOLITAN DISTRICT
COMMISSION

US District Court |

| PAGES | JOB DATE | REPORTER | DEPONENT | ATTORNEY |
|-------|----------|----------|----------|----------|
| 65/72 | 8/27/2003 | Stedman | 2 Depos | Anthony Palermino |

| DESCRIPTION | PAGES | RATE | AMOUNT |
|-------------|-------|------|--------|
| Deposition of LEEBERT THOMAS  65p
US District Court O & 1 | 65 | 4.00 | 260.00T |
| Appearance Fee | | 85.00 | 85.00T |
| Deposition of ROBERT MOORE
Copy Rate | 72 | 2.50 | 180.00T |
| Juret Preparation Fee | 1 | 25.00 | 25.00T |
| Postage | | 5.50 | 5.50 |
| Subtotal | | | 555.50 |
| | | 6.00% | 33.00 |
| **Total** | | | **$588.50** |

# Falzarano Court Reporters

# Invoice

1:7 North Saddle Ridge
West Simsbury, CT 06092
860.651.0258  FAX 860.658.4341
FEIN 06-0978735

| DATE | INVOICE # |
|------|-----------|
| 9/15/2003 | 30587 |

| BILL TO | IN RE: |
|---------|--------|
| Anthony J. Palermino, Esq.<br>945 Wethersfield Avenue<br>Hartford, CT 06114-3137<br>296.0035/9468 Fax | DAISY CHAVEZ and LEEBERT THOMAS v<br>METROPOLITAN DISTRICT<br>COMMISSION<br><br>US District Court |

| PAGES | JOB DATE | REPORTER | DEPONENT | ATTORNEY |
|-------|----------|----------|----------|----------|
| 44 | 8/29/2003 | Carone | M. Curley | Anthony Palermino |

| DESCRIPTION | PAGES | RATE | AMOUNT |
|-------------|-------|------|--------|
| Deposition of MICHAEL CURLEY<br>Copy Rate | 44 | 2.50 | 110.00T |
| Postage | | 5.00 | 5.00 |
| Appearance Fee | | 75.00<br>6.00% | 75.00<br>6.60 |
| | | **Total** | $196.60 |

PAGE 9/11 * RCVD AT 11/19/2004 4:39:03 PM [Eastern Standard Time] * SVR:RIGHTFAX03/3 * DNIS:8299 * CSID: * DURATION (mm-ss):01-46

# Falzarano Court Reporters

117 North Saddle Ridge
West Simsbury, CT 06092
860.651.0258  FAX 860.658.4341
FEIN 06-0978735

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 10/28/2003 | 30702 |

| BILL TO |
|---------|
| Anthony J. Palermino, Esq. |
| 945 Wethersfield Avenue |
| Hartford, CT 06114-3137 |
| 296.0035/9468 Fax |

| IN RE: |
|--------|
| DAISY CHAVEZ and LEEBERT THOMAS v METROPOLITAN DISTRICT COMMISSION |
| US District Court |

| PAGES | JOB DATE | REPORTER | DEPONENT | ATTORNEY |
|-------|----------|----------|----------|----------|
| 66 | 10/10/2003 | Carone | Rhoades | Anthony Palermino |

| DESCRIPTION | PAGES | RATE | AMOUNT |
|-------------|-------|------|--------|
| Deposition of STEPHEN HOADES Copy Rate | 66 | 2.50 | 165.00T |
| Postage | | 5.00 | 5.00 |
| Subtotal | | | 170.00 |
| | | 6.00% | 9.90 |

| | Total | $179.90 |
|--|-------|---------|