UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LEBERT THOMAS,<br>Plaintiff, | : CIVIL ACTION NO.<br>: 3:02-CV-00457 (MRK)<br>: |
| v. | : |
| THE METROPOLITAN DISTRICT<br>COMMISSION,<br>Defendant. | :<br>:<br>: |

DECEMBER 3, 2004

APPEARANCE

Please enter my appearance as counsel for the defendant, Metropolitan District Commission, in the above-entitled action, in addition to Attorneys Anthony J. Palermino, James A. Wade, and Stephen W. Aronson.

DEFENDANT
METROPOLITAN DISTRICT
COMMISSION

By /s/ Jennifer Hamilton Lewis
Jennifer Hamilton Lewis
Fed. ID # 20292
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. No.: (860) 275-8200
Fax No.: (860) 275-8299
Email: jlewis@rc.com

CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid on this 3rd day of December, 2004 to:

Robert W. Heagney, Esq.
GILMAN & MARKS
Two Riverview Square
99 East River Drive
East Hartford, CT 06108

_____
Jennifer Hamilton Lewis