UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LEBERT THOMAS, | : | CIVIL ACTION NO. |
| Plaintiff | : | 3:02 CV 457 (MRK) |
| | : | |
| v. | : | |
| | : | |
| THE METROPOLITAN DISTRICT | : | |
| COMMISSION, | : | |
| Defendant | : | December 21, 2004 |

**PLAINTIFF'S OBJECTION TO**
**DEFENDANT'S BILL OF COSTS**

The Plaintiff, LEBERT THOMAS, hereby objects in part to the Defendant's Verified Bill of Costs, dated November 24, 2004. The Plaintiff asserts that certain costs should not be taxed to him as they were not necessary expenses for the Defendant to incur and that he is responsible for only a fraction of the costs of most of the depositions listed in the Bill of Costs as per the agreement of the parties.

The following items should not be taxed to the Plaintiff:

**Item**: Subpoenas for these non-party witnesses testifying at trial: Anthony Gallicchio, Cornelius Geldof, Richard Newton and John J. Proulx.

**Objection**: It was unnecessary for the Defendant to subpoena Anthony Gallicchio, Cornelius Geldof or John J. Proulx as these witnesses were never in attendance at the trial and, despite the opportunity to call these witnesses, the Defendant never chose to question them before the jury.

1

It was unnecessary for the Defendant to subpoena Richard Newton as the Defendant was aware that the Plaintiff had listed Newton as a likely witness pursuant to the Joint Trial Memorandum, and the Plaintiff himself served a subpoena upon Richard Newton.

**Item:** Deposition costs for Eddie Perez deposition.

**Objection:** The Plaintiff is not responsible for any of the costs of this deposition as there were no questions asked in relation to his case. The Court will note that the deposition invoice attached to the Verified Bill of Costs lists this deposition in relation to the separate case of <u>Daisy Chavez vs. Metropolitan District Commission</u>. Lebert Thomas should not be held responsible for costs that were incurred in relation to cases other than his own.

**Item:** Deposition costs for the following deponents: Paul Ritter, George Sparks, Robert Moore, and Robert Zaik.

**Objection:** The Plaintiff, Lebert Thomas, is only responsible for one-third of the costs of these depositions. Counsel for the parties in the present case and in the separate but related cases of <u>Daisy Chavez v. Metropolitan District Commission</u>, docket no. 3:02CV458(MRK) and <u>Kendra Hewitt et al. v. Metropolitan District Commission</u>, docket no. 3:01CV2037(MRK) agreed that the depositions of certain witnesses could be noticed to take

place at one time and that questions could be asked relative to any of those three cases. The depositions of Paul Ritter, George Sparks, Robert Moore and Robert Zaik covered topics relating to all three cases against the Metropolitan District Commission, not just questions relating to Lebert Thomas' case. The Court will note that several of the deposition invoices that are offered in the Verified Bill of Costs do not even list the case of <u>Lebert Thomas v. Metropolitan District Commission</u>. Lebert Thomas should not be held responsible for costs that were incurred in relation to cases other than his own.

**Item:** Deposition costs for the following deponents: Richard Newton and Cornelius Geldof.

**Objection:** The Plaintiff, Lebert Thomas, is only responsible for one-half of the costs of these depositions. Counsel for the parties in the present case and in the separate but related cases of <u>Daisy Chavez v. Metropolitan District Commission</u>, docket no. 3:02CV458(MRK) and <u>Kendra Hewitt et al. v. Metropolitan District Commission</u>, docket no. 3:01CV2037(MRK) agreed that the depositions of certain witnesses could be noticed to take place at one time and that questions could be asked relative to any of those three cases. The depositions of Richard Newton and Cornelius Geldof covered topics relating to the case brought by Lebert Thomas and the one brought by Dasiy Chavez. Lebert Thomas should not be held responsible for costs that were incurred in relation to cases other than his own.

WHEREFORE, the Plaintiff should not be taxed for the costs outlined above, and the total bill of costs should be reduced accordingly.

                                            THE PLAINTIFF,
                                            LEBERT THOMAS

By: _____
        Robert W. Heagney (ct05858)
        Stuart E. Brown (ct24659)
        Hassett & George, P.C.
        555 Franklin Avenue
        Hartford, CT 06114
        Phone: (860) 296-2111
        Fax: (860) 296-8494

## CERTIFICATION

This is to certify that a copy of the foregoing was sent via first class mail, postage prepaid, this 21st day of December, 2004 to the following counsel of record:

Stephen Aronson
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597

By: _____
Stuart E. Brown

\\Sbs2k\shared\Labor\Thomas, Lebert\Pleadings\Objection to Bill of Costs.doc