**ATTACHMENT 1**

```
 1                UNITED STATES DISTRICT COURT
                    DISTRICT OF CONNECTICUT
 2
         - - - - - - - - - - x
 3    KENDRA HEWITT, DARLENE WHALEY, |  CIVIL ACTION NO.
      and ETHEL L. WRIGHT,           |  3:01 CV 2037 (SRU)
 4       Individually and as         |
         Class Representative,       |
 5              Plaintiff,           |
                                     |
 6            vs.                    |  December 17, 2002
                                     |
 7    THE METROPOLITAN DISTRICT      |
      COMMISSION,                    |
 8              Defendant.           |
         - - - - - - - - - - x
 9       - - - - - - - - - - x
      DAISY CHAVEZ,                  |  CASE NO.
10              Plaintiff,           |  302CV458(SRU)
                                     |
11            vs.                    |
                                     |
12    THE METROPOLITAN DISTRICT      |
      COMMISSION,                    |
13              Defendant.           |
         - - - - - - - - - - x
14       - - - - - - - - - - x
      LEBERT THOMAS,                 |  CIVIL ACTION NO.
15              Plaintiff,           |  3:02 CV-457 (SRU)
                                     |
16            vs.                    |
                                     |
17    THE METROPOLITAN DISTRICT      |
      COMMISSION,                    |
18              Defendant.           |
         - - - - - - - - - - x
19
                    DEPOSITION of EDDIE PEREZ
20
21    Taken before Cindy J. Carone, LSR 383, a Licensed
      Shorthand Reporter and Notary Public, within and for
22    the State of Connecticut, pursuant to Notice and the
      Federal Rules of Civil Procedure, at Law Offices of
23    Gilman & Marks, Two Riverview Square, 99 East River
      Drive, East Hartford, Connecticut, on December 17,
24    2002, commencing at 1:17 p.m.
25
```

1

```
1                    (Deposition commenced: 1:17 p.m.)
2
3                    EDDIE PEREZ, Deponent, having been
4              first duly sworn by the Notary Public,
5              was examined and testified, on his oath,
6              as follows:
7
8                         DIRECT EXAMINATION
9
10   BY MR. HEAGNEY:
11        Q    Mr. Perez, my name is Rob Heagney, the
12   attorney for several individuals, among them
13   Daisy Chavez and Lebert Thomas, and a group of
14   individuals that have a class action against the MDC
15   for discrimination.  Are you familiar with those
16   causes of action?
17        A    No.  I may have read in the paper.
18        Q    You know they exist?
19        A    Yes.
20        Q    Today in taking your deposition, I'll be
21   asking you a series of questions about that period of
22   time you served on the Metropolitan District
23   Commission board, particularly areas around that.
24   Have you had your deposition taken before?
25        A    Once before, yes.
```

1   conversations in between breaks or before meetings
2   started.
3       Q    During the course of your service, were
4   there a number of newspaper articles regarding
5   allegations of discrimination against the MDC?
6       A    What I remember mostly about that was the
7   one case that was found against the MDC.
8       Q    Do you recall readings those articles?
9       A    Yes.  I recall at least reading two or three
10  plus getting -- being in executive session with
11  counsel to discuss them.
12      Q    Discuss the cases?
13      A    Yes.  Discuss -- I think it was one case.  I
14  don't remember multiples.
15      Q    Do you remember discussing the Sharon Harper
16  case?
17      A    Yes, I think that was the one.
18      Q    There was an initial verdict of, I think,
19  $4.6 million or something in that range.  Is that your
20  memory?
21      A    Yes.  I think after I left or shortly before
22  I left, there was a second, and it was overturned and
23  the verdict was reduced.
24      Q    Right.  What do you recall it being reduced
25  to?

14

1    A    I don't.

2    Q    Do you recall being present when a number of
3 employees came into the MDC board and listed concerns
4 and questions of discrimination that they had?

5    A    I think if that's shortly after the Harper
6 case, I don't think I was present at the meeting; but
7 I remember either through the minutes or through
8 conversations with commissioners or staff.

