**ATTACHMENT 2**

```
 1              UNITED STATES DISTRICT COURT
                  DISTRICT OF CONNECTICUT
 2

 3   - - - - - - - - - - x
     LEBERT THOMAS,           |
 4            Plaintiff,      |  Civil Action No.
              vs.             |  3:02CV457(SRU)
 5                            |
     THE METROPOLITAN DISTRICT |  September 19, 2002
 6   COMMISSION,              |
              Defendant.      |
 7   - - - - - - - - - - x
 8
 9
             DEPOSITION OF REVEREND PAUL M. RITTER
10
11
12       Taken before Deborah Stedman, LSR # 261, a
         Court Reporter and Notary Public, within
13       and for the State of Connecticut, pursuant
         to Notice and the Federal Rules of Civil
14       Procedure, at the law offices of Gilman &
         Marks, Two Riverview Square, 99 East River
15       Drive, East Hartford, Connecticut, on
         September 19, 2002, commencing at 10:10 a.m.
16
17
18
19
20
21
22
23
                   FALZARANO COURT REPORTERS
24                    117 N. Saddle Ridge
                    West Simsbury, CT  06092
25                       860.651.0258
```

1

```
 1                    (Deposition commenced:  10:10 a.m.)
 2
 3                    Reverend Paul M. Ritter, Deponent,
 4              of 45 Tower Avenue, Hartford, Connecticut,
 5              having been first duly sworn by the
 6              Notary Public, was examined and testified,
 7              on his oath, as follows:
 8
 9                         DIRECT EXAMINATION
10
11   BY MR. HEAGNEY:
12        Q.    Good morning, Mr. Ritter.
13        A.    Good morning.
14        Q.    How are you today?
15        A.    Good thanks.  Yourself?
16        Q.    Good.  I am Robert Heagney, I am counsel to
17   Lebert Thomas in his claim of discrimination and
18   retaliation against the Metropolitan District
19   Commission and I am going to be asking you questions
20   this morning.  Have you had your deposition taken
21   before?
22        A.    In this matter, no.  I've had depositions
23   taken before.
24        Q.    So you've been through the process, you are
25   somewhat familiar.  We would just ask that, whatever
```

**ATTACHMENT 3**

```
 1              UNITED STATES DISTRICT COURT
                  DISTRICT OF CONNECTICUT
 2

 3       - - - - - - - - - -x
    DAISY CHAVEZ,            |
 4           Plaintiff,      |  Civil Action No.
             vs.             |  3:02CV458(SRU)
 5                           |
                             |
    THE METROPOLITAN DISTRICT|
 6  COMMISSION,              |
             Defendant.      |
 7       - - - - - - - - - -x
    LEBERT THOMAS,           |
 8           Plaintiff,      |  Civil Action No.
             vs.             |  3:02CV457(SRU)
 9                           |
    THE METROPOLITAN DISTRICT|  January 27, 2003
10  COMMISSION,              |
             Defendant.      |
11       - - - - - - - - - -x
12
13
              DEPOSITION OF GEORGE SPARKS
14
15
16       Taken before Deborah Stedman, LSR # 261, a
         Court Reporter and Notary Public, within
17       and for the State of Connecticut, pursuant
         to Notice and the Federal Rules of Civil
18       Procedure, at the law offices of Gilman &
         Marks, Two Riverview Square, 99 East River
19       Drive, East Hartford, Connecticut, on
         January 27, 2003, commencing at 10:00 a.m.
20
21
22
23
              FALZARANO COURT REPORTERS
24                117 N. Saddle Ridge
              West Simsbury, CT  06092
25                   860.651.0258
```

