1    exactly whether it was in place at that time or not.

2        Q    Did you take any other action with regard to

3    that event?

4        A    No.

5        Q    Did Miss Roughan indicate that she would be

6    taking any action?

7        A    Not to me.

8        Q    Was Mr. Milano the CEO at that time?

9        A    Yes, he was.

10       Q    Were you the chief operating officer?

11       A    Yes, I was.

12       Q    Was Mr. Moore present also?

13       A    Not at that meeting, no.

14       Q    Did you have regular meetings with

15   Mr. Milano?

16       A    Yes, we met weekly.

17       Q    Did you discuss this event with him?

18       A    No, but Mr. Geldof worked for Mr. Moore so

19   ordinarily that would not have been discussed in that

20   meeting.

21       Q    So he never discussed it with you?

22       A    No.

23       Q    He didn't find out subsequently that you were

24   there and say, Tell me what you saw?

25       A    I recall Peg Roughan calling me on it.  I

```
 1    don't recall whether Tony Milano called me on it.  I

 2    don't recall.

 3         Q    When you were interviewed by Levy and Droney

 4    did you discuss that event with them?

 5         A    I don't remember that as being one of the

 6    questions.

 7         Q    Other than your discussion with Peg Roughan,

 8    do you recall any other discussion about that event or

 9    discipline that should take place?

10         A    When I became CEO, Bob Moore related to me

11    that he had -- I believe had put in -- a letter of

12    warning had gone to Mr. Geldof in regard to that event.

13         Q    Did you ever see the letter of warning?

14         A    I don't recall seeing it.

15         Q    Did anyone ever discuss with you a subsequent

16    discussion about Mr. Geldof and Mr. Thomas with regard

17    to that event?

18         A    I don't recall a discussion.  I do recall,

19    like I said, the events.  Excuse me, can I take another

20    brief break?

21                      MR. HEAGNEY:  Of course.

22

23                      (Recess:  4:10 to 4:20 p.m.)

24

25
```

```
 1    BY MR. HEAGNEY:

 2        Q    Prior to the incident that you were

 3    discussing earlier where Mr. Geldof was screaming and

 4    yelling at Mr. Thomas, had you seen him conduct himself

 5    in that manner?

 6        A    No, I'd never seen Neil go to the --

 7    basically act like that.  First time -- first time I've

 8    ever seen that.

 9        Q    Had you had a long experience in dealing with

10    Mr. Geldof?

11        A    Yes.

12        Q    Did you understand that he conducted himself

13    in that manner on a regular basis?

14        A    That was the first time that I saw Mr. Neil

15    Geldof act like that so I can't -- I can't confirm that

16    he -- that statement that he conducted himself like

17    that on a regular basis; I didn't see it.

18        Q    Had anyone ever suggested to you that he had

19    conducted himself like that?

20        A    No.

21        Q    So you never heard, That's just Neil, he acts

22    like that all the time?

23        A    Not to that extent, no.

24        Q    Had he ever taken an aggressive verbal

25    stance; perhaps not as severely as that, but in that
```

```
 1    vein with you?

 2         A    No.

 3         Q    You indicated that Mr. Moore discussed with

 4    you the fact that he had put a warning in his file?

 5         A    After I became CEO, I became aware of that.

 6         Q    Did you have any discussion with Mr. Moore

 7    with regard to that?

 8         A    Not with that incident, no.

 9         Q    How about any other incidents with

10    Mr. Geldof?

11         A    There was another incident after -- well,

12    after I became CEO that Mr. Moore brought to my

13    attention where Neil had yelled at another employee.

14         Q    Who was that employee?

15         A    Jennifer Ottalagana.

16         Q    What were you told about that incident?

17         A    That Neil had been unprofessional and yelled

18    at her.

19         Q    Was there any specific reason?

20         A    It was a work related issue about -- my

21    recollection, about something not getting done on a

22    timely basis but I don't recall the details.

23         Q    Did Miss Ottalagana raise a complaint at any

24    one?

25         A    I don't know if she filed a formal complaint
```

1    but Mr. Moore became aware of it.

