UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LEBERT THOMAS, | : | CIVIL ACTION NO. |
|     Plaintiff | : | 3:02 CV 457 (MRK) |
| | : | |
| v. | : | |
| | : | |
| THE METROPOLITAN DISTRICT | : | |
| COMMISSION, | : | |
|     Defendant. | : | MARCH 24, 2005 |

**DEFENDANT'S MOTION FOR ENTRY OF AWARD OF COSTS**

The defendant, The Metropolitan District Commission ("MDC"), hereby moves for the immediate entry of all costs claimed by the defendant in its Verified Bill of Costs, dated November 24, 2004, and in support states as follows:

1. On November 16, 2004, the Court entered judgment in favor of the MDC.

2. On November 24, 2004, the MDC filed a Verified Bill of Costs, seeking the total amount of $5,256.65, as set forth in the bill of costs and the supporting documentation.

3. On December 23, 2004, the plaintiff filed an objection to the MDC's bill of costs.

4. On December 28, 2004, the MDC filed an opposition to the plaintiff's objection, asserting that the plaintiff's opposition was untimely under D. Conn. L. Civ. R. 54(b) and that the underlying facts relied on by the plaintiff were incorrect as reflected in the attached deposition transcripts attached thereto.

5. On February 8, 2005, the Court held a telephonic conference with Attorney Heagney, for the plaintiff, and Attorney Aronson and Attorney Wade, for the MDC, to work out a stipulation on the costs to be awarded to the MDC. During that conference, Attorney Heagney

stated that he would review the parties' positions and prepare a stipulation. He agreed to prepare that stipulation within 10 days. Attorney Heagney also stated that he needed to contact Attorney Miniter, who was representing the same plaintiff in another case against the MDC and also representing another plaintiff, Daisy Chavez, in another case against the MDC.

6. Attorney Heagney prepared a stipulation and Attorney Aronson notified him that the stipulation, at that time, was acceptable.

7. On March 4, 2005, the Court contacted Attorney Aronson and inquired about the status of the stipulation. Attorney Aronson in turn called and then sent an e-mail to Attorney Heagney asking about the status.

8. On March 15, 2005, Attorney Heagney's assistant copied Attorney Aronson on an e-mail to Attorney Miniter asking about the status of his review of the stipulation.

9. After not hearing anything further from Attorney Heagney or Attorney Miniter, on March 18, 2005, Attorney Aronson faxed a letter to both Attorney Heagney and Attorney Miniter asking about the status of the stipulation.

10. As of this date, neither Attorney Wade nor Attorney Aronson have heard from either Attorney Heagney or Attorney Miniter on the status of the stipulation.

WHEREFORE, the MDC respectfully requests that the Court deny the plaintiff's objections and award the MDC all of the costs sought in its verified bill of costs.

DEFENDANT,
THE METROPOLITAN DISTRICT
COMMISSION

By /s/ *signature*
James A. Wade (ct00086)
E-mail: jwade@rc.com
Stephen W. Aronson (ct02216)
E-mail: saronson@rc.com
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Phone: (860) 275-8200
Fax: (860) 275-8299
Its Attorneys

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed via first class mail on this the 24th day of March, 2005, to the following counsel of record:

Stuart E. Brown, Esq.
Hassett & George, P.C.
555 Franklin Avenue
Hartford, CT 06114

Robert W. Heagney, Esq.
General Counsel
Wellington Underwriting Inc.
90 State House Square
Hartford, CT 06103

Stephen W. Aronson