UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LEBERT THOMAS, | : | CIVIL ACTION NO. |
| Plaintiff | : | 3:02 CV 457 (MRK) |
| | : | |
| v. | : | |
| | : | |
| THE METROPOLITAN DISTRICT | : | |
| COMMISSION, | : | |
| Defendant. | : | JUNE 24, 2005 |

## **MOTION FOR CONTEMPT**

The defendant, The Metropolitan District Commission ("MDC"), after trying

unsuccessfully for almost six months to recover its costs, hereby moves for an order of contempt

against the plaintiff, Lebert Thomas.  In support of this motion, the MDC states:

1.       On November 16, 2004, the Court entered judgment in favor of the MDC (doc.

#80).

2.       On November 24, 2004, the MDC filed a Verified Bill of Costs, seeking the total

amount of $5,256.65, as set forth in the bill of costs and the supporting documentation (doc.

#81).

3.       On December 23, 2004, the plaintiff filed an untimely objection to the MDC's bill

of costs (doc. #83).

4.       On December 29, 2004, the MDC filed an opposition to the plaintiff's objection,

asserting that the plaintiff's opposition was untimely under D. Conn. L. Civ. R. 54(b) and that

the underlying facts relied on by the plaintiff were incorrect as reflected in the attached

deposition transcripts attached thereto (doc. #84).

HART1-1262035-1

5.      On February 8, 2005, the Court held a telephonic conference with Attorney Heagney, for the plaintiff, and Attorneys Aronson and Wade, for the MDC, to work out a stipulation on the costs to be awarded to the MDC. During that conference, Attorney Heagney stated that he would review the parties' positions and prepare a stipulation within 10 days. Attorney Heagney also stated that he needed to contact Attorney Miniter, who was representing the same plaintiff in another case against the MDC and another plaintiff, Daisy Chavez, in another case against the MDC.

6.      Attorney Heagney prepared a stipulation and Attorney Aronson notified him that the stipulation, at that time, was acceptable. However, Attorney Heagney stated that he was unable to obtain Attorney Miniter's signature on the stipulation.

7.      On or about March 4, 2005, the Court contacted Attorney Aronson and inquired about the status of the stipulation. Attorney Aronson in turn called and then sent an e-mail to Attorney Heagney asking about the status. A copy of the March 4 e-mail is attached hereto as Exhibit A.

8.      On March 15, 2005, Attorney Heagney's assistant copied Attorney Aronson on an e-mail to Attorney Miniter asking about the status of his review of the stipulation. A copy of the e-mail is attached hereto as Exhibit B. The e-mail references a March 8 e-mail from Attorney Miniter who stated that he would speak to the plaintiff.

9.      After not hearing anything further from Attorney Heagney or Attorney Miniter, on March 18, 2005, Attorney Aronson faxed a letter to both Attorney Heagney and Attorney Miniter asking about the status of the stipulation. A copy of the March 18 letter is attached hereto as Exhibit C.

2

10.     On March 28, 2005, after 10 days had passed without any response, the MDC filed a Motion for Entry of Award of Costs, recounting the history of the MDC's attempts to obtain payment of its costs. The plaintiff did not file any opposition to the MDC's motion (doc. #86).

11.     Afterward, Attorney Heagney called Attorney Aronson and, after discussing the status of the stipulation with Attorney Heagney and not having heard from Attorney Miniter, Attorney Heagney suggested that the parties sign a new stipulation, prepared by Attorney Heagney, without the participation of Attorney Miniter. Accordingly, on March 31, 2005, Attorney Aronson sent a letter to Attorney Miniter explaining the basis for the new stipulation, attaching Attorney Heagney's revised stipulation, and alerting him to the parties' position on apportioning the costs in the related lawsuits. A copy of the March 31 letter is attached hereto as Exhibit D.

12.     On April 4, 2005, Attorney Aronson and Attorney Miniter spoke about the stipulation. Attorney Aronson sent an e-mail to Attorney Miniter forwarding the original stipulation that Attorney Miniter indicated he would review and sign. A copy of the April 14 e-mail is attached hereto as Exhibit E.

13.     On April 12, 2005, Attorney Aronson received in the mail the stipulation signed by Attorney Heagney and Attorney Miniter (see Exhibit F); however, Attorney Miniter had edited some of the amounts in the stipulation but had not adjusted the total amount. Accordingly, Attorney Aronson wrote to Attorney Heagney and Attorney Miniter and requested

3

permission to correct the total listed on the stipulation. A copy of the April 12[1] letter is attached hereto as Exhibit G.

14.    On April 12, 2005, the Court issued its Ruling and Order, and ordered that the plaintiff pay costs in the amount of $2,964.00 to the MDC (doc. #87).

