UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LEBERT THOMAS : | |
| : | |
| Plaintiff, : | |
| : | No. 3:02CV457(MRK) |
| v. : | |
| : | |
| METROPOLITAN DISTRICT : | |
| COMMISSION : | |
| : | |
| Defendant. : | |

**AMENDED ORDER**

On April 12, 2004, the Court entered an order awarding to the MDC and taxing to Mr. Thomas, costs totaling $2964.00. *See* Ruling and Order [doc. #87]. Mr. Thomas has yet to pay these costs. Having conferred telephonically with the parties on July 11, 2005, the Court amends its prior order [doc. #87] in the following manner: Mr. Thomas shall pay the sum of $2964.00 in the form of monthly installments of $500.00 until the entire award has been satisfied. Mr. Thomas' first payment will be due on **July 15, 2005**. All payments will be mailed to Steven Aronson at Robinson & Cole, LLP, 280 Trumbull Street, Hartford, CT 06103. In light of this amendment, the MDC's Motion for Contempt [**doc. #88**] is DENIED AS MOOT.

IT IS SO ORDERED.

/s/      Mark R. Kravitz
United States District Judge

**Dated at New Haven, Connecticut: July 11, 2005**.