UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LEBERT THOMAS,<br>    Plaintiff | : | CIVIL ACTION NO.<br>3:02 CV 457 (MRK) |
| v. | : | |
| THE METROPOLITAN DISTRICT<br>COMMISSION,<br>    Defendant. | : | JULY 18, 2005 |

## MOTION FOR CONTEMPT

The defendant, The Metropolitan District Commission ("MDC"), hereby moves for an order of contempt against the plaintiff, Lebert Thomas, for failing to comply with the Court's Amended Order, dated July 11, 2005 (# 89). Despite stern warnings by the Court in a telephonic conference on July 11 that the plaintiff must abide by the Court's order, the plaintiff has failed to pay the first installment of $500.00 as required by the Amended Order.

WHEREFORE, the MDC respectfully requests that the Court enter a finding of contempt and award appropriate relief to the MDC.

DEFENDANT,
THE METROPOLITAN DISTRICT
COMMISSION

By /s/
James A. Wade (ct00086)
E-mail: jwade@rc.com
Stephen W. Aronson (ct02216)
E-mail: saronson@rc.com
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Phone: (860) 275-8200
Fax: (860) 275-8299
Its Attorneys

HART1-1270480-1

## **CERTIFICATION**

      This is to certify that a copy of the foregoing motion for contempt was sent via first class mail on this the ~~18th~~ 19th day of July, 2005, to the following counsel:

Francis A. Miniter, Esq.
Miniter & Associates
100 Wells Street, Suite 1D
Hartford, CT  06103

Stuart E. Brown, Esq.
Hassett & George, P.C.
555 Franklin Avenue
Hartford, CT  06114

Robert W. Heagney, Esq.
General Counsel
Wellington Underwriting Inc.
90 State House Square
Hartford, CT  06103

                                                                          _____
                                                                          Stephen W. Aronson