UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LEBERT THOMAS,<br>    Plaintiff | : | CIVIL ACTION NO.<br>3:02 CV 457 (MRK) |
| v. | : | |
| THE METROPOLITAN DISTRICT COMMISSION,<br>    Defendant. | : | JULY 27, 2005 |

### WITHDRAWAL OF MOTION FOR CONTEMPT

The defendant, The Metropolitan District Commission ("MDC"), hereby withdraws its Motion for Contempt, dated July 18, 2005 (#90), against the plaintiff, Lebert Thomas, for failing to comply with the Court's Amended Order, dated July 11, 2005 (# 89).

In support of this Withdrawal, the undersigned represents that, in today's mail, he received a $500 check, dated July 15, 2005, from the plaintiff together with an undated letter from Miniter and Associates, postmarked July 25, 2005, stating that the check was accidentally mailed to the law firm of Ryan & Ryan, contrary to the instructions set forth in the Court's Amended Order.

DEFENDANT,
THE METROPOLITAN DISTRICT
COMMISSION

By _____
James A. Wade (ct00086)
E-mail: jwade@rc.com
Stephen W. Aronson (ct02216)
E-mail: saronson@rc.com
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Phone: (860) 275-8200
Fax: (860) 275-8299
Its Attorneys

HART1-1272380-1

## CERTIFICATION

This is to certify that a copy of the foregoing Withdrawal was sent via first class mail on this the 27th day of July, 2005, to the following counsel:

Francis A. Miniter, Esq.
Miniter & Associates
100 Wells Street, Suite 1D
Hartford, CT  06103

Stuart E. Brown, Esq.
Hassett & George, P.C.
555 Franklin Avenue
Hartford, CT  06114

Robert W. Heagney, Esq.
General Counsel
Wellington Underwriting Inc.
90 State House Square
Hartford, CT  06103

_____
Stephen W. Aronson