

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LEBERT THOMAS,<br>    Plaintiff | :    CIVIL ACTION NO. 3:02CV457 (MRK)<br>:        and     3:04CV980 (MRK) |
| v. | : |
| THE METROPOLITAN DISTRICT<br>COMMISSION,<br>    Defendant | :<br>:<br>:    August 22, 2005 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to United States District Court Local Rule of Civil Procedure Rule 7 (e), Attorney Stuart E. Brown respectfully requests leave to withdraw his appearance as counsel for the Plaintiff in the above-entitled matters. I represent that the Plaintiff has submitted a written request to myself and to Hassett & George, P.C. that his files be turned over to Attorney Francis A. Miniter (Fed. Bar No. CT09566) of Miniter and Associates in Hartford, Connecticut. As requested by Lebert Thomas, Hassett & George, P.C. has provided its entire files on these cases to Attorney Miniter. Notice of the present motion has been sent via certified mail to the Plaintiff, Lebert Thomas, at his home address, on the 22nd day of August, 2005. Due to the Appearance by Attorney Francis Miniter on behalf of Mr. Thomas, the inability of the undersigned to continue to represent Mr. Thomas for lack of the litigation files, and the breakdown of attorney-client communication, the undersigned respectfully requests permission to withdraw his appearance.

Wherefore, the undersigned respectfully requests that the Court grant permission to withdraw his appearance as counsel for Lebert Thomas.

                    RESPECTFULLY SUBMITTED,

By: *[signature]*
Stuart E. Brown, Esq. (ct 24659)
Hassett & George, P.C.
555 Franklin Avenue
Hartford, Connecticut 06114
(860) 296-2111

## CERTIFICATION

I hereby certify that a copy of the foregoing has been mailed this 22nd day of August, 2005 to the following counsel of record:

James A. Wade
Stephen W. Aronson
Robinson & Cole, LLP
280 Trumbull Street
Hartford, CT 06103-3597

Francis A Miniter
Miniter and Associates
100 Wells Street, Suite 1D
Hartford, CT 06103

Robert W. Heagney, Esq.
Wellington Underwriting, Inc.
90 state House Square
Hartford, CT 06103

I hereby certify that a copy of the foregoing has been sent via certified mail, return receipt requested, this 22nd day of August, 2005 to the following party:

Lebert Thomas
276 Lyme Street
Hartford, CT 06112

_Stuart Brown_
Stuart E. Brown