UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LEBERT THOMAS, | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:02 CV 457 (MRK) |
| | : | |
| v. | : | |
| | : | |
| THE METROPOLITAN DISTRICT | : | |
| COMMISSION, | : | |
| Defendant. | : | AUGUST 31, 2005 |

**OPPOSITION TO MOTION TO WITHDRAW APPEARANCE**

The defendant, Metropolitan District Commission, hereby opposes the Motion to Withdraw Appearance, dated August 30, 2005, filed by Attorney Robert Heagney, on the ground that, contrary to the statement in the motion that Attorney Francis Miniter has appeared in this action, as of this date PACER did not show any appearance for Attorney Miniter nor has counsel for the MDC received a notice of appearance for Attorney Miniter in this action. With a hearing on the MDC's motion for contempt scheduled for September 9, 2005, in the absence of any appearance by Attorney Miniter, Attorney Heagney should not be able to withdraw until after that hearing.

DEFENDANT,
THE METROPOLITAN DISTRICT
COMMISSION

By _____
James A. Wade (ct00086)
E-mail: jwade@rc.com
Stephen W. Aronson (ct02216)
E-mail: saronson@rc.com
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Phone: (860) 275-8200
Fax: (860) 275-8299
Its Attorneys

HART1-1277840-2

## CERTIFICATION

This is to certify that a copy of the foregoing opposition to motion to withdraw was sent via first class mail on this the 31st day of August, 2005, to the following counsel:

Francis A. Miniter, Esq.
Miniter & Associates
100 Wells Street, Suite 1D
Hartford, CT 06103

Stuart E. Brown, Esq.
Hassett & George, P.C.
555 Franklin Avenue
Hartford, CT 06114

Robert W. Heagney, Esq.
General Counsel
Wellington Underwriting Inc.
90 State House Square
Hartford, CT 06103

Stephen W. Aronson