# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## APPEARANCE

Lebert Thomas
vs.
Metropolitan District Commission

United States District Court
District of Connecticut
FILED AT     NEW HAVEN

September 9, 2005
Kevin F. Rowe, Clerk

By: Kenneth R. Ghilardi
Deputy Clerk

CASE NUMBER: 3:02CV457 (MRK)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for: Lebert Thomas

Date: 9 Sept. 05

Connecticut Federal Bar Number: ct 09655

Telephone Number: 860-560-2540

Signature: [signature]

Print Clearly or Type Name: Francis A. Miniter

Address: Miniter & Associates
100 Wells St. Ste 1D Hartford
CT 06103

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.feb.96