UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LEBERT THOMAS, | : | CIVIL ACTION NO. |
|     Plaintiff | : | 3:02 CV 457 (MRK) |
| | : | |
| v. | : | |
| | : | |
| THE METROPOLITAN DISTRICT COMMISSION, | : | |
|     Defendant. | : | DECEMBER 19, 2005 |

### NOTICE RE PAYMENT OF BILL OF COSTS

At the request of the Court, the defendant, The Metropolitan District Commission ("MDC"), hereby gives notice that the parties have resolved their dispute relating to the payment of the costs awarded by the Court to the MDC in this action.

                                                                         DEFENDANT,
                                                                         THE METROPOLITAN DISTRICT
                                                                         COMMISSION

By_____
                                                                         James A. Wade (ct00086)
                                                                         E-mail: jwade@rc.com
                                                                         Stephen W. Aronson (ct02216)
                                                                         E-mail: saronson@rc.com
                                                                         Robinson & Cole LLP
                                                                         280 Trumbull Street
                                                                         Hartford, CT 06103-3597
                                                                         Phone: (860) 275-8200
                                                                         Fax: (860) 275-8299
                                                                         Its Attorneys

HART1-1300762-1

## **CERTIFICATION**

This is to certify that a copy of the foregoing notice was sent via first class mail on this the 19th day of December, 2005, to the following counsel:

Francis A. Miniter, Esq.
Miniter & Associates
100 Wells Street, Suite 1D
Hartford, CT 06103

Stuart E. Brown, Esq.
Hassett & George, P.C.
555 Franklin Avenue
Hartford, CT 06114

Robert W. Heagney, Esq.
General Counsel
Wellington Underwriting Inc.
90 State House Square
Hartford, CT 06103

Stephen W. Aronson

2