9         I do remember that there was a group of
10 individuals that came shortly after the case and
11 voiced their concerns, and if I remember correctly,
12 there was some action by the board to investigate
13 those.

14   Q    Did you make any requests that any action
15 take place with regard to that matter?

16   A    Not that I recall.

17   Q    You took no -- made no recommendations to
18 any other board members as to what should take place
19 given those allegations?

20   A    Not that I recall.

21   Q    Do you recall that the allegations were that
22 there was a pattern and practice of discrimination
23 against minorities that worked for the MDC?

24   A    Yes.

25   Q    Did you know any of the employees that were

15

1    I had, multiple years.

2    Q    What did you envision the role of the MDC
3    commissioners to be with regard to management
4    compliance with things such as the affirmative action
5    plan?

6    A    We're appointed by -- our purpose is to make
7    sure that the MDC carries out its mission. Not a lot
8    of attention was being placed on the affirmative
9    action. Also the business of the District regarding
10   its central business function of sewer and water.

11   Q    So, during the period of time and the
12   meetings you attended, you don't recall much attention
13   being placed on the affirmative action compliance?

14   A    No, because I wasn't involved. There were
15   committees in the structure that were appointed by the
16   chairman, and most of that work got done at committee
17   level and not at the board level.

18           MR. HEAGNEY:  We'll mark that
19           Exhibit 2.
20
21           ( Plaintiffs' Exhibit 2:
22           Marked for Identification.)
23
24
25

1  the state and federal government.
2  Q    So that if you're going to receive state and
3  federal money, you would be tied in that way in
4  addition to executive orders on affirmative action by
5  the president or Congress?
6       So whether you have federal or state
7  mandated requirement, you've made an ordinance to make
8  it a requirement, part of the laws of the City of
9  Hartford?
10 A    Correct.  And previous council decided to
11 put it in the manager's office to give it a higher
12 degree of importance.
13 Q    You have no memory with regard to the
14 affirmative actions that were being taken as to the
15 group that came in on October 1st of 2001?
16 A    No clear memory, no.
17 Q    When you served on the MDC board, were you
18 provided reports, personnel reports stating the
19 progress of the District with regard to its minority
20 status and goals of hiring, promoting?
21 A    Some of that was included in board packets
22 and I reviewed some of those.  I can't recollect, you
23 know, specific presentations or something like that
24 being made, just the normal reporting that goes on by
25 committees.

1          I do remember there was debate about hiring
2    and a search going on for an affirmative action
3    officer, and a lot of effort was put into doing that
4    close to my departure from the board, from the
5    commission.
6         Q    What level of involvement do you think the
7    MDC commissioners should have with regard to
8    affirmative action?
9         A    I think we have to adopt a plan and make
10   sure that administration is implementing it, but the
11   day-to-day application of the plan are the
12   responsibility of the administration.
13        Q    How do you make sure that a plan that's been
14   adopted is implemented?
15        A    We had taken our responsibilities and broken
16   down the committees, and there was a committee that
17   reports back to the board on those areas.  That was a
18   mechanism of monitoring input.
19        Q    Based upon the reports that you were
20   receiving, were you in a position to know whether over
21   an extended period of time, say, 10 years, the MDC was
22   making progress toward its affirmative action goals?
23        A    No.  I would say I was not in a position to
24   make any judgment on whether that was happening.  Any
25   judgment that we were doing involved general

1  conversations with commissioners, and we knew we
2  needed to improve.  We received some concerns from the
3  work force.
4      Q    What did you understand the MDC was doing to
5  promote minorities within the organization?
6      A    I have very small knowledge of how that was,
7  and it wasn't a concern of mine; so I didn't spend my
8  time on it.
9      Q    After you spoke to Ms. Chavez, was it a
10 concern of yours?
11     A    Yes.  That's why I spoke to the other
12 commissioners that had a little more long-term
13 knowledge of our practices.
14     Q    Did they have a concern about minority
15 promotions from within?
16     A    I think they just generally had a -- would
17 say the concerns were around hiring -- I don't
18 remember how much of it was about promotions, but I
19 would say yes, they also had concerns about both of
20 those areas.
21     Q    Is it a portion of a good affirmative action
22 plan that all promotional opportunities within an
23 organization be posted?
24     A    My practice at Trinity was if there were
25 promotional opportunities, that somebody within the