1

```
 1   that we had a failure of a coupling and a sewage gate
 2   and there was an overflow into Wethersfield cove of
 3   about 20 million gallons.
 4        Q    Hasn't there been a lawsuit filed against MDC
 5   for this problem?
 6        A    Yes, there has.
 7        Q    Has that been resolved?
 8        A    The federal lawsuit has been resolved.  There
 9   is still a civil suit, State civil suit.
10        Q    Was that an area that you had oversight and
11   management of at the time?
12        A    I was the director of operations at the time
13   so the answer to that is yes.
14        Q    Was there a failure to maintain the sewage
15   gate?
16        A    No, I wouldn't characterize that as that.
17   There was a failure of a coupling that went undetected.
18        Q    In the time you've worked for the MDC, have
19   you had as one of your assistants who are people
20   reporting to you a gentleman by the name of Steve Paul?
21        A    Yes, Steve Paul was assigned to me back when
22   we were starting up the automated meter reading
23   program.
24        Q    When was that?
25        A    Early to mid '90s; '93, '94, '95.
```

```
 1        Q     How did you evaluate his performance as the
 2   person in charge of that program?
 3        A     I thought he did a good job on it.
 4        Q     Is it true that the district is now seeking a
 5   different automated meter reading system because the
 6   one that was installed at that time does not work when
 7   customers switch telephone companies?
 8        A     For those phones that we are unable to read
 9   because they switch telephone companies, yes.  At the
10   time that the decision was made to go with this
11   automated meter reading system, this was before
12   telephone deregulation and nobody knew at that time
13   that there was a potential for -- for there to be other
14   telephone providers out there besides SNET.
15        Q     Did you recommend Mr. Paul to be the person
16   managing and overseeing the information technology
17   department?
18        A     No, that was not my decision.
19        Q     Did you have any role in that at all?
20        A     I had a discussion with Peter Curry on that.
21        Q     What was the nature of your discussion with
22   Mr. Curry?
23        A     Peter was looking for somebody to take --
24   take more of a lead role on that and he asked me about
25   Steve Paul.  I told him Steve Paul has done a good job
```

1    for me.

2         Q    Was that job posted?

3         A    That wasn't an official -- let's put it this
4    way, that wasn't a job that was part of the TO.  Steve
5    Paul's position at that time was the assistant to the
6    director of finance.  He was assigned to me during the
7    AMR program and I believe he's still -- his position is
8    still assistant to the director of finance.

9         Q    So when he was doing the information
10   technology department work, he was not assigned there
11   officially?

12        A    He was assigned there but it was not a new
13   position.

14        Q    So that position was not either advertised or
15   posted?

16        A    His position was assistant to the director of
17   finance.  He was temporarily assigned to that work,
18   that's my understanding.

19        Q    Was he responsible at the time the SAP system
20   was installed?

21        A    He was in charge of our -- his
22   responsibilities included the IS department, so, yes.

23        Q    Has that SAP system been a financial failure?

24        A    We have had start-up problems and
25   implementation problems with the SAP system.  I

105

```
 1    wouldn't characterize it as a financial failure.
 2        Q    Didn't it run some 17 million dollars over
 3    budget?
 4        A    I believe that number is on the high side.
 5        Q    Well, how much do you believe it ran over
 6    budget?
 7        A    I don't know what the budget was.  I know
 8    that the total cost of the infrastructure, the
 9    hardware, the implementation and the software and the
10    use of consultants was somewhere in the range of 14 to
11    15 million dollars.
12        Q    But you've left out the training.
13        A    Training was part of that too.
14        Q    Did they have to bring in subsequent
15    personnel to get the system to work?
16        A    We've had IBM on board for the last year to
17    help us with the upgrade of the SAP system to the most
18    advanced system that they have and also to correct some
19    of the operating problems that we had with the system.
20        Q    Who do you think is responsible for the
21    failures and the implementation of the SAP?
22        A    I would -- I would say that the primary
23    responsibility rests with the lead consultant that we
24    had, which was EMA.
25        Q    Who is their person on site?
```

```
 1                    MR. HEAGNEY:  We don't need you to
 2           testify.
 3                    MR. PALERMINO:  I know but I mean
 4           it's not clear based on what he's saying in
 5           that statement so I think the statement
 6           should stand for what it stands for.  I don't
 7           think this witness can answer to what is
 8           Mr. Gomez' statement.
 9                    MR. HEAGNEY:  Your objection is
10           taken.
11  BY MR. HEAGNEY:
12      Q    Can you respond to the question?
13      A    My recollection was when we -- I discussed
14  the candidates for the manager of operations, Rick
15  Gomez felt, concurred that Dave Donovan was the best
16  candidate or the most qualified candidate.  Rick Gomez
17  also indicated that he thought that Daisy was the least
18  qualified.  That's my recollection.
19      Q    Do you recall meeting with Mr. Moore and
20  Mr. Thomas' staff in January of 2001 to plan a
21  presentation to the Upper Albany Avenue area of
22  Hartford?
23      A    There was a number of meetings that I had
24  with Bob Moore.  I don't -- I don't recall the
25  specifics of that meeting.
```