2        Q    Did Mr. Moore take any action with

3    Mr. Geldof?

4        A    Yes.

5        Q    What was that?

6        A    There was another disciplinary letter that

7    Mr. Moore drew up and issued to Neil.

8        Q    Do you know if Miss Ottalagana was present

9    when Mr. Geldof had yelled at Mr. Thomas?

10       A    I don't remember.  She might have been but I

11   don't recall.  There was a number of people at the

12   meeting.

13       Q    The Levy and Droney report which we talked

14   about describes the existence of a good old boy network

15   at the MDC that benefited white male employees.  Did

16   you observe that while you were there?

17       A    I wouldn't describe it as a good old boy

18   network.

19       Q    So you disagree with the Levy and Droney

20   report?

21       A    I disagree with that statement.

22       Q    At the time prior to -- up to and the time

23   you were named the interim CEO, were there any minority

24   individuals hired into the management supervisory

25   ranks?

```
1        A     Up until the -- excuse me.  If you could. . .

2        Q     Up until the time you became manager of --

3   CEO.

4        A     Had there been any -- and again you can you

5   restate the question?

6        Q     Yes.  Had there been any minority individuals

7   hired into the supervisory management levels at the

8   MDC?

9        A     Yes.

10       Q     Who were they?

11       A     James Michel, Lebert Thomas, Gordon Willis,

12  Curly Richards, Lloyd Pinnick, Mario Calderon, Willy

13  Anderson.  I am sure there are others but those are the

14  ones right off the top of my head.

15       Q     Did James Michel come up through the ranks at

16  the MDC?

17       A     James Michel was hired from outside the MDC

18       Q     Do you know anything about his hiring?

19       A     No, I was not involved in that.

20       Q     Are you familiar with the fact that the

21  minority board members of the MDC directed the

22  management of MDC to hire a minority in that position?

23       A     No.

24       Q     Were you familiar that Mr. Thomas had filed a

25  complaint with the CHRO that he was not being promoted
```

```
 1    before he was promoted?

 2        A     No.

 3        Q     What position does Willy Anderson have?

 4        A     Willy Anderson was the supervisor of the

 5    Poquonock water pollution control plant some years ago.

 6        Q     Isn't it true that he filed a complaint with

 7    the Commission on Human Rights and Opportunities

 8    regarding race discrimination?

 9        A     I don't know that.

10        Q     What position -- Lloyd, I didn't get his last

11    name.

12        A     Pinnick.

13        Q     What position did he hold?

14        A     We hired him as a supervisor at the solid

15    waste facility.

16        Q     Did he come up through the ranks?

17        A     No, he was hired from the outside when the

18    plant was first being started up.

19        Q     Mr. or Mrs. Calderon?

20        A     Mario Calderon.  He was hired while I was

21    director of operations and he came up through the ranks

22    and he was promoted to emergency shift supervisor in

23    operations.

24        Q     In the last two years have you had meetings

25    with Dr. Beam?
```

1       A     Yes.

2       Q     What did you discuss with Dr. Beam?

3       A     I had meetings with him discussing the

4    director of engineering and planning when he was

5    brought on for that assignment.

6       Q     Anything else?

7       A     I had meetings with him when he was hired for

8    the search for the CEO.   I was the contact for Dr. Beam

9    between the board and Dr. Beam.   I also had discussions

10   and meetings with him in regard to the search for a

11   manager of IT after Jim Patania left.

12      Q     With regard to the meetings you had with

13   regard -- director of environmental or engineering and

14   planning; what did you discuss in those meetings?

15      A     We discussed the qualifications which had

16   already been established as part of the prior wage and

17   class study.   We discussed what I perceived or what I

18   thought was what was needed there, which I told him we

19   needed strong leadership in management.   We discussed

20   the process that he would use to find candidates to

21   bring to the MDC.   So we -- basically it was discussion

22   about the position and about the process that he would

23   use in bringing candidates forward for our interviews.