15.    On April 18, 2005, after receiving the Court's Ruling and Order, Attorney Aronson wrote to Attorneys Heagney and Miniter and informed them that, while he had received the signed stipulation, it had crossed in the mail with the Court's Ruling and Order. In his letter, Attorney Aronson asked Attorneys Heagney and Miniter to agree that they would abide by the Court's order and by the parties' agreement on the apportionment of the costs among the pending matters as reflected in the stipulation. A copy of the April 18 letter is attached hereto as Exhibit H.

16.    After that date and through June 2005, Attorney Aronson spoke with Attorney Miniter about the payment of the costs awarded by the Court; however, no payment has been received.

17.    On June 9, 2005, Attorney Aronson wrote again to Attorney Miniter and informed him that, unless payment was received by June 20, 2005, the MDC would seek appropriate relief from the Court. A copy of the June 9 letter is attached hereto as Exhibit I.

18.    As of this date, the costs assessed by the Court have not been paid.

---

[1] Although the letter, as evidenced by the fax cover sheets appended to the letter, was faxed on April 12, the date at the top of the letter is March 18. This letter was based on and copied from the March 18 letter, and it appears that the original date was not changed.

WHEREFORE, the MDC respectfully requests that the Court enter a finding of contempt and award appropriate relief to the MDC, including an award of attorney's fees for bringing this motion. An affidavit of attorney's fees seeking the amount of $1,276.00 is attached.

DEFENDANT,
THE METROPOLITAN DISTRICT
COMMISSION

By

James A. Wade (ct00086)
E-mail: jwade@rc.com
Stephen W. Aronson (ct02216)
E-mail: saronson@rc.com
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Phone: (860) 275-8200
Fax: (860) 275-8299
Its Attorneys

## CERTIFICATION

This is to certify that a copy of the foregoing motion for contempt with annexed exhibits

and affidavit of attorney's fees was mailed via first class mail on this the 24th day of June, 2005,

to the following counsel of record:

Francis A. Miniter, Esq.
Miniter & Associates
100 Wells Street, Suite 1D
Hartford, CT  06103

Stuart E. Brown, Esq.
Hassett & George, P.C.
555 Franklin Avenue
Hartford, CT  06114

Robert W. Heagney, Esq.
General Counsel
Wellington Underwriting Inc.
90 State House Square
Hartford, CT  06103

Stephen W. Aronson

# EXHIBIT A

**Aronson, Stephen W**

| | |
|---|---|
| **From:** | Aronson, Stephen W |
| **Sent:** | Friday, March 04, 2005 6:24 PM |
| **To:** | 'Heagney, Robert' |
| **Cc:** | Wade, Jim |
| **Subject:** | RE: Thomas v. MDC: Stipulation re Bill of Costs |

Rob --

received a call from Judge Kravitz's chambers asking about the status of this. What's the status of the stipulation? Did Fran Miniter agree? If so, let's get it signed and filed.

Thank you.

**Stephen W. Aronson** 

Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Direct (860) 275-8281 | Fax (860) 275-8299
saronson@rc.com | www.rc.com
Bio | Contact Card

**ROBINSON & COLE** LLP
Boston New London Hartford Stamford White Plains New York Sarasota

-----Original Message-----
**From:** Heagney, Robert [mailto:rheagney@wellington-us.com]
**Sent:** Wednesday, February 09, 2005 11:54 AM
**To:** 'Stuart Brown'; 'miniter@attglobal.net'; Aronson, Stephen W
**Subject:** Stipulation re Bill of Costs

Per our discussion, attached is a draft stipulation for comment.

Rob

<<Stipulation to Bill of Costs-Thomas.doc>>

Robert W. Heagney
General Counsel
Wellington Underwriting Inc.
90 State House Square
Hartford, Connecticut, USA 06103
rheagney@Wellington-us.com
fax 860-702-2902
phone 860-702-2932
Assistant Erin Hennessey
860-702-2924

The information in this message is confidential and may be legally privileged. It is intended solely for the addressee. Access to this message by anyone else is unauthorised. If you are not the intended recipient, any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on it, is prohibited and may be unlawful.

The registered office of Wellington Underwriting plc is 88 Leadenhall Street, London, UK EC3A 3BA.

# EXHIBIT B

**Aronson, Stephen W**

| | |
|---|---|
| **From:** | Hennessey, Erin [ehennessey@wellington-us.com] |
| **Sent:** | Tuesday, March 15, 2005 10:09 AM |
| **To:** | 'miniter@attglobal.net' |
| **Cc:** | Aronson, Stephen W |
| **Subject:** | RE: Thomas v. MDC |

Attorney Miniter,

We need a response on the proposed Stipulated Bill of Costs. Could you please give me an update on the status of this?