34

```
1    department had a preference or a strong possibility of
2    getting, that we signalled that as part of the housing
3    postings, that that should occur and people should
4    know.
5              If there's somebody who's a natural person
6    to promote from within the department, that should
7    also be signalled as well.
8         Q    Do you know if the MDC posted all of its
9    promotional opportunities?
10        A    I wouldn't have any knowledge of that.
11        Q    If part of the MDC's affirmative action plan
12   requires a posting of all jobs, would you expect that
13   they complied with that?
14        A    Yes.
15        Q    I'm going to show you a document that has
16   been presented to us as the 1996 affirmative action
17   plan of the Metropolitan District Commission and ask
18   you if you've reviewed that.
19        A    Do you want me to look for something
20   specific?
21        Q    I'm asking first off:  Have you ever seen
22   that before?
23        A    Not to my recollection.  It might have been
24   part of my materials.  I don't recollect seeing it.
25        Q    In the work that you've done in regard to
```

```
 1     performance?
 2     A     I don't believe so.  I don't recall, but I
 3     don't believe so.
 4     Q     During the course of the time you served on
 5     the board, either in your orientation or meetings with
 6     other commissioners, did any of those commissioners
 7     describe to you a history of complaints of
 8     discrimination against MDC by its minority employees?
 9     A     I think I was generally aware that there
10     were concerns by individual commissioners about the
11     hiring practices regarding minority women at the MDC.
12     Q     How do you think you gained that
13     information?
14     A     Part of it was around the court case that
15     was found against the MDC.
16     Q     The Harper case?
17     A     The Harper case and some of the gossip
18     around that or my asking for further information, I
19     think, from mostly commissioners.  I remember it
20     getting described in executive session by counsel,
21     actually, and the information Ms. Chavez shared with
22     me.  Generally, the MDC was a politically motivated
23     institution when it came to some of the hiring.
24     Q     I'm going to show you a document that was
25     delivered to the members of the personnel, pension,
```