168

```
 1      Q     Do you recall meeting on the Upper Albany
 2  project?
 3      A     I recall meeting several times on the Upper
 4  Albany.
 5      Q     Do you recall any of the meetings being in a
 6  glass-walled conference room across from Mr. Thomas'
 7  office?
 8      A     That was a common meeting place.  So do I
 9  recall that specific meeting?  No, I don't.
10      Q     Were you aware that Mr. Thomas had not been
11  invited to this meeting?
12      A     No.
13      Q     Were you aware that Mr. Thomas had been in
14  charge of that project for a period of time up until
15  that time?
16      A     No, but I was the chief operating officer; I
17  wasn't responsible for the management of that
18  particular project.
19      Q     Did this come to your attention thereafter?
20      A     My attendance at meetings on the Upper Albany
21  was, when I was the chief operating officer, was there
22  in regards to the operating entity and our
23  responsibilities, which included the cleaning of the
24  catch basins, TV'g of the sewer, et cetera, those
25  things that fell within my responsibilities.  So I was
```

1   invited to attend meetings that engineering and
2   planning held in regard to the Upper Albany area.  I
3   don't recall that specific meeting and I certainly
4   would not be aware of whether Mr. Thomas was or was not
5   invited.
6       Q    Do you recall a meeting in January of 2001
7   with Mr. Thomas and Mr. Geldof in which Mr. Geldof
8   stood up and violently yelled at Mr. Thomas?
9       A    Yes.
10      Q    Can you describe what happened in that
11  meeting?
12      A    That was a meeting that we were reviewing
13  various capital projects, both -- capital projects that
14  fell both within the engineering and planning but also
15  in the operating area; and we got to a particular
16  project, I believe it was the Upper Albany project, and
17  Mr. Geldof got quite upset and stood up and was quite
18  angry at Mr. Thomas.
19      Q    What was the nature of his comment?
20      A    He was yelling at Mr. Thomas about the way
21  that the project was being managed by Mr. Thomas.
22  There was a disagreement about that.
23      Q    Do you remember anything else?
24      A    No, that's my recollection.  I was -- quite
25  frankly, I was taken aback when it occurred.  I didn't

```
 1   -- didn't see it coming.
 2       Q    Did he shake his finger or anything else at
 3   Mr. Thomas' face?
 4       A    I recall him shaking his finger.
 5       Q    Did he throw papers on the desk, on the table
 6   that was there?
 7       A    Yes.
 8       Q    Would you consider that he was very red in
 9   the face, angry?
10       A    Yeah, he was angry.
11       Q    Did you find the kind of conduct was of a
12   threatening nature?
13       A    I thought it was unprofessional.
14       Q    If it was directed at you, would you have
15   found it threatening in nature?
16       A    If it was directed at me, I would have been
17   angry.
18       Q    How did Mr. Thomas respond?
19       A    He was fairly -- actually he was -- he was in
20   control.  He didn't -- he didn't respond back to
21   Mr. Geldof in a -- I would say in a loud or threatening
22   manner.
23       Q    He responded in a professional manner?
24       A    Yes.
25       Q    How did this event end?
```

```
1      A     I recall Mr. Geldof walking out of the room.
2      Q     Did you take any action to intervene?
3      A     It happened so suddenly, I was -- quite
4   frankly, I was stunned.
5      Q     Did you make a report to the human resources
6   department following the event?
7      A     Yes, I did.
8      Q     Who did you report this to?
9      A     Peg Roughan.
10     Q     Did she indicate to you what action should be
11  taken?
12     A     No.  She asked me about what happened.
13     Q     So were you responding to her question or you
14  affirmatively --
15     A     She had called me very shortly thereafter and
16  asked me about what happened.  I related what -- what I
17  observed.
18     Q     Do you think your description that you've
19  given today was similar to what you would have told Peg
20  Roughan?
21     A     Yes.
22     Q     Do you know if there are any notes or
23  memorandum of that description?
24     A     No, I don't.  It was a phone call but I have
25  no idea whether Peg Roughan kept notes.
```

```
 1      Q    Were you asked to ever write down your memory
 2  of what occurred?
 3      A    No.
 4      Q    Did Peg indicate what action, if any, was
 5  going to be taken?
 6      A    No, she didn't.
 7      Q    Did the MDC at that time have a violence in
 8  the workplace policy?
 9      A    We had been developing a violence in the
10  workplace policy.  I don't know if it was in place at
11  that time or not.  It would have been right around that
12  time.
13      Q    Can I ask you to review Exhibit 3 and see if
14  you see a violence in the workplace policy in that
15  document?
16      A    Which is Exhibit 3?
17      Q    This is 3, yes.
18      A    I don't see a violence in the workplace
19  policy in this exhibit.
20      Q    So you think it probably was developed some
21  time after 1997?
22      A    Oh, yeah, I know it was after 1997.
23      Q    Do you know if it was before or after this
24  event?
25      A    I think I had told you I wasn't sure of
```