24      Q     So the wage and classification study had

25   reviewed the position of director of engineering and

**ATTACHMENT 4**

1                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT
2
     - - - - - - - - - - x
3    LEBERT THOMAS,                 |
                 Plaintiff,         |   CIVIL ACTION NO.
4                                   |   3:02 CV-457(SRU)
                 vs.                |
5                                   |
     THE METROPOLITAN DISTRICT      |
6    COMMISSION,                    |   November 8, 2002
                 Defendant.         |
7    - - - - - - - - - - x
8
9
10
                  DEPOSITION of RICHARD NEWTON
11
12
13    Taken before Cindy J. Carone, LSR 383, a
      Licensed Shorthand Reporter and Notary Public,
14    within and for the State of Connecticut, pursuant
      to Notice and the Federal Rules of Civil
15    Procedure, at Law Offices of Gilman & Marks,
      Two Riverview Square, 99 East River Drive,
16    East Hartford, Connecticut, on November 8, 2002,
      commencing at 10:10 a.m.
17
18
19
20
21
22
23
                      Falzarano Court Reporters
24                      117 N. Saddle Ridge
                      West Simsbury, CT  06092
25                        860.651.0258

                                                              1

```
 1                    (Deposition commenced:  10:10 a.m.)

 2

 3                    RICHARD NEWTON, Deponent, having been

 4              first duly sworn by the Notary Public, was

 5              examined and testified, on his oath, as

 6              follows:

 7

 8                    DIRECT EXAMINATION

 9

10    BY MR. HEAGNEY:

11        Q     Morning, Mr. Newton.  I'm Rob Heagney here

12    as counsel to Mr. Thomas in his action.  I'm going to

13    ask you some questions today.  Have you ever had your

14    deposition taken before?

15        A     Sure.

16        Q     Then you will know with the past experience

17    it's necessary to give an oral response so that our

18    Court Reporter can put an oral response on the record.

19        A     Yes.

20        Q     I'm going to ask you to wait until I've

21    completed all of my question so that the entire

22    question can be on the record even though you may have

23    anticipated what I'm going to ask and know the answer

24    long before I finish my part.

25                    Also, if at any time during the course of
```

4

# ATTACHMENT 5

12/5/2002 GELDOF, Cornelius Jr.

1                  UNITED STATES DISTRICT COURT
2                    DISTRICT OF CONNECTICUT
3
4
       ---------------------------x
5    LEBERT THOMAS,                : CIVIL ACTION NO.
                    Plaintiff,     : 3:02CV457 (SRU)
6                                  :
            vs.                    :
7                                  :
     THE METROPOLITAN DISTRICT     :
8    COMMISSION,                   : December 5, 2002
                    Defendant.     :
9      ---------------------------x
10
11
              DEPOSITION OF CORNELIS GELDOF, JR.
12
13
14   Taken before Lee Ann Biancucci, LSR #224, RPR,
     a Court Reporter and Notary Public for the
15   State of Connecticut, pursuant to Notice,
     Agreement, and the Federal Rules of Civil
16   Procedure, at Gilman & Marks, Two Riverview
     Square, 99 East River Drive, East Hartford,
17   Connecticut, on December 5, 2002, commencing at
     10:20 a.m.
18
19
20
21
22            Falzarano Court Reporters
                 117 N. Saddle Ridge
23            West Simsbury, CT    06092
                  860.651.0258

```
 1              (Deposition commenced: 10:20 a.m.)

 2

 3              CORNELIS GELDOF, JR.,

 4         Deponent, of 85 Old Tannery Lane,

 5         Rocky Hill, Connecticut  06067,

 6         having been first duly sworn by the

 7         Notary Public, was examined, and

 8         testified, on his oath, as follows:

 9

10                   DIRECT EXAMINATION

11

12    BY MR. HEAGNEY:

13         Q    Good morning, Mr. Geldof.  For the

14    record, I'm Rob Heagney.  I'm representing Mr.

15    Thomas in his action against The Metropolitan

16    District Commission.  You're familiar with

17    that?

18         A    Yes, I am.

19         Q    And have you had your deposition taken

20    before?

21         A    No, I have not.

22         Q    During the course of the deposition

23    today, I'll be asking you questions, and it is

24    necessary for you to give a verbal response so

25    that it can be transcribed by the
```

4