Thank you,

Erin Hennessey
for Rob Heagney


    -----Original Message-----
    **From:** Francis A. Miniter [mailto:miniter@attglobal.net]
    **Sent:** Tuesday, March 08, 2005 8:53 PM
    **To:** Hennessey, Erin
    **Subject:** Re: Thomas v. MDC

    Thank you. I will call Lebert in the AM.

    Francis A. Miniter


    Hennessey, Erin wrote:

        I have attached a copy of the bill of costs to this email. This is a Word
        document, but if you are unable to open the document, I can fax it to you.

        Erin


        -----Original Message-----
        From: Francis A. Miniter [mailto:miniter@attglobal.net]
        Sent: Tuesday, March 08, 2005 1:40 PM
        To: Hennessey, Erin
        Subject: Re: Thomas v. MDC


        I do not believe I have seen the bill of costs. Please fax to me.
        Thank you.


        Francis A. Miniter


        Hennessey, Erin wrote:

Attorney Miniter,

Please contact me as soon as possible and let me know if the
Defendant's bill of costs and objection to plaintiff's bill of costs
in the first Lebert Thomas case is acceptable as is, or if you have
any comments or changes you wish to discuss with Attorney Heagney.
The Judge has contacted us and asked that this be filed.

Thank you for your anticipated cooperation.


Erin M. Hennessey
Assistant to Robert W. Heagney
General Counsel
Wellington Underwriting, Inc.
90 State House Square, 2nd Floor
Hartford, CT 06103
Tel:  (860) 702-2924
Fax:  (860) 702-2902

The information in this message is confidential and may
be legally privileged. It is intended solely for the addressee. Access
to this message by anyone else is unauthorised. If you are not the
intended recipient, any disclosure, copying, distribution or any
action taken or omitted to be taken in reliance on it, is prohibited
and may be unlawful.

The registered office of Wellington Underwriting plc is
88 Leadenhall Street, London, UK EC3A 3BA.

This e-mail has been scanned for viruses by MCI's Internet Managed Scanning
Services - powered by MessageLabs. For further information visit
http://www.mci.com

This e-mail has been scanned for viruses by MCI's Internet Managed Scanning Services - powered by
MessageLabs. For further information visit http://www.mci.com

# EXHIBIT C

# ROBINSON & COLE LLP

STEPHEN W. ARONSON

280 Trumbull Street
Hartford, CT 06103-3597
Main (860) 275-8200
Fax (860) 275-8299
saronson@rc.com
Direct (860) 275-8281

*Via Facsimile*

March 18, 2005

Robert W. Heagney, Esq.
General Counsel
Wellington Underwriting Inc.
90 State House Square
Hartford, CT 06103

Francis A. Miniter, Esq.
Miniter & Associates
100 Wells Street, Suite 1D
Hartford, CT 06103

Re:  **Lebert Thomas v. Metropolitan District Commission**
     **Civil Action No. 3:02CV00457 (MRK)**
     **Lebert Thomas v. Metropolitan District Commission, et al.**
     **Civil Action No. 3:04CV00980 (DJS)**

Gentlemen:

As you know, on February 8, 2005, the parties held a telephonic conference with Judge Kravitz to discuss the MDC's bill of costs and the plaintiff's objections in the 00457 case. Judge Kravitz asked whether 10 days would be sufficient time to put together a stipulation and counsel agreed. The following day, Mr. Heagney distributed a draft stipulation. The MDC notified Mr. Heagney that the stipulation was acceptable.

As I reported to Mr. Heagney, we received a call from Judge Kravitz's chambers asking about the status of the stipulation and, to that end, I sent Mr. Heagney an e-mail requesting the status of the stipulation. On March 15 I received a copy of an e-mail chain from Mr. Heagney to Mr. Miniter showing that on March 8 and March 15, 2005, Mr. Heagney requested a response from Mr. Miniter on the proposed stipulated bill of costs.

We do not understand why such a simple matter is taking so long. As you know from the MDC's filings on this matter, the plaintiff's opposition to the MDC's bill of costs was untimely and not supported by the record. We agreed to the stipulation in part



*Law Offices*

BOSTON

HARTFORD

NEW LONDON

STAMFORD

GREENWICH

NEW YORK

*www.rc.com*

HART1-1242812-1

# ROBINSON & COLE LLP

Robert W. Heagney, Esq.
Francis A. Miniter, Esq.
March 18, 2005
Page 2

because we expected this to be resolved promptly. This matter is taking too long. Unless this is wrapped up promptly, we will be forced to alert the court and request appropriate relief.

Furthermore, it has come to our attention to Mr. Thomas never filed his $500 cash bond for security, as ordered by the court in the 00980 case back on December 22, 2004. That bond was due within 30 days. Accordingly, unless the plaintiff promptly complies with the court's order to file the bond for security, the MDC will file an appropriate motion with the court.