1   and insurance committee from Mr. Anthony Palermino,
2   August 13, 2001, a listing of all legal matters as of
3   August 14, 2001 against the MDC for employment
4   matters.  Do you recall seeing this document prior to
5   this time?
6       A   No.
7       Q   You've had an opportunity to review it.  Did
8   you recognize any of names that were listed in regard
9   to the causes of action that were filed?
10      A   The Harper case not one of the names.
11      Q   Jesus Marquez-Miranda, is that familiar to
12  you?
13      A   No.
14      Q   Angel Colon?
15      A   No.
16      Q   Do you recall any of those matters being
17  discussed with the MDC commissioners?
18      A   No, I don't recall any of those cases being
19  discussed with commissioners; no.  They were handled,
20  I think, at a committee level.
21      Q   Were you aware at the time you were on the
22  MDC board that the MDC has had a large scope of
23  personnel matters?
24      A   No.
25                  MR. HEAGNEY:  We'll make this

```
 1                 Exhibit 4.  Off the record.
 2
 3                 (Plaintiffs' Exhibit 4:
 4                 Marked for Identification.)
 5   BY MR. HEAGNEY:
 6       Q     With regard to the MDC actual staff, were
 7   you aware that there were large areas in the MDC staff
 8   where there was no or little minority or Hispanic
 9   representation?
10       A     Those are the things that I didn't look
11   into.
12       Q     Again, I'm going to call your attention back
13   to the Levy & Droney report and ask you to find
14   page 12.
15       A     Page 12.
16       Q     In the last couple sentences of the first
17   paragraph, it says, "There are no Hispanic or Asians
18   represented in MDC's administrative/management level
19   positions.  Several of the operations departments
20   include no women at all."
21             In regard to the first two sentences that I
22   read to you, were you aware of this information?
23       A     No, I wasn't aware of the information
24   verbatim, no.
25       Q     Were you aware in a general way there were
```

```
1    very few Hispanics in the administrative and
2    management-level positions at the MDC?
3         A    I think aware of that at the management
4    level just by attending board meetings.
5         Q    I'll call your attention to page 19.  They
6    talk about the management of the company and go on to
7    point out there are no Hispanic and they say or Asians
8    as part of this group.  You were aware of that part of
9    it?
10        A    Correct.
11        Q    Would it be fair to say in the Greater
12   Hartford area, the number of Asians is significantly
13   less than the number of Hispanics?
14        A    That is fair.
15        Q    Would it be fair to say that the number of
16   Hispanics is significant in this area?
17        A    Latino and Hispanic make up a significant
18   portion of the Hartford population and also the first
19   inner ring.
20        Q    What did you identify in terms of the
21   relationship of the board at the MDC and its
22   management in terms of how things were set up
23   structurally?
24        A    Well, I served on a lot of boards, and there
25   was a lot of boards where people stayed on the board a
```

```
 1    little longer than was my expected pattern, and that
 2    in order for you to be engaged effectively on the
 3    board and be able to affect the day-to-day operations,
 4    you had to spend a lot of time engaged in board
 5    business; more so than most boards that I'm accustomed
 6    to.
 7         Q    Did you feel that there's been a lot of
 8    discussion, and put you in the center of this, of a
 9    strong form of a mayor in Hartford?
10         A    Um-hum.
11         Q    Would you consider this a strong central
12    management form of organization?
13         A    Yes.
14         Q    During the time you served on the board, do
15    you recall people being promoted within the MDC in
16    what was referred to as an "acting" capacity?
17         A    Very little knowledge of that.
18         Q    Do you have any specific memory of it?
19         A    No.
20         Q    For instance, did you know that Trude Mero's
21    son was in that kind of capacity at the MDC?
22         A    I wasn't aware of that.
23         Q    Were you aware that a number of MDC
24    commissioners had relatives working as employees
25    within the commission?
```

```
 1      A     I'm aware there might have been four or five
 2   commissioners that had relatives or acquaintances that
 3   were employed at the MDC, yes.
 4      Q     Anyone you can specifically recall?
 5      A     I think Trude and Reverend Ritter.  I think
 6   that's it, of actual knowledge, and again, that would
 7   be hearsay; and there were other people that had been
 8   recommended by commissioners but not in any -- it
 9   wouldn't surprise me of individuals that commissioners
10   assisted getting employment at the MDC, relatives or
11   otherwise.
12      Q     Were you aware that Marilyn Cohen's brother
13   was an employee at the MDC?
14      A     No.
15      Q     During the course of your time on the MDC
16   board, do you recall participating in a report by the
17   Arthur Andersen Company?
18      A     Not specifically.
19      Q     Do you recall a report regarding the
20   computer system being done by an auditor?
21      A     Correct.  I remember being in numerous
22   discussions about the difficulties around the computer
23   system.
24            Specifically, we were told in other
25   depositions, a report given by Arthur Andersen with
```

```
 1        slide shows and presentations and to what their
 2        investigation had found.  I was at at least one if not
 3        more of those presentations.
 4             Q    Do you remember being handed a copy of the
 5        Arthur Andersen report?
 6             A    I don't recollect either way.
 7             Q    Do you recall the essence of that
 8        presentation and the slide show?
 9             A    Yes.
10             Q    What was that?
11             A    That we had gone into a computer system that
12        was beyond the immediate foreseeable needs of the MDC,
13        and that was compounded by the fact that we were not
14        able to train or retrain our employees in order to
15        operate this system; and the system had been -- we
16        continuously made one bad decision after another
17        trying to balance the system we were in.
18                 We needed -- at that point when the auditor
19        or investigation was done, we needed to really not
20        only continue to redirect, as we were burning a lot of
21        money on consultants not being able to reach the
22        objective of running the systems in the foreseeable
23        future, we continued to have difficulties.  We were
24        asked to redirect and bring in new consultants to see
25        if we could manage ourselves out of it.
```