Finally, although the plaintiff filed a motion for extension of time for the plaintiff's Rule 26(f) report by March 31, 2005, we reiterate that we still have never received the plaintiff's Rule 26(a) initial disclosures in the 00980 case. We previously wrote to Mr. Miniter on February 22, 2005, but we have not received any disclosures. Again, unless we receive them, we will be forced to file an appropriate motion with the court.

Very truly yours,

Stephen W. Aronson

SWA/ncc
cc:    James A. Wade, Esq.



```
***********************
***    TX REPORT    ***
***********************

TRANSMISSION OK

TX/RX NO              4021
CONNECTION TEL                 97022902
SUBADDRESS
CONNECTION ID
ST. TIME             03/18 11:22
USAGE T              00'28
PGS. SENT               3
RESULT               OK
```

# ROBINSON & COLE LLP

STEPHEN W. ARONSON

280 Trumbull Street
Hartford, CT 06103-3597
Main (860) 275-8200
Fax (860) 275-8299
saronson@rc.com
Direct (860) 275-8281

# Facsimile Transmission Sheet

DATE:   March 18, 2005                NO. OF PAGES (including cover):   3

RE:   Lebert Thomas v. Metropolitan District Commission

## RECIPIENT(S) LIST

| NAME | COMPANY | FAX NUMBER | PHONE NUMBER |
|------|---------|-----------|--------------|
| Robert W. Heagney, Esq. | Wellington Underwriting Inc. | 860-702-2902 | 860-702-2932 |
| Francis A. Miniter, Esq. | Miniter Law Office | 860-560-3238 | 860-560-2590 |

MESSAGE:

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO                  4022
CONNECTION TEL                      95603238
SUBADDRESS
CONNECTION ID
ST. TIME                  03/18 11:23
USAGE T                   01'02
PGS. SENT                    3
RESULT                    OK
```

# ROBINSON & COLE LLP

STEPHEN W. ARONSON

280 Trumbull Street
Hartford, CT 06103-3597
Main (860) 275-8200
Fax (860) 275-8299
saronson@rc.com
Direct (860) 275-8281

# Facsimile Transmission Sheet

DATE:    March 18, 2005          NO. OF PAGES (including cover):    3

RE:    Lebert Thomas v. Metropolitan District Commission

RECIPIENT(S) LIST

| NAME | COMPANY | FAX NUMBER | PHONE NUMBER |
|---|---|---|---|
| Robert W. Heagney, Esq. | Wellington Underwriting Inc. | 860-702-2902 | 860-702-2932 |
| Francis A. Miniter, Esq. | Miniter Law Office | 860-560-3238 | 860-560-2590 |

MESSAGE:

# EXHIBIT D

# ROBINSON & COLE LLP

STEPHEN W. ARONSON

280 Trumbull Street
Hartford, CT 06103-3597
Main (860) 275-8200
Fax (860) 275-8299
saronson@rc.com
Direct (860) 275-8281

*Via Facsimile*

March 31, 2005

Francis A. Miniter, Esq.
Miniter & Associates
100 Wells Street, Suite 1D
Hartford, CT 06103

Re:   **Lebert Thomas v. Metropolitan District Commission**

Dear Attorney Miniter:

Under cover of this letter, I have enclosed a revised Stipulation Re Bill of Costs that was prepared by Robert Heagney in connection with the Lebert Thomas case that was tried last year by Mr. Heagney, prior to your becoming counsel to Mr. Thomas. Mr. Heagney and I both have tried to contact you, as discussed with Judge Kravitz, in order to obtain your agreement on the apportionment of the costs of the deposition transcripts as reflected in this proposed stipulation.

Mr. Heagney has suggested that we file the stipulation without your participation. However, we want to give you another opportunity to comment on the proposed stipulation. If we do not receive any response from you by 5:00 p.m. on April 1, we will notify Mr. Heagney and we will file the stipulation with the understanding that the apportionment of costs set forth in the stipulation is acceptable and will be honored in the Daisy Chavez case and Mr. Thomas's currently pending case, in which you represent the plaintiffs against the Metropolitan District Commission.

Very truly yours,

Stephen W. Aronson

SWA/ncc
Enclosure
cc:     James A. Wade, Esq.
        Robert W. Heagney, Esq. (via facsimile)

*Law Offices*

BOSTON

HARTFORD

NEW LONDON

STAMFORD

GREENWICH

NEW YORK

*www.rc.com*

HART1-1245770-1

# EXHIBIT E

## Aronson, Stephen W

| From: | Aronson, Stephen W |
|---|---|
| **Sent:** | Monday, April 04, 2005 6:09 PM |
| **To:** | 'miniter@attglobal.net' |
| **Cc:** | 'Heagney, Robert'; sbrown@hgesq.com; Wade, Jim |
| **Subject:** | FW: Lebert Thomas v. MDC -- Stipulation re Bill of Costs |

Mr. Miniter --

As we discussed this afternoon, attached is the stipulation that Mr. Heagney sent to you back on February 9 that includes a signature line for you. The stipulation that I faxed to you on Thursday last week was the one that Mr. Heagney sent to me without your signature as we were having difficulties reaching you. As you can see, the stipulation does apportion the deposition transcript expenses among the pending cases. Please sign the stipulation and return it to Mr. Heagney for filing with the Court. We will send an original signature page to Mr. Heagney as well. (Note that I changed the date of the stipulation to today's date and corrected the spelling of Mr. Wade's name in his e-mail address.)

This e-mail also will confirm that, as you explained to us, you will be meeting with your client, Mr. Thomas, tomorrow and that you will be filing a $500 cash bond with the court, as required by the court's order. As you know, as a result of the failure of the plaintiff to file his bond for costs despite the court's order and our efforts to obtain assurances that the court's order would be followed, we filed an appropriate motion.

Finally, this also will confirm that you will be filing your rule 26(f) report tomorrow. As you know, your report is past due.

**Stephen W. Aronson** 

Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Direct (860) 275-8281 | Fax (860) 275-8299
saronson@rc.com | www.rc.com
Bio | Contact Card

## ROBINSON & COLE LLP
Boston  New London  Hartford  Stamford  White Plains  New York  Sarasota

-----Original Message-----
**From:** Heagney, Robert [mailto:rheagney@wellington-us.com]
**Sent:** Wednesday, February 09, 2005 11:54 AM
**To:** 'Stuart Brown'; 'miniter@attglobal.net'; Aronson, Stephen W
**Subject:** Stipulation re Bill of Costs

Per our discussion, attached is a draft stipulation for comment.

Rob

<<Stipulation to Bill of Costs-Thomas.doc>>

Robert W. Heagney
General Counsel
Wellington Underwriting Inc.
90 State House Square
Hartford, Connecticut, USA 06103

rheagney@Wellington-us.com
fax 860-702-2902
phone 860-702-2932
Assistant Erin Hennessey
860-702-2924

The information in this message is confidential and may
be legally privileged. It is intended solely for the
addressee. Access to this message by anyone else is
unauthorised. If you are not the intended recipient, any
disclosure, copying, distribution or any action taken or
omitted to be taken in reliance on it, is prohibited and
may be unlawful.

The registered office of Wellington Underwriting plc is
88 Leadenhall Street, London, UK EC3A 3BA.

# EXHIBIT F

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LEBERT THOMAS                                    :        CIVIL ACTION NO.
    Plaintiff,                          :        3:02-CV-00457 (MRK)

  v.                                          :

METROPOLITAN DISTRICT COMMISSION,                :
    Defendant.                          :        APRIL 3, 2005

## STIPULATION RE BILL OF COSTS

    The Defendant, Metropolitan District Commission, having filed a Verified Bill of Costs

pursuant to 28 U.S.C. §§ 1821, 1923, and 1924, and Local Civil Rule 54, and the Plaintiff, Lebert

Thomas, having objected to said Bill of Costs by Objection dated December 21, 2004, the parties

hereby stipulate to the following as agreed upon costs:

| | Total Cost | Agreed upon Cost |
|---|---|---|
| Subpoenas for non-party witnesses testifying at trial: | | |
|    Richard Newton | $90.50 | $ 90.50 |

Fees for the Court Reporter for depositions:

| | Total Cost | Agreed upon Cost |
|---|---|---|
| Paul Ritter – Agreed upon amt - 50% | $193.65 | $ 96.83 |
| Richard Newton – Agreed upon amt – 50% | $249.30 | $124.65 |
| Cornelius Geldof – Agreed upon amt – 50% | $429.50 | $214.75 |
| Eddie Perez – Agreed upon amt – 33.33% | $135.41 | $ ~~75.13~~ 0.20 7MM |
| George Sparks – Agreed upon amt – 33.33% | $613.45 | $204.46 |
| Jennifer Ottalagana – Agreed upon amt – 50% 100% | $225.02 | ~~$112.51~~ 225.02 7MM |
| Robert Moore, Vol I – Agreed upon amt – 33.33% | $283.75 | $ 94.57 |
| Robert Moore, Vol II – Agreed upon amt – 33.33% | $331.45 | $110.47 |
| Robert Zaik – Agreed upon amt – 33.33% | $541.30 | $180.42 |
| Lebert Thomas (5/23/03) Agreed upon amt – 100% | $669.92 | $669.92 |
| Lebert Thomas (8/27/03) Agreed upon amt – 100% | $365.48 | $365.48 |
| Robert Moore, Vol III – Agreed upon amt – 33.33% | $223.02 | $ 74.33 |
| Michael Curley – Agreed upon amt – 100% | $196.60 | $196.60 |
| Stephen Rhoades – Agreed upon amt – 33.33% | $179.90 | $ 59.96 |

Therefore, the parties to this matter hereby agree to an award of costs in the amount of $2,640.58.

Further, the above attributions of costs are done on the basis that the depositions above-referenced were split between either two cases:  the present matter, plus the <u>Daisy Chavez v. Metropolitan District</u> Commission, Docket No. 3:02-CV-458 (MRK) ("<u>Chavez1</u>"); or divided between three cases:  the present matter, the <u>Chavez1</u> case and <u>Kendra Hewitt, et al v. Metropolitan District Commission</u>, Docket No. 3:01-CV-2037 (MRK).  The attribution next to the individual deponent, if 50%, is divided equally between the present case and the <u>Chavez1</u> case; if 33.33%, is divided equally between the present case, the <u>Chavez1</u> case and the <u>Hewitt</u> case.  Counsel in this matter and counsel for Daisy Chavez and Kendra Hewitt agree to the attribution above-referenced as being the appropriate and applicable attribution for the assignment of costs by either party in the <u>Chavez1</u> or <u>Hewitt</u> matters.

RESPECTFULLY SUBMITTED,

DEFENDANT,
METROPOLITAN DISTRICT COMMISSION

By_____
      James A. Wade (ct00086)
      E-Mail:  jwade@rc.com
      Steven W. Aronson (ct02216)
      E-mail:  saronson@rc.com
      Jennifer Hamilton Lewis (ct20292)
      E-Mail:  jlewis@rc.com
      Robinson & Cole, LLP
      280 Trumbull Street
      Hartford, CT 06103-3597
      Phone: (860) 275-8200
      Fax: (860) 275-8299

PLAINTIFF,
LEBERT THOMAS


By_____
        Robert W. Heagney (ct05858)
        Stuart E. Brown (ct24659)
        Hassett & George, P.C.
        555 Franklin Avenue
        Hartford, CT 06114
        Phone: (860) 296-2111
        Fax: (860) 296-8494


PLAINTIFF
DAISY CHAVEZ


By_____
        Francis A. Miniter (ct 05906)
        Miniter and Associates
        147 Charter Oak Avenue
        Hartford, CT 06106
        Phone: (860) 560-2590


PLAINTIFF,
KENDRA HEWITT, ET AL


By_____
        Robert W. Heagney (ct05858)
        Stuart E. Brown (ct24659)
        Hassett & George, P.C.
        555 Franklin Avenue
        Hartford, CT 06114
        Phone: (860) 296-2111
        Fax: (860) 296-8494

# EXHIBIT G

# ROBINSON & COLE LLP

STEPHEN W. ARONSON

280 Trumbull Street
Hartford, CT 06103-3597
Main (860) 275-8200
Fax (860) 275-8299
saronson@rc.com
Direct (860) 275-8281

*Via Facsimile*

March 18, 2005

Robert W. Heagney, Esq.                  Francis A. Miniter, Esq.
General Counsel                          Miniter & Associates
Wellington Underwriting Inc.             100 Wells Street, Suite 1D
90 State House Square                     Hartford, CT 06103
Hartford, CT 06103

Re:   **Stipulation re Bill of Costs**
      **Lebert Thomas v. Metropolitan District Commission**
      **Civil Action No. 3:02CV00457 (MRK)**

Gentlemen:

In today's mail I received the stipulation re bill of costs signed by each of you. A copy of the stipulation is enclosed. As you can see, for two of the depositions (Perez and Ottalagana), it appears that Mr. Miniter adjusted those amounts but did not adjust the total at the bottom of the page. We calculate the new total as being $2,707.96. I am not certain whether Mr. Heagney has seen these changes. Can you both please confirm that I am authorized to change the total amount at the bottom of the page to reflect the total sum of $2,707.96 and Mr. Heagney, can you please confirm that you approve the changes made by Mr. Miniter. To confirm the above, please call me, fax me a response, or send me an e-mail at the above address as soon as possible. Thank you.

Very truly yours,

Stephen W. Aronson



*Law Offices*

BOSTON

HARTFORD

NEW LONDON

STAMFORD

GREENWICH

NEW YORK

*www.rc.com*

SWA/ncc
Enclosure
cc:   James A. Wade, Esq.

HART1-1248253-1

```
************************
***   TX REPORT   ***
************************

TRANSMISSION OK

TX/RX NO              4383
CONNECTION TEL                   97022902
SUBADDRESS
CONNECTION ID
ST. TIME             04/12 15:22
USAGE T              01'05
PGS. SENT            5
RESULT               OK
```

# ROBINSON & COLE LLP

STEPHEN W. ARONSON

280 Trumbull Street
Hartford, CT 06103-3597
Main (860) 275-8200
Fax (860) 275-8299
saronson@rc.com
Direct (860) 275-8281

# Facsimile Transmission Sheet

DATE:   April 12, 2005          NO. OF PAGES (including cover):   5

RE:   Lebert Thomas v. Metropolitan District Commission

RECIPIENT(S) LIST

| NAME | COMPANY | FAX NUMBER | PHONE NUMBER |
|------|---------|------------|--------------|
| Robert W. Heagney, Esq. | Wellington Underwriting Inc. | 860-702-2902 | 860-702-2932 |
| Francis A. Miniter, Esq. | Miniter Law Office | 860-560-3238 | 860-560-2590 |

MESSAGE:

```
***********************
***   TX REPORT   ***
***********************


TRANSMISSION OK

TX/RX NO              4384
CONNECTION TEL                 95603238
SUBADDRESS
CONNECTION ID
ST. TIME             04/12 15:31
USAGE T              01'51
PGS. SENT            5
RESULT               OK
```

# ROBINSON & COLE LLP

STEPHEN W. ARONSON

280 Trumbull Street
Hartford, CT 06103-3597
Main (860) 275-8200
Fax (860) 275-8299
saronson@rc.com
Direct (860) 275-8281

# Facsimile Transmission Sheet

DATE:    April 12, 2005          NO. OF PAGES (including cover):    5

RE:    Lebert Thomas v. Metropolitan District Commission

RECIPIENT(S) LIST

| NAME | COMPANY | FAX NUMBER | PHONE NUMBER |
|------|---------|------------|--------------|
| Robert W. Heagney, Esq. | Wellington Underwriting Inc. | 860-702-2902 | 860-702-2932 |
| Francis A. Miniter, Esq. | Miniter Law Office | 860-560-3238 | 860-560-2590 |

MESSAGE:

# EXHIBIT H

# ROBINSON & COLE LLP

STEPHEN W. ARONSON

280 Trumbull Street
Hartford, CT 06103-3597
Main (860) 275-8200
Fax (860) 275-8299
saronson@rc.com
Direct (860) 275-8281

*Via Facsimile*

April 18, 2005

Robert W. Heagney, Esq.            Francis A. Miniter, Esq.
General Counsel                    Miniter & Associates
Wellington Underwriting Inc.       100 Wells Street, Suite 1D
90 State House Square              Hartford, CT  06103
Hartford, CT  06103

Re:  **Stipulation re Bill of Costs**
     **Lebert Thomas v. Metropolitan District Commission**
     **Civil Action No. 3:02CV00457 (MRK)**

Gentlemen:

After I received your approvals to modify the stipulation, I received notice that the
Court earlier had issued a ruling granting in part and denying in part the MDC's
motion for an award of costs.  According to the ruling, the Court has ordered that Mr.
Thomas pay costs of $2,637.20, which is $70.76 less than the amount we agreed to by
the stipulation.  Given that Judge Kravitz spent some time considering the parties'
submissions and took the time to issue a ruling, the MDC is willing to forego filing
the stipulation but would expect that the parties would abide by the attribution of the
deposition expenses listed on page 2 of the stipulation.  Please let me know if you do
not agree.

Very truly yours,

Stephen W. Aronson

SWA/ncc
cc:    James A. Wade, Esq.

*Law Offices*

BOSTON

HARTFORD

NEW LONDON

STAMFORD

GREENWICH

NEW YORK

*www.rc.com*     HART1-1248877-1

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO              4477
CONNECTION TEL              95603238
SUBADDRESS
CONNECTION ID
ST. TIME             04/18 11:16
USAGE T              00'56
PGS. SENT               2
RESULT               OK
```

# ROBINSON & COLE LLP

STEPHEN W. ARONSON

280 Trumbull Street
Hartford, CT 06103-3597
Main (860) 275-8200
Fax (860) 275-8299
saronson@rc.com
Direct (860) 275-8281

# Facsimile Transmission Sheet

DATE:   April 18, 2005          NO. OF PAGES (including cover):   2

RE:   Lebert Thomas v. Metropolitan District Commission

## RECIPIENT(S) LIST

| NAME | COMPANY | FAX NUMBER | PHONE NUMBER |
| --- | --- | --- | --- |
| Robert W. Heagney, Esq. | Wellington Underwriting Inc. | 860-702-2902 | 860-702-2932 |
| Francis A. Miniter, Esq. | Miniter Law Office | 860-560-3238 | 860-560-2590 |

MESSAGE:

```
***********************
***   TX REPORT   ***
***********************

TRANSMISSION OK

TX/RX NO              4488
CONNECTION TEL                97022902
SUBADDRESS
CONNECTION ID
ST. TIME             04/18 13:35
USAGE T              00'31
PGS. SENT               2
RESULT               OK
```

# ROBINSON & COLE LLP

STEPHEN W. ARONSON

280 Trumbull Street
Hartford, CT 06103-3597
Main (860) 275-8200
Fax (860) 275-8299
saronson@rc.com
Direct (860) 275-8281

# Facsimile Transmission Sheet

DATE:   April 18, 2005              NO. OF PAGES (including cover):   2

RE:   Lebert Thomas v. Metropolitan District Commission

RECIPIENT(S) LIST

| NAME | COMPANY | FAX NUMBER | PHONE NUMBER |
|------|---------|------------|--------------|
| Robert W. Heagney, Esq. | Wellington Underwriting Inc. | 860-702-2902 | 860-702-2932 |
| Francis A. Miniter, Esq. | Miniter Law Office | 860-560-3238 | 860-560-2590 |

MESSAGE:

# EXHIBIT I

# ROBINSON & COLE LLP

STEPHEN W. ARONSON

280 Trumbull Street
Hartford, CT 06103-3597
Main (860) 275-8200
Fax (860) 275-8299
saronson@rc.com
Direct (860) 275-8281

*Via Facsimile*

June 9, 2005

Francis A. Miniter, Esq.
Miniter & Associates
100 Wells Street, Suite 1D
Hartford, CT  06103

Re:  **Stipulation re Bill of Costs**
     **Lebert Thomas v. Metropolitan District Commission**
     **Civil Action No. 3:02CV00457 (MRK)**

Dear Attorney Miniter:

Despite the court's order dated April 12, 2005 ordering payment of costs in the amount of $2,964.00 and our communications in which you indicated that the amount of costs assessed by the court will be paid, we have not been paid.  Unless we receive payment by June 20, 2005, we will seek appropriate relief from the court.

Very truly yours,

Stephen W. Aronson

SWA/ncc
cc:     James A. Wade, Esq.

*Law Offices*

BOSTON

HARTFORD

NEW LONDON

STAMFORD

GREENWICH

WHITE PLAINS

NEW YORK CITY

SARASOTA

*www.rc.com*

HART1-1259541-1

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO            4828
CONNECTION TEL              95603238
SUBADDRESS
CONNECTION ID
ST. TIME           06/09 16:48
USAGE T            00'43
PGS. SENT             2
RESULT             OK
```

# ROBINSON & COLE LLP

STEPHEN W. ARONSON

280 Trumbull Street
Hartford, CT 06103-3597
Main (860) 275-8200
Fax (860) 275-8299
saronson@rc.com
Direct (860) 275-8281

# Facsimile Transmission Sheet

DATE:   June 9, 2005                 NO. OF PAGES (including cover):   2

RE:   Lebert Thomas v. Metropolitan District Commission

RECIPIENT(S) LIST

| NAME | COMPANY | FAX NUMBER | PHONE NUMBER |
|------|---------|------------|--------------|
| Francis A. Miniter, Esq. | Miniter Law Office | 860-560-3238 | 860-560-2590 |

MESSAGE:

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LEBERT THOMAS, | : | CIVIL ACTION NO. |
| Plaintiff | : | 3:02 CV 457 (MRK) |
| | : | |
| v. | : | |
| | : | |
| THE METROPOLITAN DISTRICT | : | |
| COMMISSION, | : | |
| Defendant. | : | JUNE 24, 2005 |

## AFFIDAVIT OF ATTORNEY'S FEES

The undersigned, being duly sworn, hereby deposes and says:

1.    I am over the age of eighteen years and believe in the obligations of an oath.

2.    I represent the defendant, Metropolitan District Commission, in the above-captioned action.  This affidavit is filed in support of the defendant's request for an award of attorney's fees in connection with its Motion for Contempt, dated June 24, 2005.

3.    As part of the defendant's efforts to recover its costs, awarded by the Court by Ruling and Order dated April 12, 2005, the undersigned spent 4.4 hours at his hourly rate of $290 for telephone conferences with Attorney Heagney and Attorney Miniter, preparation of e-mails, preparation of correspondence, and preparation of the Motion for Contempt.

4.    Accordingly, the defendant seeks an award of attorney's fees in the amount of $1276.00.

Stephen W. Aronson

Subscribed and sworn to before me
this 24 day of June, 2005.

Notary Public
My Commission Expires: 12/31/08

MARY ANN ZUP
NOTARY PUBLIC
MY COMMISSION EXPIRES DEC. 31, 2008

HART1-1264793-1